IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINEX TECH INC,

    Plaintiff,

v.

HEWLETT PACKARD CO,

    Defendant.

No. C 13-00159 SI

**ORDER OF RECUSAL**

I hereby recuse myself in the above entitled related matters and request that these cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 1/29/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE