1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  DIANA LUO (CA SBN 233712)
   DLuo@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  Attorneys for Defendant
   MERU NETWORKS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | LINEX TECHNOLOGIES, INC.,            | Case No. 4:13-cv-00159-CW

13 |                Plaintiff,             | **ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT MERU NETWORKS, INC.**

14 |        v.

15 | HEWETT-PACKARD COMPANY, et al.,

16 |                Defendants.

ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL
Case No. 4:13-cv-00159-CW
pa-1571132

## **ORDER**

The withdrawal of counsel, Richard L. Horwitz, David Ellis Moore and Bindu Ann George Palapura of Potter Anderson & Corroon LLP, is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

IT IS SO ORDERED.

Dated:  2/4/2013

**Hon. Claudia Wilken**
**United States District Judge**