1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

LINEX TECHNOLOGIES, INC.,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants.

Civil Case No.: 3:13-cv-00159-CW

**[PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANTS HEWLETT-PACKARD COMPANY AND APPLE INC.**

17
18
19
20
21
22
23
24
25
26
27
28

1 **[PROPOSED] ORDER**

Richard L. Horwitz, David E. Moore, Bindu A. Palapura, and the law firm Potter Anderson & Corroon, LLP are hereby authorized by the Court to withdraw as counsel of Hewlett-Packard Company ("HP") and Apple Inc. ("Apple").

Alan H. Blankenheimer, Eric. S. Boorstin, Alex D. Chinoy, Robert T. Haslam, Deanna L. Kwong, Ian J. Miller, Laura E. Muschamp, Sara J. O'Connell, and the law firm Covington & Burling, LLP are hereby authorized by the Court to withdraw as counsel of Apple. Covington & Burling LLP will continue to represent HP in this action.

The clerk of the Court is directed to make the appropriate change in the docket.

IT IS SO ORDERED.

Dated: 2/6/2013

Hon. Claudia Wilken
United States District Judge