COLBY B. SPRINGER (SBN 214868)
CSpringer@LRLaw.com
**LEWIS AND ROCA LLP**
2440 W. El Camino Real, 6th Floor
Mountain View, CA  94040-1499
Telephone:  (650) 391-1380
Facsimile:  (650) 391-1495

JONATHAN W. FOUNTAIN (admitted *pro hac vice*)
JFountain@LRLaw.com
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone:  (702) 949-8340
Facsimile:  (702) 949-8374

SHANE OLAFSON (admitted *pro hac vice*)
SOlafson@LRLaw.com
W. BRENT RASMUSSEN (admitted *pro hac vice*)
BRasmussen@LRLaw.com
**LEWIS AND ROCA LLP**
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Telephone:  (602) 262-5311
Facsimile: (602) 734-3756

*Attorneys for Defendant Ruckus Wireless, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>                                         Plaintiff,<br><br>vs.<br><br>HEWETT-PACKARD COMPANY, et al.<br><br>                                         Defendants. | Case No. 4:13-cv-00159-CW<br><br>**[PROPOSED]** **ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT RUCKUS WIRELESS, INC.** |

1  The withdrawal of counsel, George Pazuniak of Pazuniak Law Office LLP, is authorized
2  by the Court and the clerk of the Court is directed to make the appropriate change in the docket.
3  IT IS SO ORDERED.

Dated: 2/6/2013

Hon. Claudia Wilken
United States Chief District Judge

Lewis and Roca LLP
2440 West El Camino Real
6th Floor
Mountain View, CA  94040-1499

ORDER GRANTING WITHDRAWAL OF COUNSEL                             CASE NO. 4:13-cv-00159-CW