1 | Robert F. McCauley (SBN 162056)
  | Robert.mccauley@finnegan.com
2 | FINNEGAN, HENDERSON, FARABOW,
  | GARRETT & DUNNER, LLP
3 | Stanford Research Park
4 | 3300 Hillview Avenue
  | Palo Alto, CA 94304-1203
5 | Telephone:  (650) 849-6600
  | Facsimile:  (750) 849.6666
6 |
7 | Vincent P. Kovalick (*Pro Hac Vice* pending)
  | Vincent.kovalick@finnegan.com
8 | Barry W. Graham (*Pro Hac Vice* pending)
  | Barry.graham@finnegan.com
9 | Richard H. Smith (*Pro Hac Vice* pending)
  | Richard.smith@finnegan.com
10 | Rajeev Gupta (*Pro Hac Vice* pending)
   | Rajeev.gupta@finnegan.com
11 | Kenie Ho (*Pro Hac Vice* pending)
12 | Kenie.ho@finnegan.com
   | Cecilia Sanabria (*Pro Hac Vice* pending)
13 | Cecilia.sanabria@finnegan.com
   | Jia Lu (*Pro Hac Vice* pending)
14 | Jia.lu@finnegan.com
15 | FINNEGAN, HENDERSON, FARABOW,
   | GARRETT & DUNNER, LLP
16 | 901 New York Avenue, N.W.
   | Washington, D.C. 20001-4413
17 | Telephone:  (202) 408-4000
   | Facsimile:  (202) 408-4400
18 |
19 | *Attorneys for Linex Technologies, Inc.*

20 |               UNITED STATES DISTRICT COURT
   |              NORTHERN DISTRICT OF CALIFORNIA
21 |

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW |
| Plaintiff, | **[PROPOSED]** ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF LINEX TECHNOLOGIES, INC. |
| v. | |
| HEWLETT-PACKARD COMPANY APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, RUCKUS WIRELESS, | |
| Defendants. | |

**[PROPOSED] ORDER**

The withdrawal of counsel, Neal C. Belgam and Melissa N. Brochwicz Donimirski, and the firm of Proctor Heyman LLP, is authorized by the Court. The Clerk of the Court is directed to make the appropriate changes in the docket and to remove said counsel from the ECF distribution list for this action.

IT IS SO ORDERED.

Dated: 2/6/2013

Hon. Claudia Wilken
United States District Judge