IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINEX TECH INC,

    Plaintiff,

  v.

HEWLETT PACKARD CO, et al.,

    Defendants.

                             /

No. C 13-00159 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the letter brief of April 11, 2013 and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 4/16/2013

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.