# EXHIBIT A: LINEX'S PROPOSED CONSTRUCTIONS AND SUPPORTING EVIDENCE

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| spread spectrum signals (Defendants and Linex term)<br><br>'322 patent, claim 9<br>'219 patent, claims 121 and 133<br>'812 patent, claim 101 | signals processed with one or more forms of coding that increases the bandwidth and distributes each signal across the available bandwidth | Specification[1] at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract: 1-3, 6, 10, 13; col. 2, ll. 37, 38, 43, 47, 50, 60, 61, 62, 65; col. 4, ll. 50, 51; col. 5, ll. 48, 50, 51, 53, 56, 62, 64, 65; col. 6, ll. 4, 5, 6, 8; col. 7, ll. 38, 39, 44, 63; col. 8, l. 22; col. 9, ll. 25, 26, 27, 28, 31, 33, 36, 38, 41, 43, 46, 57; col. 10, ll. 9, 28, 47; col. 11, ll. 23, 24, 27, 31, 33, 36, 37; col. 12, ll. 56, 57, 58, 59; Figs. 1, 2.[2]<br><br>'322 prosecution history file, including, *e.g.*, the original filed application; Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41.<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated |

---

[1] Unless otherwise noted, citations are provided for convenience to the '812 specification, which is the same as the '322 specification, and which differs from the '219 specification only with respect column 5, line 30 ("the code represented by").

[2] Citations are provided for the terms "spread spectrum signal" and "spread spectrum signals."

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | 9/23/10; and Notice of Allowance dated 12/20/10. |
| | | '812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. 3-5; 7/6/2012 Amendment, pp. 13-19. |
| | | "Draft Standard [FOR] Information Technology—Telecommunications and Information Exchange Between Systems—Local and Metropolitan Networks—Specific requirements-Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications: Higher Speed Physical Layer (PHY) Extension in the 2.4 GHz b Band," LAN/MAN Standards Committee of IEEE Computer Society, P802.11b, D2.0, 1998, LNXCAL00072475-2542. |
| | | U.S. Patent No. 4,707,839 |
| | | Rikkinen, Karl, "Comparison of Very Low Rate Coding Methods for CDMA Radio Communications Systems," IEEE, pp. 268-272, 1994, LNXCAL000728562860. |
| | | Viterbi, Andrew J., "Very Low Rate Convolutional Codes for Maximum Theoretical Performance of Spread-Spectrum Multiple-Access Channels," IEEE Journal on Selected Areas in Communications, Vol. 8, No. 4, May 1990, pp. 641-649. LNXCAL00072839-2847. |
| | | Ormondroyd, R.F. et al., "Performance of Low-Rate Orthogonal Convolutional Codes in DS-CDMA Applications," IEEE Transactions on Vehicular Technology, Vol. 46, No. 2, May 1997. LNXCAL00072613-2621. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Frenger, Pål et al., "Code-Spread CDMA Using Low-Rate Convolutional Codes," IEEE, pp. 374-378, 1998. LNXCAL00072925-2929. |
| | | Maxey, J. J. et al, "Optimisation of Orthogonal Low-Rate Convolutional Codes in a DS-CDMA System," IEEE, pp. 493-496, 1995. LNXCAL00072921-2924. |
| | | Nee, Van, *OFDM for Wireless Multimedia Communications*, Artech House Publishers, 2000, pp. 33-51, 155-177. LNXCAL00080300-41. |
| | | Yee, Nathan et al., "Multi-Carrier CDMA in Indoor Wireless Radio Networks," IEICE Trans. Commum., Vol. E77-B, No. 7, July 1994, pp. 900-904. LNXCAL00073070-3074. |
| | | Kaiser, Stefan, "OFDM-CDMA Versus DS-CDMA: Performances Evaluation for Fading Channels," 1995 IEEE, pp. 1722-1726. LNXCAL00072983-2987. |
| | | Fazel, K.et al., "A Flexible and High Performance Cellular Mobile Communications System Based on Orthogonal Multi-Carrier SSMA," Wireless Personal Communications 2:121-144, 1995. LNXCAL00073009-3032. |
| | | Yee, Nathan et al., "Controlled Equalization of Multi-Carrier CDMA in an Indoor Rician Fading Channel," 1994 IEEE., pp. 1665-1669. LNXCAL00079651-9655. |
| | | Aue, Volker et al., "Multi-Carrier Spread Spectrum Modulation with Reduced Dynamic Range," 1996 IEEE, pp. 914-917. LNXCAL00072930-2933. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Fazel, Khaled et al., *Multi-Carrier Spread-Spectrum*, Kluwer Academic Publishers, 1997, pp. v-xvii. LNXCAL00072901-2913. |
| | | Fettweis, Gerhard et al., "On Multi-Carrier Code Division Multiple Access (MC-CDMA) Modem Design," 1994 IEEE, pp. 1670-1674. LNXCAL00073096-3100. |
| | | Nahler, Achim et al., "An Approach for a Multi-Carrier Spread Spectrum System with Rake Receiver," 1997 Kluwer Academic Publishers, pp. 97-104. LNXCAL00078906-8913. |
| | | Stirling-Gallacher, R.A. et al., "Different Channel Coding Strategies for OFDM-CDMA, 1997 IEEE, PP. 845-849. LNXCAL00079115-9119. |
| | | Kondo, Shiro et al., "Performance of Multicarrier DS CDMA Systems," IEEE Transactions on Communications, Vol. 44, No. 2, February 1996, pp. 238-246. LNXCAL00073079-3087. |
| | | Hara, Shinsuke et al., "Overview of Multicarrier CDMA," IEE Communicaions Magazine, pp. 126-133, Dec. 1997. |
| | | Kaleh, Ghassan Kawas, "Frequency-Diversity Spread-Spectrum Communication System to Counter Bandlimited Gaussian Interference," IEEE Transactions on Communications, Vol. 44, No. 7. Jul. 1996, pp. 886-893. |
| | | Saulnier, Gary et al., "Performance of a Spread Spectrum OFDM System in a Dispersive Fading Channel with Interference," 1998 IEEE, pp. 679-683. |
| | | Saulnier, Gary et al., "OFDM Spread Spectrum Communications Using |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Lapped Transforms and Interference Excision," 1997 IEEE, PP. 944-948. |
| | | Saulnier, Gary et al., "Performance of an OFDM Spread Spectrum Communications System Using Lapped Transforms," 1997 IEEE, pp. 608-612. |
| | | Kaiser, Stefan, "Multi-Carrier CDMA Mobile Radio Systems—Analysis and Optimization of Detection, Decoding, and Channel Estimation," Ph.D. Thesis Published with VDI-Verlag, Dusseldorf, Germany, Jan. 1998, pp. 1-13, 31-63, ISBN 3-18-353110-0. |
| | | Tomba et al., "Downlink Detection Schemes for MC-CDMA Systems in Indoor Environments,' IEICE Trans. Commun., Vol. E79-B, No. 9 September 1996, pp. 1351-1360. LNXCAL00079121-9130. |
| | | Linex also identifies the evidence cited for the claim term "code(s)" as further evidence supporting the construction for "spread spectrum signals". |
| code(s) (Defendants term, underlined portion included by Linex)  '219 patent, claims 97, 108-109, 120-121, 132-133, 145 '812 patent, claims 97, 101, and 106 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:  a predetermined sequence(s) of bits or symbols | Specification at, *e.g.*, page 1, col. 1 at (63) and (64); col. 4, ll. 11-13, 18-22; Figs. 1, 2, 4, 5;  '219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10. |
| | | '812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. 3-5; 7/6/2012 Amendment, pp. 13-19. |
| | | Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17) |
| | | Sunay 6,353,626 (*e.g.*, Figs. 1, 3, 4, 5, cols. 1, 2, 4 - 7) |
| | | Bolgiano 5,859,879 (*e.g.*, Fig. 2, cols. 13,18,19) |
| | | Sawahashi 6,069,912 (*e.g.*, Fig. 3, cols. 1, 2, 8-11) |
| | | Ono 5,999,560 (*e.g.*, Figs. 1-3, cols. 4-6) |
| | | Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7) |
| | | Schilling 5,166,951 (*e.g.*, Figs. 2, 3A, 3B, cols. 2, 5, 6-10, 12) |
| | | Gilhousen 5,103,459 (*e.g.*, Figs. 4a, 5, 6, cols. 5, 6) |
| | | Chheda 6,704,370 (*e.g.*, Figs. 1, 2, cols. 1, 3-5) |
| | | Taub 1986 (as cited on page 15 of Defendants' Invalidity Contentions Pursuant to Patent Local Rules 3-3 and 3-4) at pp. 738-748; LNXCAL00072677-2687. |
| | | Proakis 1995 (as cited on page 13 of Defendants' Invalidity Contentions |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Pursuant to Patent Local Rules 3-3 and 3-4) at pp. 744-752; LNXDEFS0001050-1058. |
| | | Pickholtz 1982 (as cited on page 13 of Defendants' Invalidity Contentions Pursuant to Patent Local Rules 3-3 and 3-4) at pp. 870-879; |
| | | Winters 1997 Presentation (as cited on page 16 of Defendants' Invalidity Contentions Pursuant to Patent Local Rules 3-3 and 3-4) at pp. 32-34; LNXDEFS0001404-1406. |
| | | Rikkinen, Karl, "Comparison of Very Low Rate Coding Methods for CDMA Radio Communications Systems," IEEE, pp. 268-272, 1994; LNXCAL00072856-2860. |
| | | Viterbi, Andrew J., "Very Low Rate Convolutional Codes for Maximum Theoretical Performance of Spread-Spectrum Multiple-Access Channels," IEEE Journal on Selected Areas in Communications, Vol. 8, No. 4, May 1990; LNXCAL00072839-2847. |
| | | Frenger, Pål et al., "Code-Spread CDMA Using Low-Rate Convolutional Codes," IEEE, pp. 374-378, 1998; LNXCAL00072925-2929. |
| | | "Draft Standard [FOR] Information Technology—Telecommunications and Information Exchange Between Systems—Local and Metropolitan Networks—Specific requirements-Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications: Higher Speed Physical Layer (PHY) Extension in the 2.4 GHz b Band," LAN/MAN Standards Committee of IEEE Computer Society, P802.11b, D2.0, 1998; LNXCAL00072475-2542. |
| a plurality of despreading devices for detecting, at | This phrase does not require construction. | '322 Specification at, *e.g.*, page 1, col. 1 at (63); Abstract at 7-11; col. 2, ll. 5-6, 39-41 and 47-53; col. 4, ll. 6-7 and 52-53; col. 5, ll. 61-67; col. 8, l. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| each receiver antenna of the plurality of receiving antennas, the first spread-spectrum signal and the second spread-spectrum signal, as a first plurality of detected spread-spectrum signals and a second plurality of detected spread spectrum signals, respectively (Defendants term) '322 patent, claim 9 | However, if the Court determines that construction is necessary, then Linex proposes: a plurality of devices in the receiver that reverses the spreading operation that occurred in the transmitter for determining the presence of and recovering both the multipath first spread-spectrum signal and multipath second spread-spectrum signal received at each antenna port | 3 - col. 9, l. 11; col. 9, ll. 21-41; col. 11, ll. 29-35; col. 13, ll. 5-7; Fig. 3; *see also* citations for "spread spectrum signals." '322 prosecution history file, including, *e.g.*, the original filed application; Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41. Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54) Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| combining (Defendants term) '322 patent, claim 9 '219 patent, claims 97, 109, 121 and 133 '812 patent, claims 98 and 102 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes: aggregating | Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract 10-13; col. 2, ll. 19-21; col. 4, ll. 39-47; col. 6, ll. 8-14; col. 9, ll. 45-col. 11, l. 4; col. 11, ll. 34-55; col. 12, ll. 32-37; col. 13, ll. 9-15; Fig. 3. '322 prosecution history file, including, *e.g.*, the original filed application; Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | '219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10. '812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. 3-5; 7/6/2012 Amendment, pp. 13-19. Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54) Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| separating said signals by detecting said different codes conveyed in said signals (Defendants term) '219 patent, claims 97, 109 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes: distinguishing the different signals in response to the | '219 Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract at 7-11; col. 2, ll. 11-12, 45-47, and 53-59; col. 4, ll. 7-13 and 59-60; col. 5, ll. 4-5, 29-31; col. 5, l. 67-col. 6, l. 6; col. 6, ll. 34-36; col. 7, ll. 14-16; col. 8, l. 8-col. 9, l. 45; col. 11, ll. 32-37; col. 13, ll. 8-10; Fig. 3; *see also* citations for "codes." '219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | detection of the different codes conveyed in the different signals | Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10. <br><br> Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17) <br><br> Sunay 6,353,626 (*e.g.*, Fig. 5, cols. 4 - 7) <br><br> Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7) <br><br> Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54) <br><br> Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| separating said received spread spectrum signals by detecting said different codes conveyed in said spread spectrum signals (Defendants term) <br><br> '219 patent, claim 121 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes: <br><br> distinguishing each of the received spread spectrum signals in response to the detection of the different codes | '219 Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract at 7-11; col. 2, ll. 11-12, 45-47, and 53-59; col. 4, ll. 7-13 and 59-60; col. 5, ll. 4-5, 29-31; col. 5, l. 67-col. 6, l. 6; col. 6, ll. 34-36; col. 7, ll. 14-16; col. 8, l. 8-col. 9, l. 45; col. 11, ll. 32-37; col. 13, ll. 8-10; Fig. 3; *see also* citations for "spread spectrum signals," and "codes." <br><br> '219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | conveyed in the spread spectrum signals | 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10. |
| | | Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17) |
| | | Sunay 6,353,626 (*e.g.*, Fig. 5, cols. 4 - 7) |
| | | Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7) |
| | | Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54) |
| | | Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| separating the spread spectrum signals received at each receiving antenna by detecting said different codes conveyed in said spread spectrum signals (Defendants term)<br><br>'219 patent, claim 133 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:<br><br>distinguishing each of the spread spectrum signals received at each receiving antenna in response to the detection of the different codes conveyed in the spread spectrum signals | '219 Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract at 7-11; col. 2, ll. 11-12, 45-47, and 53-59; col. 4, ll. 7-13 and 59-60; col. 5, ll. 4-5, 29-31; col. 5, l. 67-col. 6, l. 6; col. 6, ll. 34-36; col. 7, ll. 14-16; col. 8, l. 8-col. 9, l. 45; col. 11, ll. 32-37; col. 13, ll. 8-10 Fig. 3; *see also* citations for "spread spectrum signals," and "codes."<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17) |
| | | Sunay 6,353,626 (*e.g.*, Fig. 5, cols. 4 - 7) |
| | | Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7) |
| | | Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54) |
| | | Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| separating said different signals in response to detection of said different codes conveyed in said signals (Defendants term)  '812 patent, claims 97 and 106 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:  distinguishing the different signals in response to the detection of the different codes conveyed in the different signals | Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract 7-13; Col. 2, ll. 18-21, 46-48, 57-63; col. 4, ll. 11-17, 20-22, 25-27, 39-40, 42-47, 61-62; col. 5, ll. 5-6, 8-11, 30-31; col. 6, ll. 1-14, 35-39; col. 7, ll. 13-16; col. 8, ll. 6-col. 10, l. 67; col. 11, ll. 28-49; col. 13, ll. 1-4; Fig. 3; *see also* citations for "codes."  '219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10.  '812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | 3-5; 7/6/2012 Amendment, pp. 13-19.<br><br>Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17)<br><br>Sunay 6,353,626 (*e.g.*, Fig. 5, cols. 4 - 7)<br><br>Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7)<br><br>Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54)<br><br>Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| separating said different spread spectrum signals in response to detection of said different codes conveyed in said signals<br><br>'812 patent, claim 101 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:<br><br>distinguishing the different spread spectrum signals in response to detection of the different codes conveyed in the signals | Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract 7-15; Col. 2, ll. 18-21, 46-48, 57-63; col. 4, ll. 11-17, 20-22, 25-27, 39-40, 42-47, 61-62; col. 5, ll. 5-6, 8-11, 30-31; col. 6, ll. 1-14, 35-39; col. 7, ll. 13-16; col. 8, ll. 6-col. 10, l. 67; col. 11, ll. 28-49; col. 13, ll. 1-4; Fig. 3; *see also* citations for "spread spectrum signals," and "codes."<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10.<br><br>'812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. 3-5; 7/6/2012 Amendment, pp. 13-19.<br><br>Kotzin 6,173,005 (*e.g.*, Figs. 4,8,9, cols. 12-17)<br><br>Sunay 6,353,626 (*e.g.*, Fig. 5, cols. 4 - 7)<br><br>Harrison 6,154,485 (*e.g.*, Figs. 1,4 , cols. 5-7)<br><br>Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54)<br><br>Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| combiner circuits for combining received data symbols transmitted in signals with the same code and received by different receiving antennas<br>(Defendants term)<br><br>'219 patent, claim 97, 121 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:<br><br>combiner circuits for aggregating the received data symbols transmitted in signals distinguishable by the same code and received by the different receiving antennas | '219 Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract at 11-16; col. 2, ll. 12-14; col. 4, ll. 7-11, 17-19, 22-24, 37-39, and 40-49; col. 5, ll. 6-9 and 29-31; col. 6, ll. 7-12, and 34-36; col. 7, ll. 14-16; col. 9, l. 46 - col. 10, l. 61; col. 10, l. 65 - col. 11, l. 1; col. 11, ll. 38-43; col. 12, ll. 40-42; fig. 3; *see also* citations for "codes."<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10.<br><br>'322 prosecution history file, including, *e.g.*, the original filed application; |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41.<br><br>Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54)<br><br>Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| recovering the data symbols conveyed in said signals and combining received data symbols transmitted in signals with the same code and received by different receiving antennas (Defendants term)<br><br>'219 patent, claim 109, 133 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:<br><br>recovering the data symbols conveyed in the signals and aggregating the received data symbols transmitted in signals distinguishable by the same code and received by the different receiving antennas | '219 Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract at 11-16; col. 2, ll. 12-14; col. 4, ll. 7-11, 17-19, 22-24, 37-39, and 40-49; col. 5, ll. 6-9 and 29-31; col. 6, ll. 7-12, and 34-36; col. 7, ll. 14-16; col. 9, l. 46 - col. 10, l. 61; col. 10, l. 65 - col. 11, l. 1; col. 11, ll. 38-43; col. 12, ll. 40-42; fig. 3; *see also* citations for "codes."<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10.<br><br>'322 prosecution history file, including, *e.g.*, the original filed application; Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41. |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54)<br><br>Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |
| combiner circuitry for combining signals received on said different receiving antennas<br>(Defendants term)<br><br>'812 patent, claims 98 and 102 | This phrase does not require construction. However, if the Court determines that construction is necessary, then Linex proposes:<br><br>combiner circuitry for aggregating signals received on said different receiving antennas | Specification at, *e.g.*, page 1, col. 1 at (63) and (64); Abstract 10-13; Col. 2, ll. 18-21; col. 4, ll. 11-15, 20-22, 25-27, 39-40, 42-47; col. 5, ll. 8-11, 30-31; col. 6, ll. 8-14; 35-37; col. 7, ll. 13-15; col. 9, l. 45-col. 10, l. 67; col. 11, ll. 34-49; col. 12, ll. 35-37; Fig. 3.<br><br>'812 prosecution history file, including, *e.g.*, 3/9/2011 Declaration; 10/19/2011 Declaration; 7/6/2012 Declaration; 9/12/2011 Office Action, pp. 3-7; 10/19/2011 Amendment, pp. 10-13; 2/14/2012 Office Action, pp. 3-5; 7/6/2012 Amendment, pp. 13-19.<br><br>'219 prosecution history file, including, *e.g.*, the originally filed application including Declaration filed 06/26/08; Preliminary Amendment for Reissue Application filed with Application, pp. 2-8; Office Action 5/7/09, paras. 2-7; Amendment dated 08/11/09, pp. 2-9; Amendment dated 10/2/09, pp. 2-5; and Office Action dated 11/13/09, paras. 3-6; Request for Continued Examination filed 2/23/10 including Declaration dated 2/23/10, pp. 2-14; Office Action dated 6/8/10, paragraphs 4-12; Amendment dated 8-2-10, pp. 2-13; Supplemental Amendment dated 8/13/10, pp. 2-14; Supplemental Amendment dated 9/22/10, pp. 2-12; Submission of Reissue Application Declaration by the Inventor dated 9/23/10; and Notice of Allowance dated 12/20/10.<br><br>'322 prosecution history file, including, *e.g.*, the original filed application; Amendment filed 8/4/03; Office Action dated 10/24/03, paragraphs 5 & 6; Amendment After Final Rejection filed 11/3/03, pp. 13-15; Office Action dated 12/03/03, paras. 2-5; Second Amendment After Final Rejection, |

| Claim Terms | Linex's Proposed Claim Constructions | Supporting Intrinsic/Extrinsic Evidence |
|---|---|---|
| | | dated 12/3/03; Amendment dated 1/13/04, pp. 6, 7, 40 & 41.<br><br>Ono 5,999,560 (*e.g.*, col. 1, ll. 43-54)<br><br>Weerackody 5,289,499 (*e.g.*, col. 3, ll. 18-34) |

Linex may also rely on additional intrinsic/extrinsic evidence, including the following:

| Additional Intrinsic/Extrinsic Evidence | |
|---|---|
| Patent No. 6,026,115 (Higashi et al.) | Fig. 3; Col. 1, lns. 1-67; Col. 2, lns. 1-32; Col. 3, ln. 55 - Col. 4, ln. 61. |
| Patent No. 5,930,230 (Odenwalder et al.) LNXITC00054061-4080. | Abstract, Fig. 4; col. 5, ln. 63-Col. 7, ln. 15. |
| Patent No. 4,707,839 (Andren) | Abstract; Col. 1, lns. 28 - 40. |
| Patent No. 6,266,321 (Pehkonen) LNXITC00053940-3953. | Abstract; Fig. 2a; Col. 1, lns. 7-13; Col. 2, lns. 52-67; Col. 3, lns. 22-43; Col. 4, lns. 32-67; Col. 5, lns. 1-5; Col. 6, lns. 55-67; Col. 7, lns. 1-10; Col. 8, claim 1; and Col. 9, claim 3. |
| Claim Construction Order in *Linex Technologies, Inc., v. Motorola, Inc., et al.*, U.S. District Court Southern District of Florida, Case No. 05-80300-CIV-MARRA, November 17, 2010. LNXITC00043155-3164. | Pg. 3 |
| Plaintiff Linex Technologies, Inc.'s Opening Claim Construction Brief in *Linex Technologies, Inc., v. Motorola, Inc., et al.*, U.S. District Court Southern District of Florida, Case No. 05-80300-CIV-MARRA, April 21, 2006. LNXITC00053825-3886. | Pgs. 11-13 , Ex. D. |
| Memorandum Opinion and Order in *Linex Technologies, Inc., v. Belkin International, Inc., et al.*, U.S. District Court Eastern District of Texas, Case No. 2:07cv222, February 12, 2009. LNXITC00020604-0652. | Pgs. 1-3 and 9-32. |

| Additional Intrinsic/Extrinsic Evidence | |
|---|---|
| 3GPP TS 25.213 V2.0.0 (1999-04). LNXITC00054142-4167. | Secs. 4.1, 4.2, 4.3, 5.1, and 5.2 |
| 3GPP TS 25.201 V2.1.0 (1999-06). LNXITC00054129-4141. | Secs. 1, 4.1.1, 4.2.1, 4.2.3, and 5.6. |
| Higuchi et al., "Fast Cell Search Algorithm In DS-CDMA Mobile Radio Using Long Spreading Codes," *Proceedings of VTC 97*, Vol. 33, No. 1, (May 1997). LNXCAL00080343-48. | pp. 1430-34; Secs. 1, II, and III; and Fig. 2. |
| Ojanpera et al., "*Wideband CDMA for Third Generation Mobile Communications*," Artech House (1998). LNXCAL00080349-401. | Secs. 2.4, 2.4.2, Fig. 2.16; Secs 5.6, 5.6.2, 5.6.3; Secs. 6.3, 6.3.4, and Figs. 6.8 and 6.9. |
| Dohi et al., "Experiments on Coherent Multicode DS-CMA," *Proc. IEEE VTC*, (1996). | pp. 889-893; Fig. 1 |
| Gugler et al., "Simulation and Verification of a Spread Spectrum Wireless LAN using Chirped Delay Lines," IEEE, 1998. LNXCAL00073383-3386. | pp. 898-901. |
| Patent No. 5,548,582 (Brajal et al.) | Figs. 4, 5; Col. 6, ln.62 - col.7 ln. 37. |

Linex may also rely on the intrinsic/extrinsic evidence cited by the Defendants for the claim terms to support Linex's proposed constructions for the claim terms.