IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY; APPLE COMPUTER, INC.; ARUBA NETWORKS, INC.; MERU NETWORKS; and RUCKUS WIRELESS,<br><br>　　　　Defendants.<br>_____/<br>AND ALL RELATED CLAIMS AND COUNTER-CLAIMS<br>_____/ | No. C 13-159 CW<br><br>ORDER ADDRESSING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS (Docket No. 198) AND DEFENDANTS' CROSS-MOTION TO STRIKE (Docket Nos. 202, 203) |

　　　On August 2, 2013, Plaintiff Linex Technologies, Inc. filed a motion for leave to amend its infringement contentions and noticed the motion for hearing on September 12, 2013.  Docket No. 198.  On August 16, 2013, Defendants filed their opposition to Plaintiff's motion to amend and included within their opposition a cross-motion to strike Plaintiff's infringement contentions.  Docket No. 202.  Defendants noticed their cross-motion for hearing on September 26, 2013.  Docket No. 203.

　　　The Court resets the briefing and hearing schedule on the motions as follows:  Plaintiff's reply in support of its motion to amend and opposition to Defendants' motion to strike, contained in a single brief of twenty-five pages or less, is due by August 30, 2013.  Defendants' reply in support of their motion to strike, in a brief of fifteen pages or less, is due by September 6, 2013. Both motions will be heard together on September 26, 2013 at 2:00

1  p.m., unless they are earlier taken under submission on the
2  papers.
3       IT IS SO ORDERED.

5  Dated: 8/20/2013

                    CLAUDIA WILKEN
                    United States District Judge