C

| | |
|---|---|
| 1 | Robert F. McCauley (SBN 162056)<br>Robert.mccauley@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 3 | Stanford Research Park<br>3300 Hillview Avenue |
| 4 | Palo Alto, CA 94304-1203<br>Telephone: (650) 849-6600 |
| 5 | Facsimile: (650) 849-6666 |
| 6 | Vincent P. Kovalick (admitted *Pro Hac Vice*)<br>Vincent.kovalick@finnegan.com |
| 7 | Barry W. Graham (admitted *Pro Hac Vice*)<br>Barry.graham@finnegan.com |
| 8 | Richard H. Smith (admitted *Pro Hac Vice*)<br>Richard.smith@finnegan.com |
| 9 | Troy E. Grabow (admitted *Pro Hac Vice*)<br>Troy.grabow@finnegan.com |
| 10 | Rajeev Gupta (admitted *Pro Hac Vice*)<br>Rajeev.gupta@finnegan.com |
| 11 | Kenie Ho (admitted *Pro Hac Vice*)<br>Kenie.ho@finnegan.com |
| 12 | Cecilia Sanabria (admitted *Pro Hac Vice*)<br>Cecilia.sanabria@finnegan.com |
| 13 | Jia Lu (*Pro Hac Vice*)<br>Jia.lu@finnegan.com |
| 14 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 15 | 901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413 |
| 16 | Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400 |
| 17 | |
| 18 | *Attorneys for Linex Technologies, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW (MEJ) |
| Plaintiff,<br>v. | **STIPULATION TO AMEND CASE SCHEDULE; [PROPOSED] ORDER** |
| HEWLETT-PACKARD COMPANY,<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC., and<br>RUCKUS WIRELESS, INC., | |
| Defendants. | |

C

1  Plaintiff Linex Technologies, Inc. ("Linex") and Defendants Hewlett-Packard Company
2  ("HP"); Apple Computer Inc. ("Apple"); Aruba Networks, Inc. ("Aruba"); Meru Networks, Inc.
3  ("Meru"); and Ruckus Wireless, Inc. ("Ruckus") (collectively "Defendants") hereby stipulate, with
4  the Court's permission, to amend the Case Schedule (Dkts. 193, referring to 190 and 190-1), as
5  provided in the table on the following page. As explained in the supporting Declaration of Robert F.
6  McCauley, Linex believes that there is good cause to amend the schedule because numerous defense
7  and third-party witnesses are not available for depositions until after, or just days before, the Court's
8  current deadline for exchanging opening technical expert reports on September 1, 2013, and
9  Defendants are stipulating to the requested amendment. Although the proposed modified schedule
10 will presumably require continuing the Claim Construction hearing by two weeks (or at the Court's
11 convenience, to give the Court time to consider the parties' papers), the parties believe that
12 amending the schedule as below will not require any further changes to the Court's calendar or the
13 remaining dates in the current Case Schedule. Furthermore, these modifications to the schedule do
14 not result in any prejudice to any of the parties. Thus, the parties respectfully request that the Court
15 enter the parties' stipulation regarding the schedule.

| **Deadline** | **Current Schedule** | **Parties' Proposed Amendment** |
|---|---|---|
| Disclosure of identity of experts and deadline to submit opening expert reports on technical issues on which a party bears the burden of proof (No expert reports on damages or damages-related issues are due on this date) | September 1, 2013 (due to the weekend and Holiday, the deadline will be September 3, 2013) | September 20, 2013 |
| Deadline to submit rebuttal expert reports on technical issues (No expert reports on damages or damages-related issues are due on this date) | September 27, 2013 | October 23, 2013 |
| Plaintiff's claim construction/summary judgment motion | October 17, 2013 | November 7, 2013 |
| Defendant's opposition/cross motion (contained within a single brief) | November 14, 2013 | December 6, 2013 |
| Plaintiff's reply (contained within a single brief) | December 5, 2013 | December 20, 2013 |
| Defendants' surreply (contained within a single brief) | December 19, 2013 | January 3, 2014 |
| Next Case Management Conference and hearing for claim construction and all case dispositive motions | January 9, 2014 | January 23, 2014, or at the Court's convenience |

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(i)(3), by his signature below, Robert F. McCauley attests under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Respectfully submitted,

Dated: August 19, 2013 (for all signatories)

| | |
|---|---|
| /s/ Mark Scarsi | /s/ Robert F. McCauley |
| Mark Scarsi (SBN 183926) | Robert F. McCauley (SBN 162056) |
| Jennifer L. Miremadi (SBN 245559) | FINNEGAN, HENDERSON, FARABOW, |
| Miguel Ruiz (SBN 240387) | GARRETT & DUNNER, LLP |
| Ashlee N. Lin (SBN 275267) | Stanford Research Park |
| Michael Sheen (SBN 288284) | 3300 Hillview Avenue |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | Palo Alto, CA 94304-1203 |
| 601 South Figueroa, 30th Floor | Telephone: (650) 849-6600 |
| Los Angeles, CA 90017 | Facsimile: (650) 849.6666 |
| Telephone: (213) 892-4000 | |
| Facsimile: (213) 629-5063 | Vincent P. Kovalick (*Pro Hac Vice*) |
| | Barry W. Graham (*Pro Hac Vice*) |
| *Attorneys for Defendant Apple Inc.* | Richard H. Smith (*Pro Hac Vice*) |
| | Troy E. Grabow (*Pro Hac Vice*) |
| | Rajeev Gupta (*Pro Hac Vice*) |
| | Kenie Ho (*Pro Hac Vice*) |
| | Cecilia Sanabria (*Pro Hac Vice*) |
| | Jia Lu (*Pro Hac Vice*) |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001-4413 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | |
| | *Attorneys for Linex Technologies, Inc.* |
| | |
| /s/ Colby B. Springer | /s/ Alan H. Blankenheimer |
| Colby B. Springer (SBN 214868) | Alan H. Blankenheimer |
| LEWIS AND ROCA LLP | Laura E. Muschamp |
| 2440 W. El Camino Real, Sixth Floor | COVINGTON & BURLING LLP |
| Mountain View, CA 94040 | 9191 Towne Centre Drive, Suite 600 |
| Telephone: (650) 391-1380 | San Diego, CA 92122 |
| Facsimile: (650) 687-8492 | Telephone: (858) 678-1800 |
| | Facsimile: (858) 678-1600 |

| | | |
|---|---|---|
| 1 | Shane E. Olafson (*Pro Hac Vice*) | Robert T. Haslam |
| | W. Brent Rasmussen (*Pro Hac Vice*) | COVINGTON & BURLING LLP |
| 2 | LEWIS AND ROCA LLP | 333 Twin Dolphin Drive, Suite 700 |
| | 40 N. Central Ave., Suite 1900 | Redwood Shores, CA 94065 |
| 3 | Phoenix, AZ 85004 | Telephone: (650) 632-4700 |
| | Telephone: (602) 262-5311 | Facsimile: (650) 632-4800 |
| 4 | Facsimile: (602) 262-5747 | |
| 5 | | Alexander D. Chinoy (*Pro Hac Vice*) |
| | Jonathan W. Fountain (*Pro Hac Vice*) | COVINGTON & BURLING LLP |
| 6 | LEWIS AND ROCA LLP | 1201 Pennsylvania Avenue, NW |
| | 3993 Howard Hughes Pkwy., Suite 600 | Washington, DC 20004-2401 |
| 7 | Las Vegas, NV 89169 | Telephone: (202) 662-5559 |
| | Telephone: (702) 949-8200 | Facsimile: (202) 778-5559 |
| 8 | Facsimile: (702) 949-8398 | |
| | | *Attorneys for Hewlett-Packard Company* |
| 9 | *Attorneys for Defendant Ruckus Wireless, Inc.* | |

```
    /s/ L. Scott Oliver                              /s/ Michael J. Bettinger
```
L. Scott Oliver                         Michael J. Bettinger (Sbn 122196)
Diana Luo                               Shane Brun (SBN 179079)
MORRISON & FOERSTER LLP                 K&L GATES LLP
755 Page Mill Road                      4 Embarcadero Center, Suite 1200
Palo Alto, CA 94304-1018                San Francisco, California 94111-5994
Telephone: (650) 813-5600               Telephone: 415.882.8200
Facsimile: (650) 494-0792               Facsimile: 415.882.8220

Attorneys for Defendant                 Eric C. Rusnak (*Pro Hac Vice*)
*Meru Networks, Inc.*                   K&L GATES LLP
                                        1601 K Street, NW
                                        Washington, DC 20006
                                        Telephone: 202.778.9000
                                        Facsimile: 202.778.9100

                                        Attorneys for Defendant
                                        *Aruba Networks, Inc.*

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation and for GOOD CAUSE SHOWN, the Stipulation above is HEREBY GRANTED, and the case schedule is modified as set forth in the Stipulation. IT IS SO ORDERED.

Dated: 8/20/2013

Claudia Wilken
United States District Court Judge