UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. | Case No.: 4:13-cv-00159-CW <br><br> ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO APPOINT A TECHNICAL ADVISOR (Docket No. 219) |

The Court, having considered Defendants' Administrative Motion to Appoint a Technical Advisor, filed on September 25, 2013, and compelling reasons appearing therefor, orders that a Technical Advisor shall be appointed for the purpose of advising the Court in this matter.

The parties are ordered to meet and confer and agree upon a technical advisor within 14 days. If the parties cannot reach an agreement, they must file a joint brief not to exceed ten pages within 21 days. Each party may propose no more than three technical advisors, explain the qualifications of the persons listed, and explain their objection to the opposing party's proposed names.

IT IS SO ORDERED.

Dated: 10/17/2013           _____
                            THE HONORABLE CLAUDIA WILKEN