UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br> APPLE INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, <br> RUCKUS WIRELESS, INC. <br><br> Defendants. | Case No.: 4:13-cv-00159-CW <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |

Pursuant to the foregoing Stipulation and for GOOD CAUSE SHOWN, the Joint Stipulation Regarding Appointment of a Technical Advisor is hereby GRANTED, and the deadline for the parties to file a joint brief regarding appointment of a technical advisor is extended from November 7, 2013 to **November 14, 2013**.

IT IS SO ORDERED.


Dated:  11/13/2013  _____
THE HONORABLE CLAUDIA WILKEN