Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br>             Plaintiff, <br>       v. <br><br> HEWLETT-PACKARD COMPANY,, <br> APPLE COMPUTER INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, INC. <br> RUCKUS WIRELESS, INC., <br><br>             Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **JOINT STIPULATION TO AMEND CASE SCHEDULE; [PROPOSED ] ORDER** |

Plaintiff Linex Technologies, Inc. ("Linex") and Defendants Hewlett-Packard Company ("HP"); Apple Computer Inc. ("Apple"); Aruba Networks, Inc. ("Aruba"); Meru Networks, Inc. ("Meru"); and Ruckus Wireless, Inc. ("Ruckus") (collectively "Defendants") stipulate, with the Court's permission, to amend the Case Schedule (Dkt Nos. 193, referring to 190 and 190-1; and 206), as provided in the table below.  The parties' Stipulated Schedule only modifies the deadlines regarding claim construction and summary judgment briefing set forth in the Case Schedule by only one business day.  These modifications to the schedule do not result in any prejudice to any of the parties and do not affect any other Court-ordered deadlines or events in the schedule.  Thus, the parties respectfully request that the Court enter the parties' Joint Stipulation Regarding the Schedule.

| **Deadline** | **Current Schedule** | **Proposed Schedule** |
| --- | --- | --- |
| Plaintiff's claim construction/summary judgment motion | November 7, 2013 | November 8, 2013 |
| Defendant's opposition/cross motion (contained within a single brief) | December 6, 2013 | December 9, 2013 |
| Plaintiff's reply (contained within a single brief) | December 20, 2013 | December 23, 2013 |
| Defendants' surreply (contained within a single brief) | January 3, 2014 | January 6, 2014 |

**Filer's Attestation**:  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

*/s/ Robert F. McCauley*
Robert F. McCauley
Attorney for Plaintiff

Respectfully submitted,

 /s/ Miguel Ruiz
Mark Scarsi (SBN 183926)
Jennifer L. Miremadi (SBN 245559)
Miguel Ruiz (SBN 240387)
Ashlee N. Lin (SBN 275267)
Michael Sheen (SBN 288284)
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: mscarsi@milbank.com

*Attorneys for Defendant Apple Inc.*

 /s/ Robert F. McCauley
Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849.6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

*/s/ Colby B. Springer*
Colby B. Springer (SBN 214868)
LEWIS AND ROCA LLP
2440 W. El Camino Real, Sixth Floor
Mountain View, CA 94040
Telephone: (650) 391-1380
Facsimile: (650) 687-8492

Shane E. Olafson (*Pro Hac Vice*)
W. Brent Rasmussen (*Pro Hac Vice*)

 */s/ Alan H. Blankenheimer*
Alan H. Blankenheimer
ablankenheimer@cov.com
Laura E. Muschamp
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 600
San Diego, CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

| | | |
|---|---|---|
| 1 | LEWIS AND ROCA LLP | Robert T. Haslam |
| | 40 N. Central Ave., Suite 1900 | rhaslam@cov.com |
| 2 | Phoenix, AZ 85004 | COVINGTON & BURLING LLP |
| | Telephone: (602) 262-5311 | 333 Twin Dolphin Drive, Suite 700 |
| 3 | Facsimile: (602) 262-5747 | Redwood Shores, CA 94065 |
| | | Telephone: (650) 632-4700 |
| 4 | Jonathan W. Fountain (*Pro Hac Vice*) | Facsimile: (650) 632-4800 |
| 5 | LEWIS AND ROCA LLP | |
| | 3993 Howard Hughes Pkwy., Suite 600 | Alexander D. Chinoy (*Pro Hac Vice*) |
| 6 | Las Vegas, NV 89169 | achinoy@cov.com |
| | Telephone: (702) 949-8200 | COVINGTON & BURLING LLP |
| 7 | Facsimile: (702) 949-8398 | 1201 Pennsylvania Avenue, NW |
| | | Washington, DC 20004-2401 |
| 8 | *Attorneys for Defendant Ruckus Wireless, Inc.* | |
| | | *Attorneys for Hewlett-Packard Company* |
| 9 | /s/ L. Scott Oliver | /s/ Eric C. Rusnak |
| 10 | L. Scott Oliver | Michael J. Bettinger (Sbn 122196) |
| | Diana Luo | Shane Brun (SBN 179079) |
| 11 | MORRISON & FOERSTER LLP | K&L GATES LLP |
| | 755 Page Mill Road | 4 Embarcadero Center, Suite 1200 |
| 12 | Palo Alto, CA 94304-1018 | San Francisco, California 94111-5994 |
| 13 | Telephone: (650) 813-5600 | Telephone: 415.882.8200 |
| | Facsimile: (650) 494-0792 | Facsimile: 415.882.8220 |
| 14 | Email: soliver@mofo.com | mike.bettinger@klgates.com |
| | Email: dluo@mofo.com | shane.brun@klgates.com |
| 15 | | |
| 16 | Attorneys for Defendant | Eric C. Rusnak (*Pro Hac Vice*) |
| | *Meru Networks, Inc.* | K&L GATES LLP |
| 17 | | 1601 K Street, NW |
| | | Washington, DC 20006 |
| 18 | | Telephone: 202.778.9000 |
| | | Facsimile: 202.778.9100 |
| 19 | | eric.rusnak@klgates.com |
| 20 | | |
| | | Attorneys for Defendant |
| 21 | | *Aruba Networks, Inc.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

| Deadline | Current Schedule | Proposed Schedule |
|---|---|---|
| Plaintiff's claim construction/summary judgment motion | November 7, 2013 | November 8, 2013 |
| Defendant's opposition/cross motion (contained within a single brief) | December 6, 2013 | December 9, 2013 |
| Plaintiff's reply (contained within a single brief) | December 20, 2013 | December 23, 2013 |
| Defendants' surreply (contained within a single brief) | January 3, 2014 | January 6, 2014 |

Dated: __11/13/2013__           _____
                                Hon. Claudia Wilken
                                United States District Court Judge