Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY,, <br> APPLE COMPUTER INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, INC. <br> RUCKUS WIRELESS, INC., <br><br> Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **PLAINTIFF'S [PROPOSED] CLAIM CONSTRUCTION ORDER** |

The Court having considered **PLAINTIFF LINEX TECHNOLOGIES INC.'S OPENING CLAIM CONSTRUCTION BRIEF**, as well as the opposing and reply papers, and after hearing oral argument,

IT IS HEREBY ORDERED that the Court adopts the following constructions for the disputed terms of the asserted claims of the asserted Linex patents (U.S. Patent Nos. 6,757,322; RE42,219; and RE43,812):

1. The term "**code(s)**" is construed to mean "a predetermined sequence(s) of bits or symbols."
2. The term "**spread spectrum signals**" is construed to mean "signals processed with one or more forms of coding that increases the bandwidth and distributes each signal across the available bandwidth."
3. The term **"combining"** is construed to mean "aggregating."
4. The term **"combiner circuits for combining received data symbols transmitted in signals with the same code and received by different receiving antennas"** is construed to mean "combiner circuits for aggregating the received data symbols transmitted in signals distinguishable by the same code and received by the different receiving antennas."
5. The term **"recovering the data symbols conveyed in said signals and combining received data symbols transmitted in signals with the same code and received by different receiving antennas"** is construed to mean "recovering the data symbols conveyed in the signals and aggregating the received data symbols transmitted in signals distinguishable by the same code and received by the different receiving antennas."
6. The term **"combiner circuitry for combining signals received on said different receiving antennas"** is construed to mean "combiner circuitry for aggregating signals received on said different receiving antennas."
7. The term **"a plurality of despreading devices for detecting, at each receiver antenna of the plurality of receiving antennas, the first spread-spectrum signal and the second spread-spectrum signal, as a first plurality of detected spread-spectrum signals and a second plurality of detected spread spectrum signals, respectively"** is construed to mean "a plurality of devices in the receiver that reverses the spreading operation that occurred in

the transmitter for determining the presence of and recovering both the multipath first spread-spectrum signal and multipath second spread-spectrum signal received at each antenna port."

8. The term **"separating said signals by detecting said different codes conveyed in said signals terms"** is construed to mean "distinguishing the different signals in response to the detection of the different codes conveyed in the different signals."

9. The term **"separating said received spread spectrum signals by detecting said different codes conveyed in said spread spectrum signals"** is construed to mean "distinguishing each of the received spread spectrum signals in response to the detection of the different codes conveyed in the spread spectrum signals."

10. The term **"separating the spread spectrum signals received at each receiving antenna by detecting said different codes conveyed in said spread spectrum signals"** is construed to mean "distinguishing each of the spread spectrum signals received at each receiving antenna in response to the detection of the different codes conveyed in the spread spectrum signals."

11. The term **"separating said different signals in response to detection of said different codes conveyed in said signals"** is construed to mean "distinguishing the different signals in response to the detection of the different codes conveyed in the different signals."

12. The term **"separating said different spread spectrum signals in response to detection of said different codes conveyed in said signals"** is construed to mean "distinguishing the different spread spectrum signals in response to the detection of the different codes conveyed in the signals."

Dated: _____          _____
                                       Hon. Claudia Wilken
                                       United States District Court Judge