1  Katherine D. Prescott (SBN: 215496)
   katherine.prescott@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: +1 650 858 5038
   Facsimile: +1 650 858 6100
5
   Attorney for Defendant, Apple Inc.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11

12 LINEX TECHNOLOGIES, INC.,                      Case No.  4:13-cv-00159-CW (MEJ)

13              Plaintiff,
                                                  **NOTICE OF APPEARANCE**
14      vs.

15 HEWLETT-PACKARD COMPANY, APPLE
   COMPUTER INC., ARUBA NETWORKS, INC.,
16 MERU NETWORKS, INC., and RUCKUS
   WIRELESS, INC.,
17
                Defendants.
18

19

20 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

21      PLEASE TAKE NOTICE that Katherine D. Prescott (State Bar No. 215496) of Wilmer

22 Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.

23 Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email

24 on the Court's notification of all electronic filings in this action at the following email address:

25 katherine.prescott@wilmerhale.com.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: November 21, 2013. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: /s/ *Katherine D. Prescott* <br> Katherine D. Prescott (SBN 215496) <br> WILMER CUTLER PICKERING |
| 4 | | HALE AND DORR LLP <br> 950 Page Mill Road |
| 5 | | Palo Alto, CA  94304 <br> Telephone:  (650) 858-5038 |
| 6 | | Facsimile:   (650) 858-6100 |
| 7 | | ***Attorney for Defendant Apple Inc.*** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 21, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Katherine D. Prescott
Katherine D. Prescott