Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (admitted *Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (admitted *Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (admitted *Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (admitted *Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (admitted *Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (admitted *Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC.,<br>            Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>[PROPOSED] **ORDER TO CONTINUE MEDIATION DEADLINE** |

1  The Court having considered the parties' Joint Stipulation Regarding Mediation Schedule
2  and Referral to Mediator filed on November 20, 2013, and for GOOD CAUSE SHOWN, the
3  Stipulation to continue is HEREBY GRANTED.  The mediation deadline is continued to January 10,
4  2014.

Dated: 11/22/2013

Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE