|||
|---|---|
| 1 | Robert F. McCauley (SBN 162056)<br>Robert.mccauley@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 3 | Stanford Research Park<br>3300 Hillview Avenue |
| 4 | Palo Alto, CA 94304-1203<br>Telephone:  (650) 849-6600 |
| 5 | Facsimile:  (650) 849-6666 |
| 6 | Vincent P. Kovalick (admitted *Pro Hac Vice*)<br>Vincent.kovalick@finnegan.com |
| 7 | Barry W. Graham (admitted *Pro Hac Vice*)<br>Barry.graham@finnegan.com |
| 8 | Richard H. Smith (*Pro Hac Vice*)<br>Richard.smith@finnegan.com |
| 9 | Troy E. Grabow (*Pro Hac Vice*)<br>Troy.grabow@finnegan.com |
| 10 | Rajeev Gupta (admitted *Pro Hac Vice*)<br>Rajeev.gupta@finnegan.com |
| 11 | Kenie Ho (admitted *Pro Hac Vice*)<br>Kenie.ho@finnegan.com |
| 12 | Cecilia Sanabria (admitted *Pro Hac Vice*)<br>Cecilia.sanabria@finnegan.com |
| 13 | Jia Lu (admitted *Pro Hac Vice*)<br>Jia.lu@finnegan.com |
| 14 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 15 | 901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413 |
| 16 | Telephone:  (202) 408-4000<br>Facsimile:  (202) 408-4400 |
| 17 | *Attorneys for Linex Technologies, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW (MEJ) |
| 21 | Plaintiff, | **[PROPOSED] ORDER OF REFERENCE TO MAGISTRATE JUDGE GREWAL FOR MEDIATION** |
| 22 | v. | |
| 23 | HEWLETT-PACKARD COMPANY | |
| 24 | APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC., | |
| 25 | MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC., | |
| 26 | Defendants. | |

1   The Court having considered the parties' Joint Stipulation Regarding Mediation Schedule
2   and Referral to Mediator filed on November 20, 2013, and for GOOD CAUSE SHOWN, this case is
3   referred to Magistrate Judge Paul S. Grewal for mediation to involve Plaintiff Linex Technologies,
4   Inc. and Defendants Hewlett-Packard Company, Meru Networks, Inc., and Aruba Networks, Inc., as
5   well as any other of the Defendants who may so request.

8   Dated: 11/22/2013

Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE