1 | Mark C. Scarsi (SBN 183926)
  | mscarsi@milbank.com
2 | Jennifer L. Miremadi (SBN 245559)
  | jmiremadi@milbank.com
3 | Miguel Ruiz (SBN 240387)
  | mruiz@milbank.com
4 | Ashlee N. Lin (SBN 275267)
  | ashlee.lin@milbank.com
5 | Michael Sheen (SBN 288284)
  | msheen@milbank.com
6 | MILBANK, TWEED, HADLEY & McCLOY LLP
  | 601 South Figueroa Street, 30th Floor
7 | Los Angeles, California 90017
  | Telephone: (213) 892-4000
8 | Facsimile: (213) 629-5063

9 | *Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LINEX TECHNOLOGIES, INC., | Case No.: 4:13-cv-00159-CW (MEJ) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF MARK C. SCARSI IN SUPPORT OF PLAINTIFF LINEX TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 197)** |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |
| | Judge: Hon. Claudia Wilken |

I, Mark C. Scarsi, hereby declare as follows:

1. I am duly licensed to practice law in the State of California, and to practice in the United States District Court for the Southern District of California in the above-referenced matter. I am a partner with the firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), counsel for Defendant Apple Inc. ("Apple"). I submit this declaration in support of Plaintiff Linex Technologies, Inc.'s Administrative Motion to File Documents under Seal. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify thereto.

2. Defendants Apple, Hewlett-Packard Company ("HP"), Aruba Networks Inc. ("Aruba"), Meru Networks ("Meru"), and Ruckus Wireless ("Ruckus" and collectively, "Defendants") hereby request that the Court grant Linex's Administrative Motion to file under seal the following exhibits to the Declaration of Robert F. McCauley in Support of Plaintiff Linex Technologies, Inc.'s Motion to Amend Infringement Contentions (ECF No. 198-1) ("McCauley Declaration"):

- Exhibits 11–15 of the McCauley Declaration: accompanying exhibits to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. These exhibits include proprietary information related to HP (Ex. 11), Apple (Ex. 12), Aruba (Ex. 13), Meru (Ex. 14), and Ruckus (Ex. 15).

- Exhibits 17–21 of the McCauley Declaration: accompanying appendices to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. These appendices include proprietary information related to HP (Ex. 17), Apple (Ex. 18), Aruba (Ex. 19), Meru (Ex. 20), and Ruckus (Ex. 21).

- Exhibits 37–41 of the McCauley Declaration: accompanying exhibits to Plaintiff's Second Amended Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. These exhibits include proprietary information related to HP (Ex. 37), Apple (Ex. 38), Aruba (Ex. 39), Meru (Ex. 40), and Ruckus (Ex. 41).

- Exhibits 43–47 of the McCauley Declaration: redlined comparisons of the appendices to Linex's Initial and Second Amended Infringement Contentions. These redlined comparisons include proprietary information related to HP (Ex. 43), Apple (Ex. 44), Aruba (Ex. 45), Meru (Ex. 46), and Ruckus (Ex. 47).

- Exhibits 63–67 of the McCauley Declaration: redlined comparisons of the exhibits to Linex's Initial and Second Amended Infringement Contentions. These redlined comparisons include proprietary information related to HP (Ex. 63), Apple (Ex. 64), Aruba (Ex. 65), Meru (Ex. 66), and Ruckus (Ex. 67).

3. Exhibits 11–15, 17–21, 37–41, 43–47, and 63–67 of the McCauley Declaration contain proprietary and sensitive business information of Defendants and third-party suppliers, and such material has been designated as "Confidential Business Information – Subject to Protective Order" and "Confidential Source Code – Outside Attorneys' Eyes Only – Subject to Protective Order" under the Amended Stipulated Protective Order in this case (ECF No. 194).

4. I have spoken with counsel for the Defendants, and they concur in the statements set forth above with respect to the proprietary and confidential nature of the information contained in Exhibits 11–15, 17–21, 37–41, 43–47, and 63–67.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2013 at Los Angeles, California.

/s/ Mark C. Scarsi
Mark C. Scarsi
Attorney for Defendant Apple Inc.

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory.

/s/ Michael A. Molano
Michael A. Molano

Attorney for Third-Party Marvell Semiconductor, Inc.

-3-
DECLARATION ISO LINEX'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:13-CV-00159-CW