UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | No. CV13-00159 CW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING SETTLEMENT CONFERENCE |
| MERU NETWORKS, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference **is hereby set for Friday, December 20, 2013 at 10:00 a.m. before United States Magistrate Judge Paul S. Grewal.** Parties are to appear in Courtroom 5, 4th Floor of the United States Courthouse and Federal Building, 280 South First Street, San Jose, California 95113.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE GREWAL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated: December 3, 2013

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal