1   MICHAEL A. MOLANO (SBN 171057)
    mmolano@mayerbrown.com
2   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
3   3000 El Camino Real
    Palo Alto, CA 94306
4   Tel: (650) 331-2000
    Fax: (650) 331-2061
5

    SETH B. HERRING (SBN 253907)
    sherring@reedsmith.com
    REED SMITH LLP
    101 Second Street
    Suite 1800
    San Francisco, CA 94105
    Tel: (415) 659-5954
    Fax: (415) 391-8269

6   *Attorneys for Third-Party*
    Marvell Semiconductor, Inc.

    *Attorneys for Third-Party*
    Qualcomm Atheros, Inc.
7

8

9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | Case No. 4:13-cv-00159-CW (MEJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THIRD-PARTIES MARVELL SEMICONDUCTOR, INC. AND QUALCOMM ATHEROS, INC.'S JOINT UNOPPOSED ADMINISTRATIVE MOTION TO STAY ORDER ADDRESSING MOTIONS TO SEAL (DKT. NO. 248) AND FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF LINEX, INC.'S ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 197)** |
| v. | |
| HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC. | |
| Defendants. | |
| | Honorable Claudia Wilken |

[PROPOSED] ORDER;
CASE NO. 4:13-CV-00159-CW (MEJ)

708043789.1

1  Upon consideration of Third-Parties Marvell Semiconductor, Inc. ("Marvell") and
2  Qualcomm Atheros, Inc.'s ("Qualcomm Atheros") Joint Unopposed Administrative Motion to
3  Stay Order Addressing Motions to Seal (Dkt. No. 248) and for Leave to File Declarations in
4  Support of Linex's Inc.'s Administrative Motion to Seal, the Court hereby rules as follows:
5  Marvell and Qualcomm Atheros's Joint Unopposed Motion ("Joint Motion") is **GRANTED**, and
6  this Court's prior Order Addressing Motion to Stay (Dkt. No. 248) is **STAYED**.

**IT IS SO ORDERED.**

Dated: December 4, 2013

THE HONORABLE **CLAUDIA WILKEN**

UNITED STATES DISTRICT JUDGE