1  ROBERT T. HASLAM (Bar No. 71134)
   rhaslam@cov.com
2  Covington & Burling LLP
   333 Twin Dolphin Drive, Suite 700
3  Redwood Shores, CA 94065
   Telephone: (650) 632-4702
4  Facsimile:  (650) 632-4800

5  ALAN H. BLANKENHEIMER (Bar No. 218713)
   ablankenheimer@cov.com
6  LAURA E. MUSCHAMP (Bar No. 228717)
   lmuschamp@cov.com
7  SARA J. O'CONNELL (Bar No. 238328)
   soconnell@cov.com
8
   9191 Towne Centre Drive, 6th Floor
9  San Diego, CA 92122
   Telephone: (858) 678-1800
10 Facsimile:  (858) 678-1600

11 ALEXANDER D. CHINOY (Admitted *pro hac vice*)
   achinoy@cov.com
12 Covington and Burling LLP
   1201 Pennsylvania Ave NW
13 Washington, DC 20004
   Telephone: (202) 662-6000
14 Facsimile:   (202) 662-6291

15 *Attorneys for Defendant Hewlett-Packard Company*

16
                    **UNITED STATES DISTRICT COURT**
17
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18

19 | LINEX TECHNOLOGY, INC., | Civil Case No.: 4:13-cv-00159-CW |
   |---|---|
20 | Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
21 | v. | |
22 | HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., | |
23 | ARUBA NETWORKS, INC., MERU NETWORKS, | |
24 | RUCKUS WIRELESS, | |
25 | Defendants. | |

26
27
28

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Defendant Hewlett-Packard Company ("HP") respectfully moves for leave to withdraw Ian J. Miller as counsel of record in this matter. The withdrawal of said counsel from this matter will impose no delay of the case or prejudice to any party, and HP's other counsel will remain of record. A Proposed Order is filed herewith.

Dated: December 5, 2013　　　　　　　　　　By: */s/ Ian J. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　Ian J. Miller
　　　　　　　　　　　　　　　　　　　　　　　　imiller@cov.com
　　　　　　　　　　　　　　　　　　　　　　　　Covington & Burling LLP
　　　　　　　　　　　　　　　　　　　　　　　　9191 Towne Centre Drive, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92122
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (858) 678-1800
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (858) 678-1600

|    |    |
|----|----|
| 1  | **[PROPOSED] ORDER** |
| 2  | Ian J. Miller is hereby authorized by the Court to withdraw as counsel of Defendant |
| 3  | Hewlett-Packard Company ("HP").  Covington & Burling LLP will continue to represent HP in |
| 4  | this action. |
| 5  | The clerk of the Court is directed to make the appropriate change in the docket. |
| 6  | **IT IS SO ORDERED.** |
| 7  | Dated: _____          _____ |
| 8  |                                             Hon. Claudia Wilken |
|    |                                             United States District Judge |

1