| | |
|---|---|
| MICHAEL A. MOLANO (SBN 171057)<br>mmolano@mayerbrown.com<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Tel:  (650) 331-2000<br>Fax:  (650) 331-2061<br><br>*Attorneys for Third-Party*<br>Marvell Semiconductor, Inc. | SETH B. HERRING (SBN 253907)<br>sherring@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Tel:  (415) 659-5954<br>Fax:  (415) 391-8269<br><br>*Attorneys for Third-Party*<br>Qualcomm Atheros, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.<br><br>                    Defendants. | Case No. 4:13-cv-00159-CW (MEJ)<br><br>**DECLARATIONS OF THIRD-PARTIES MARVELL SEMICONDUCTOR, INC. AND QUALCOMM ATHEROS, INC. IN SUPPORT OF LINEX, INC.'S ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 197)**<br><br>Honorable Claudia Wilken |

1  Pursuant to Civil Local Rule 79-5(e) and this Court's Order of December 4, 2013 (Dkt.
2  No. 260), third-parties Marvell Semiconductor, Inc. ("Marvell") and Qualcomm Atheros, Inc.
3  ("Qualcomm Atheros") jointly submit the attached Declarations of Michael A. Molano and Seth
4  B. Herring[1] in support of Linex Technologies, Inc.'s Administrative Motion to Seal (Dkt. No.
5  197), as to any exhibits submitted by Linex under seal that are confidential as to Marvell and
6  Qualcomm Atheros.

Dated: December 5, 2013                MAYER BROWN LLP

                                       By: /s/ Michael A. Molano
                                           Michael A. Molano

                                       Attorneys for Third-Party
                                       MARVELL SEMICONDUCTOR, INC.

Dated: December 5, 2013                REED SMITH LLP

                                       By: /s/ Seth B. Herring
                                           Seth B. Herring

                                       Attorneys for Third-Party
                                       QUALCOMM ATHEROS, INC.

*Filer's Attestation: Pursuant to Civ. L. R. 5-1, the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

---

[1] Originally submitted in support of Marvell and Qualcomm Atheros's Unopposed Administrative Motion to Stay Order Addressing Motions to Seal (Dkt. No. 248) and for Leave to File Declarations in Support of Linex Technologies, Inc.'s Administrative Motion to Seal (Dkt. No. 197). Dkt. No. 255.