MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 331-2000
Fax: (650) 331-2061

*Attorneys for Third-Party*
Marvell Semiconductor, Inc.

SETH B. HERRING (SBN 253907)
sherring@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Tel: (415) 659-5954
Fax: (415) 391-8269

*Attorneys for Third-Party*
Qualcomm Atheros, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.<br><br>Defendants. | Case No. 4:13-cv-00159-CW (MEJ)<br><br>**DECLARATION OF MICHAEL A. MOLANO ISO THIRD-PARTIES MARVELL SEMICONDUCTOR, INC. AND QUALCOMM ATHEROS, INC.'S JOINT UNOPPOSED ADMINISTRATIVE MOTION TO STAY ORDER ADDRESSING MOTIONS TO SEAL (DKT. NO. 248) AND FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF LINEX, INC.'S ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 197)**<br><br>Honorable Claudia Wilken |

# DECLARATION OF MICHAEL A. MOLANO

1. I am a partner with the law firm of Mayer Brown LLP, counsel of third-party Marvell Semiconductor, Inc. I make this declaration in support of Marvell Semiconductor, Inc. ("Marvell") and Qualcomm Atheros, Inc. ("Qualcomm Atheros") Joint Unopposed Administrative Motion to Stay Order Addressing Motions to Seal (Dkt. No. 248) and for Leave to File Declarations in Support of Linex, Inc.'s Administrative Motion to Seal (Dkt. No. 197). I have personal knowledge of the facts in this Declaration, and if called to do so, I could and would testify competently to the same.

2. Exhibits 23, 28, 33, 49, 54, and 59 to Plaintiff Linex Technologies, Inc's ("Linex") Motion to Amend its Infringement Contentions (Dkt. No 197) contain highly confidential business information of a third party to this case, Marvell. The confidential Marvell exhibits contain extensive reference to and incorporation of Marvell's highly proprietary and competitively sensitive source code, and to Marvell's product specifications and data sheets. The confidentiality of these materials are carefully and confidentially maintained by Marvell. Marvell has a compelling interest in maintaining the confidentiality of its source code and other sensitive product information, and to protect this interest, the exhibits attached to the McCauley declaration in support of Linex's motion for leave to amend that contain Marvell confidential material should remain under seal.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email I received from Ms. Deborah Petite, dated August 3, 3013.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email I received from counsel for Linex Mr. Robert McCauley, dated November 22, 2013. I was surprised to receive this email.

5. I left a voicemail that morning for Mr. McCauley notifying Linex of Marvell's intent to file an administrative motion to stay the Sealing Order, and to request leave to file supporting declarations.

6. Attached hereto as **Exhibit C** is a true and correct copy of an additional email I received from counsel for Linex Mr. Robert McCauley, also dated November 22, 2013.

1  I declare under penalty of perjury that the above is true and correct and that this
2  Declaration was executed on November 25, 2013, in Palo Alto, California.

4  By: /s/ *Michael A. Molano*
5  Michael A. Molano

-2-
MOLANO DEC. ISO JOINT UNOPPOSED ADMINISTRATIVE MOTION TO STAY;
CASE NO. 4:13-CV-00159-CW (MEJ)

# Exhibit A

| | |
|---|---|
| **Subject:** | Linex v Hewlett-Packard, et al., N.D. Cal. No. 4:13-cv-00159-CW - Linex's Motion to Amend Infringement Contentions |
| **Attachments:** | Marvell Service.zip |

**From:** Petite, Deborah
**Sent:** Saturday, August 03, 2013 2:25 PM
**To:** Molano, Michael A. <MMolano@mayerbrown.com> (MMolano@mayerbrown.com)
**Cc:** Kovalick, Vince; Graham, Barry; McCauley, Robert; Linex-NDCal
**Subject:** Service - Linex v Hewlett-Packard, et al., N.D. Cal. No. 4:13-cv-00159-CW - Linex's Motion to Amend Infringement Contentions

Dear Counsel,

Please see the attached zip file containing service copies of the confidential Marvell exhibits to Robert McCauley's Declaration in Support of Linex's Motion to Amend Infringement Contentions, submitted for filing under seal.

Please let me know if you have any problem accessing the documents.

Best regards

**Deborah Petite**
Litigation Legal Assistant

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto CA 94304
650.849.6791 | fax: 650.849.6666 | Deborah.Petite@finnegan.com | www.finnegan.com

# FINNEGAN

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# Exhibit B

**Subject:** Order Denying Motion to Seal - Linex v. HP et al.

**From:** Molano, Michael A.
**Sent:** Friday, November 22, 2013 8:50 AM
**To:** 'McCauley, Robert'; sherring@reedsmith.com
**Cc:** Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Order Denying Motion to Seal - Linex v. HP et al.

Rob:

Marvell is certainly surprised by this email and was unaware of the Motion to Seal filed by Linex. It appears from your message below that I was sent a copy of that Motion, but I have not received it. Kindly resend that prior notice to me so I can get to the bottom of this.

Also, Marvell needs to see the infringement contentions that contain its CBI right away so it can determine the next steps and whether a Declaration from Marvell supporting your Motion to Seal is need. Please forward that at your soonest convenience.

Mike

Michael A. Molano
Mayer Brown LLP
Intellectual Property Group
Two Palo Alto Square, Suite 300
3000 El Camino Real | Palo Alto, CA 94306
650.331.2035 | 650.331.4535 (fax)
mmolano@mayerbrown.com

**From:** McCauley, Robert [mailto:Robert.McCauley@finnegan.com]
**Sent:** Friday, November 22, 2013 8:22 AM
**To:** Molano, Michael A.; sherring@reedsmith.com
**Cc:** Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Order Denying Motion to Seal - Linex v. HP et al.

Dear Mike and Seth, and Defendants,

In connection with Linex's motion to amend infringement contentions, Linex moved to file under seal portions of its infringement contentions because they contain information that we understood was designated confidential under the PO by Qualcomm, Marvell, and/or the Defendants. Judge Wilken denied the motion to seal because there was no declaration filed by any of the designating parties or third parties (see attached order), and ordered Linex to file the documents at issue publicly within four days of yesterday (the date the order issued). We specifically served our motion to seal (also attached) upon Qualcomm and Marvell's outside counsel, and all Defendants outside counsel, advising of their obligation to file a declaration to support Linex's motion to seal, but none was filed.

1

We do not know if this comes as a surprise to any of you, and are sending you this email as a courtesy to specifically advise you of the order and to advise you that we will comply with the order unless one of you disagrees with it and takes some action to suspend our obligation under the Court's order. Please advise as to whether you are opposed to the order and whether you plan to take any action to suspend it. Thank you.

Best regards,

Rob

**Robert McCauley**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6673 | fax 650.849.6666 | Robert.McCauley@finnegan.com | www.finnegan.com

**From:** Ho, Kenie
**Sent:** Thursday, November 21, 2013 5:12 PM
**To:** Ruiz, Miguel
**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I accepted all of your edits and added one edit on page 7. Attached is Exhibit 1 to go with the edit. That is only edit I made. Unless Defendants have any further edits, Linex is fine with the draft for filing.

Best regards,
Kenie

**From:** Ho, Kenie
**Sent:** Thursday, November 21, 2013 7:46 PM
**To:** Ruiz, Miguel
**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Re: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I have one edit and will send shortly.

Thanks,
Kenie

On Nov 21, 2013, at 7:33 PM, "Ruiz, Miguel" <MRuiz@milbank.com> wrote:

Kenie,

Defendants had one additional edit to our objections to Dr. Marcus.

Thanks,
Miguel

2

**From:** Ruiz, Miguel
**Sent:** Thursday, November 21, 2013 3:24 PM
**To:** 'Ho, Kenie'
**Cc:** 'McCauley, Robert'; 'Linex-NDCal'; 'WHAttorneys-External-Apple-Linex@wilmerhale.com'; Apple-Linex; 'HP13159 (HP13159@cov.com)'; 'Aruba_Linex_DE (Aruba_Linex_DE@klgates.com)'; 'Meru-Linex-DE (Meru-Linex-DE@mofo.com)'; 'Ruckus-Linex (Ruckus-Linex@lrlaw.com)'
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Kenie,

We accepted your edits and insertions without modification and inserted our section regarding Dr. Marcus (and cleaned up some language in our Dr. Molisch section).

Unless anyone has any additional edits, we will file the finalized version at 5pm Pacific.

Sincerely,
Miguel

---

**Miguel J. Ruiz | Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

---

**From:** Ho, Kenie [mailto:kenie.ho@finnegan.com]
**Sent:** Thursday, November 21, 2013 12:54 PM
**To:** Ruiz, Miguel
**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

Attached is the draft with Linex's inserts. Our edits are in MS Word's track changes format. Since Defendants are the ones requesting a technical advisor, please confirm that Defendants will handle filing today. Thanks.

Best regards,
Kenie

Kenie Ho
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4287 | fax: 202.408.4400 | kenie.ho@finnegan.com | www.finnegan.com

---

**From:** Ruiz, Miguel [mailto:MRuiz@milbank.com]
**Sent:** Wednesday, November 20, 2013 1:33 PM
**To:** McCauley, Robert; Linex-NDCal
**Cc:** WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

3

Rob,

Attached is a draft of the joint brief regarding the appointment of the technical advisor. We left space for Linex to insert its objections to Dr. Molisch and describe why Linex believes Dr. Marcus is qualified to be the Court's technical advisor. Based on Linex's description of Dr. Marcus, we will insert our objections.

Sincerely,
Miguel

Miguel J. Ruiz | **Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

<Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-9).docx>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise

exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

Case 4:13-cv-00599-CW Document 2251-3 Filed 02/05/33 Page 6 of 69

5

# Exhibit C

**Subject:** Order Denying Motion to Seal - Linex v. HP et al.


-----Original Message-----
From: McCauley, Robert [mailto:Robert.McCauley@finnegan.com]
Sent: Friday, November 22, 2013 12:11 PM
To: Herring, Seth B.
Cc: Molano, Michael A.; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com); Mitchell, Jonah
Subject: Re: Order Denying Motion to Seal - Linex v. HP et al.

Dear Seth and Mike,

Thanks for your voicemail and emails. We assume we will not oppose your admin motion, but please let us see it first and we ask that you include the fact that we served you with the motion and exhibits at issue on August 3 and thus complied with the rule (Debbie, please forward Seth the email and exhibits). I will be working quite a bit over the weekend and can review your motion then if you have it ready. We also will not file the exhibits at issue until this gets sorted out.

Best regards,

Rob

Rob McCauley
Sent from my iPhone (please excuse the brevity of my message)

On Nov 22, 2013, at 10:19 AM, "Herring, Seth B."
<<mailto:SHerring@ReedSmith.com>SHerring@ReedSmith.com<mailto:SHerring@ReedSmith.com>> wrote:

Rob,

Qualcomm-Atheros was also surprised by your email. As Mike and I explained on our voicemail and Mike's follow-up email, we intend to file an administrative motion to stay the Court's order and for leave to submit our supporting declarations later today. We understand from your email below that Linex will not be filing either Qualcomm-Atheros' or Marvell's highly confidential information in the public record pending resolution of this administrative motion.

Regards,

Seth

From: Molano, Michael A. [mailto:MMolano@mayerbrown.com]
Sent: Friday, November 22, 2013 8:50 AM
To: McCauley, Robert; Herring, Seth B.
Cc: Linex-NDCal; <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex; HP13159 (<mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>); Aruba_Linex_DE (<mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates.com<mailto:Aruba_Linex_DE@klgates.​com>); Meru-Linex-DE (<mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-

1

Linex-DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)
Subject: RE: Order Denying Motion to Seal - Linex v. HP et al.

Rob:

Marvell is certainly surprised by this email and was unaware of the Motion to Seal filed by Linex. It appears from your message below that I was sent a copy of that Motion, but I have not received it. Kindly resend that prior notice to me so I can get to the bottom of this.

Also, Marvell needs to see the infringement contentions that contain its CBI right away so it can determine the next steps and whether a Declaration from Marvell supporting your Motion to Seal is need. Please forward that at your soonest convenience.

Mike

Michael A. Molano
Mayer Brown LLP
Intellectual Property Group
Two Palo Alto Square, Suite 300
3000 El Camino Real | Palo Alto, CA 94306
650.331.2035 | 650.331.4535 (fax)
<mailto:mmolano@mayerbrown.com><mailto:mmolano@mayerbrown.com>mmolano@mayerbrown.com<mailto:mmolano@mayerbrown.com>

From: McCauley, Robert
[<mailto:Robert.McCauley@finnegan.com><mailto:Robert.McCauley@finnegan.com>mailto:Robert.McCauley@finnegan.com]
Sent: Friday, November 22, 2013 8:22 AM
To: Molano, Michael A.; <mailto:sherring@reedsmith.com> <mailto:sherring@reedsmith.com> sherring@reedsmith.com<mailto:sherring@reedsmith.com>
Cc: Linex-NDCal; <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>
<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex; HP13159
(<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>); Aruba_Linex_DE
(<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates.com<mailto:Aruba_Linex_DE@klgates.com>); Meru-Linex-DE (<mailto:Meru-Linex-DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)
Subject: Order Denying Motion to Seal - Linex v. HP et al.

Dear Mike and Seth, and Defendants,

In connection with Linex's motion to amend infringement contentions, Linex moved to file under seal portions of its infringement contentions because they contain information that we understood was designated confidential under the PO by Qualcomm, Marvell, and/or the Defendants. Judge Wilken denied the motion to seal because there was no declaration filed by any of the designating parties or third parties (see attached order), and ordered Linex to file the documents at issue publicly within four days of yesterday (the date the order issued). We specifically served our motion to seal (also attached) upon Qualcomm and Marvell's outside counsel, and all Defendants outside counsel, advising of their obligation to file a declaration to support Linex's motion to seal, but none was filed.

We do not know if this comes as a surprise to any of you, and are sending you this email as a courtesy to specifically advise you of the order and to advise you that we will comply with the order unless one of you disagrees with it and takes some action to suspend our obligation under the Court's order. Please advise as to whether you are opposed to the order and whether you plan to take any action to suspend it. Thank you.

Best regards,

Rob

Robert McCauley
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6673 | fax 650.849.6666 |
Robert.McCauley@finnegan.com<mailto:Robert.McCauley@finnegan.com> |
www.finnegan.com<http://www.finnegan.com/>

From: Ho, Kenie
Sent: Thursday, November 21, 2013 5:12 PM
To: Ruiz, Miguel
Cc: McCauley, Robert; Linex-NDCal; <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex; HP13159 (<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>); Aruba_Linex_DE (<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates.com<mailto:Aruba_Linex_DE@klgates.com>); Meru-Linex-DE (<mailto:Meru-Linex-DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)
Subject: RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I accepted all of your edits and added one edit on page 7. Attached is Exhibit 1 to go with the edit. That is only edit I made. Unless Defendants have any further edits, Linex is fine with the draft for filing.

Best regards,
Kenie

From: Ho, Kenie
Sent: Thursday, November 21, 2013 7:46 PM
To: Ruiz, Miguel
Cc: McCauley, Robert; Linex-NDCal; <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex; HP13159 (<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>); Aruba_Linex_DE (<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates.com<mailto:Aruba_Linex_DE@klgates.com>); Meru-Linex-DE (<mailto:Meru-Linex-DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)

Subject: Re: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I have one edit and will send shortly.

Thanks,
Kenie

On Nov 21, 2013, at 7:33 PM, "Ruiz, Miguel" <<mailto:MRuiz@milbank.com><mailto:MRuiz@milbank.com>MRuiz@milbank.com<mailto:MRuiz@milbank.com>> wrote:
Kenie,

Defendants had one additional edit to our objections to Dr. Marcus.

Thanks,
Miguel

From: Ruiz, Miguel
Sent: Thursday, November 21, 2013 3:24 PM
To: 'Ho, Kenie'
Cc: 'McCauley, Robert'; 'Linex-NDCal'; '<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com><mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>WHAttorneys-External-Apple-Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>';
Apple-Linex; 'HP13159
(<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>)';
'Aruba_Linex_DE
(<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates.com<mailto:Aruba_Linex_DE@klgates.com>)'; 'Meru-Linex-DE (<mailto:Meru-Linex-DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-DE@mofo.com>)'; 'Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)'
Subject: RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Kenie,

We accepted your edits and insertions without modification and inserted our section regarding Dr. Marcus (and cleaned up some language in our Dr. Molisch section).

Unless anyone has any additional edits, we will file the finalized version at 5pm Pacific.

Sincerely,
Miguel

---

Miguel J. Ruiz | Milbank
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
<mailto:mruiz@milbank.com><mailto:mruiz@milbank.com>mruiz@milbank.com<mailto:mruiz@milbank.com> | <http://www.milbank.com> <http://www.milbank.com>
www.milbank.com<http://www.milbank.com>


From: Ho, Kenie [mailto:kenie.ho@finnegan.com]<mailto:[mailto:kenie.ho@finnegan.com]>
Sent: Thursday, November 21, 2013 12:54 PM
To: Ruiz, Miguel

```
Cc: McCauley, Robert; Linex-NDCal; <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>
<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-
Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex;
HP13159
(<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>);
Aruba_Linex_DE
(<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates
.com<mailto:Aruba_Linex_DE@klgates.com>); Meru-Linex-DE (<mailto:Meru-Linex-
DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-
DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-
Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)
Subject: RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)
```

Miguel,

Attached is the draft with Linex's inserts. Our edits are in MS Word's track changes format. Since Defendants are the ones requesting a technical advisor, please confirm that Defendants will handle filing today. Thanks.

Best regards,
Kenie

Kenie Ho
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4287 | fax: 202.408.4400 | kenie.ho@finnegan.com<mailto:kenie.ho@finnegan.com> |
www.finnegan.com<http://www.finnegan.com/>

```
From: Ruiz, Miguel [mailto:MRuiz@milbank.com]<mailto:[mailto:MRuiz@milbank.com]>
Sent: Wednesday, November 20, 2013 1:33 PM
To: McCauley, Robert; Linex-NDCal
Cc: <mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com> <mailto:WHAttorneys-External-
Apple-Linex@wilmerhale.com> WHAttorneys-External-Apple-
Linex@wilmerhale.com<mailto:WHAttorneys-External-Apple-Linex@wilmerhale.com>; Apple-Linex;
HP13159
(<mailto:HP13159@cov.com><mailto:HP13159@cov.com>HP13159@cov.com<mailto:HP13159@cov.com>);
Aruba_Linex_DE
(<mailto:Aruba_Linex_DE@klgates.com><mailto:Aruba_Linex_DE@klgates.com>Aruba_Linex_DE@klgates
.com<mailto:Aruba_Linex_DE@klgates.com>); Meru-Linex-DE (<mailto:Meru-Linex-
DE@mofo.com><mailto:Meru-Linex-DE@mofo.com>Meru-Linex-DE@mofo.com<mailto:Meru-Linex-
DE@mofo.com>); Ruckus-Linex (<mailto:Ruckus-Linex@lrlaw.com><mailto:Ruckus-
Linex@lrlaw.com>Ruckus-Linex@lrlaw.com<mailto:Ruckus-Linex@lrlaw.com>)
Subject: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)
```

Rob,

Attached is a draft of the joint brief regarding the appointment of the technical advisor. We left space for Linex to insert its objections to Dr. Molisch and describe why Linex believes Dr. Marcus is qualified to be the Court's technical advisor. Based on Linex's description of Dr. Marcus, we will insert our objections.

Sincerely,
Miguel

---

Miguel J. Ruiz | Milbank

601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
<mailto:mruiz@milbank.com><mailto:mruiz@milbank.com>mruiz@milbank.com<mailto:mruiz@milbank.com> | <http://www.milbank.com> <http://www.milbank.com> www.milbank.com<http://www.milbank.com>

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
<Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-9).docx>


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

6

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above by Mayer Brown LLP was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor. This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.


\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.20.10.00


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.