Jonah D. Mitchell (SBN: 203511)
Email: jmitchell@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Third Party
QUALCOMM ATHEROS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | Case No. 4:13-cv-00159-CW (MEJ)<br><br>**DECLARATION OF SETH B. HERRING IN SUPPORT OF THIRD PARTIES QUALCOMM-ATHEROS, INC. AND MARVELL TECHNOLOGY GROUP LTD.'S JOINT UNOPPOSED ADMINISTRATIVE MOTION TO STAY ORDER ADDRESSING MOTIONS TO SEAL (DKT. NO. 248) AND FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF LINEX, INC.'S ADMINISTRATIVE MOTION TO SEAL (DKT. 197)**<br><br>Honorable Claudia Wilken |

I, Seth B. Herring, declare:

1. I am an attorney with the law firm of Reed Smith LLP and am counsel for third party Qualcomm Atheros, Inc. ("Atheros") in the above-captioned suit. I submit this Declaration in support of Third Parties' Qualcomm Atheros, Inc. and Marvell Technology Group Ltd.'s Joint Administrative Motion to Stay Order Addressing Motions to Seal (Dkt. No. 248) and For Leave to File Declarations in Support of Linex, Inc's Administrative Motion to Sea (Dkt. No. 197). If called as a witness, I could and would competently testify to these matters.

2. Exhibits 24-26, 29-31, 34-36, 50-52, 55-57, and 60-62 to Plaintiff Linex

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Technologies, Inc.'s ("Linex") Motion to Amend its Infringement Contentions (Dkt. No. 197) contain highly confidential business information of a third party to this case, Atheros. Specifically, these exhibits contain detailed confidential technical information describing third party Atheros' products. These exhibits also contain excerpts from third party Atheros' confidential source code. Third party Atheros designated the information disclosed in these exhibits as "Confidential Business Information" or "Confidential Source Code" under the Amended Stipulated Protective Order in this case (Dkt. No. 194). It would be highly prejudicial to Atheros if this information were to be publicly disclosed.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email I received from Ms. Deborah Petite, dated August 3, 2013.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email I received from counsel for Linex Mr. Robert McCauley, dated November 22, 2013. I was surprised to receive this email.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email I sent to Mr. McCauley, dated November 22, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2013 in San Francisco, California.

By: */s/ Seth B. Herring*
    Seth B. Herring

*Filer's Attestation: Pursuant to Civ. L. R. 5-1, the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

Case No. 4:13-cv-00159-CW (MEJ)      -2-
DECLARATION OF SETH B. HERRING IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL

# EXHIBIT A

## Kalahele, Deborah L.

| | |
|---|---|
| **From:** | Petite, Deborah <Deborah.Petite@finnegan.com> |
| **Sent:** | Saturday, August 03, 2013 2:22 PM |
| **To:** | Herring, Seth B. |
| **Cc:** | Kovalick, Vince; Graham, Barry; McCauley, Robert; Linex-NDCal |
| **Subject:** | Service - Linex v Hewlett-Packard, et al., N.D. Cal. No. 4:13-cv-00159-CW - Linex's Motion to Amend Infringement Contentions |
| **Attachments:** | Qualcomm Service.zip |

Dear Counsel,

Please see the attached zip file containing service copies of the confidential Qualcomm exhibits to Robert McCauley's Declaration in Support of Linex's Motion to Amend Infringement Contentions, submitted for filing under seal.

Please let me know if you have any problem accessing the documents.

Best regards

**Deborah Petite**
Litigation Legal Assistant
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto CA 94304
650.849.6791 | fax: 650.849.6666 | Deborah.Petite@finnegan.com | www.finnegan.com

# FINNEGAN

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# EXHIBIT B

## Kalahele, Deborah L.

| | |
|---|---|
| **From:** | McCauley, Robert <Robert.McCauley@finnegan.com> |
| **Sent:** | Friday, November 22, 2013 8:22 AM |
| **To:** | mmolano@mayerbrown.com; Herring, Seth B. |
| **Cc:** | Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com) |
| **Subject:** | Order Denying Motion to Seal - Linex v. HP et al. |
| **Attachments:** | DE 248 11 21 13 Order Addressing Motions to Seal 197 201 and 208.pdf; 197 Linex Mtn to Seal  McCauley Decl ISO 08 02 13.pdf |

Dear Mike and Seth, and Defendants,

In connection with Linex's motion to amend infringement contentions, Linex moved to file under seal portions of its infringement contentions because they contain information that we understood was designated confidential under the PO by Qualcomm, Marvell, and/or the Defendants.  Judge Wilken denied the motion to seal because there was no declaration filed by any of the designating parties or third parties (see attached order), and ordered Linex to file the documents at issue publicly within four days of yesterday (the date the order issued).  We specifically served our motion to seal (also attached) upon Qualcomm and Marvell's outside counsel, and all Defendants outside counsel, advising of their obligation to file a declaration to support Linex's motion to seal, but none was filed.

We do not know if this comes as a surprise to any of you, and are sending you this email as a courtesy to specifically advise you of the order and to advise you that we will comply with the order unless one of you disagrees with it and takes some action to suspend our obligation under the Court's order.  Please advise as to whether you are opposed to the order and whether you plan to take any action to suspend it.  Thank you.

Best regards,

Rob

**Robert McCauley**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6673 | fax 650.849.6666 | Robert.McCauley@finnegan.com | www.finnegan.com

---

> **From:** Ho, Kenie
> **Sent:** Thursday, November 21, 2013 5:12 PM
> **To:** Ruiz, Miguel
> **Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
> **Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)
>
> Miguel,
>
> I accepted all of your edits and added one edit on page 7. Attached is Exhibit 1 to go with the edit. That is only edit I made. Unless Defendants have any further edits, Linex is fine with the draft for filing.
>
> Best regards,

1

Kenie

---

**From:** Ho, Kenie
**Sent:** Thursday, November 21, 2013 7:46 PM
**To:** Ruiz, Miguel
**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Re: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I have one edit and will send shortly.

Thanks,
Kenie

On Nov 21, 2013, at 7:33 PM, "Ruiz, Miguel" <MRuiz@milbank.com> wrote:

Kenie,

Defendants had one additional edit to our objections to Dr. Marcus.

Thanks,
Miguel

---

**From:** Ruiz, Miguel
**Sent:** Thursday, November 21, 2013 3:24 PM
**To:** 'Ho, Kenie'
**Cc:** 'McCauley, Robert'; 'Linex-NDCal'; 'WHAttorneys-External-Apple-Linex@wilmerhale.com'; Apple-Linex; 'HP13159 (HP13159@cov.com)'; 'Aruba_Linex_DE (Aruba_Linex_DE@klgates.com)'; 'Meru-Linex-DE (Meru-Linex-DE@mofo.com)'; 'Ruckus-Linex (Ruckus-Linex@lrlaw.com)'
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Kenie,

We accepted your edits and insertions without modification and inserted our section regarding Dr. Marcus (and cleaned up some language in our Dr. Molisch section).

Unless anyone has any additional edits, we will file the finalized version at 5pm Pacific.

Sincerely,
Miguel

---

**Miguel J. Ruiz** | **Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

---

**From:** Ho, Kenie [mailto:kenie.ho@finnegan.com]
**Sent:** Thursday, November 21, 2013 12:54 PM
**To:** Ruiz, Miguel

2

**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

Attached is the draft with Linex's inserts. Our edits are in MS Word's track changes format. Since Defendants are the ones requesting a technical advisor, please confirm that Defendants will handle filing today. Thanks.

Best regards,
Kenie

**Kenie Ho**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4287 | fax: 202.408.4400 | kenie.ho@finnegan.com | www.finnegan.com

---

**From:** Ruiz, Miguel [mailto:MRuiz@milbank.com]
**Sent:** Wednesday, November 20, 2013 1:33 PM
**To:** McCauley, Robert; Linex-NDCal
**Cc:** WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Rob,

Attached is a draft of the joint brief regarding the appointment of the technical advisor. We left space for Linex to insert its objections to Dr. Molisch and describe why Linex believes Dr. Marcus is qualified to be the Court's technical advisor. Based on Linex's description of Dr. Marcus, we will insert our objections.

Sincerely,
Miguel

---

**Miguel J. Ruiz** | **Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

=============================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
=============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you

are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

============================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
<Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-9).docx>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# EXHIBIT C

## Kalahele, Deborah L.

| | |
|---|---|
| **From:** | Herring, Seth B. |
| **Sent:** | Friday, November 22, 2013 10:19 AM |
| **To:** | 'Molano, Michael A.'; 'McCauley, Robert' |
| **Cc:** | 'Linex-NDCal'; 'WHAttorneys-External-Apple-Linex@wilmerhale.com'; 'Apple-Linex'; 'HP13159 (HP13159@cov.com)'; 'Aruba_Linex_DE (Aruba_Linex_DE@klgates.com)'; 'Meru-Linex-DE (Meru-Linex-DE@mofo.com)'; 'Ruckus-Linex (Ruckus-Linex@lrlaw.com)'; Mitchell, Jonah |
| **Subject:** | RE: Order Denying Motion to Seal - Linex v. HP et al. |

Rob,

Qualcomm-Atheros was also surprised by your email. As Mike and I explained on our voicemail and Mike's follow-up email, we intend to file an administrative motion to stay the Court's order and for leave to submit our supporting declarations later today. We understand from your email below that Linex will not be filing either Qualcomm-Atheros' or Marvell's highly confidential information in the public record pending resolution of this administrative motion.

Regards,

Seth

---

**From:** Molano, Michael A. [mailto:MMolano@mayerbrown.com]
**Sent:** Friday, November 22, 2013 8:50 AM
**To:** McCauley, Robert; Herring, Seth B.
**Cc:** Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Order Denying Motion to Seal - Linex v. HP et al.

Rob:

Marvell is certainly surprised by this email and was unaware of the Motion to Seal filed by Linex. It appears from your message below that I was sent a copy of that Motion, but I have not received it. Kindly resend that prior notice to me so I can get to the bottom of this.

Also, Marvell needs to see the infringement contentions that contain its CBI right away so it can determine the next steps and whether a Declaration from Marvell supporting your Motion to Seal is need. Please forward that at your soonest convenience.

Mike

Michael A. Molano
Mayer Brown LLP
Intellectual Property Group
Two Palo Alto Square, Suite 300
3000 El Camino Real | Palo Alto, CA 94306
650.331.2035 | 650.331.4535 (fax)
mmolano@mayerbrown.com

1

**From:** McCauley, Robert [mailto:Robert.McCauley@finnegan.com]
**Sent:** Friday, November 22, 2013 8:22 AM
**To:** Molano, Michael A.; sherring@reedsmith.com
**Cc:** Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Order Denying Motion to Seal - Linex v. HP et al.

Dear Mike and Seth, and Defendants,

In connection with Linex's motion to amend infringement contentions, Linex moved to file under seal portions of its infringement contentions because they contain information that we understood was designated confidential under the PO by Qualcomm, Marvell, and/or the Defendants. Judge Wilken denied the motion to seal because there was no declaration filed by any of the designating parties or third parties (see attached order), and ordered Linex to file the documents at issue publicly within four days of yesterday (the date the order issued). We specifically served our motion to seal (also attached) upon Qualcomm and Marvell's outside counsel, and all Defendants outside counsel, advising of their obligation to file a declaration to support Linex's motion to seal, but none was filed.

We do not know if this comes as a surprise to any of you, and are sending you this email as a courtesy to specifically advise you of the order and to advise you that we will comply with the order unless one of you disagrees with it and takes some action to suspend our obligation under the Court's order. Please advise as to whether you are opposed to the order and whether you plan to take any action to suspend it. Thank you.

Best regards,

Rob

**Robert McCauley**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6673 | fax 650.849.6666 | Robert.McCauley@finnegan.com | www.finnegan.com

> **From:** Ho, Kenie
> **Sent:** Thursday, November 21, 2013 5:12 PM
> **To:** Ruiz, Miguel
> **Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
> **Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)
>
> Miguel,
>
> I accepted all of your edits and added one edit on page 7. Attached is Exhibit 1 to go with the edit. That is only edit I made. Unless Defendants have any further edits, Linex is fine with the draft for filing.
>
> Best regards,
> Kenie

> **From:** Ho, Kenie
> **Sent:** Thursday, November 21, 2013 7:46 PM
> **To:** Ruiz, Miguel
> **Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-

2

DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Re: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

I have one edit and will send shortly.

Thanks,
Kenie

On Nov 21, 2013, at 7:33 PM, "Ruiz, Miguel" <MRuiz@milbank.com> wrote:

Kenie,

Defendants had one additional edit to our objections to Dr. Marcus.

Thanks,
Miguel

---

**From:** Ruiz, Miguel
**Sent:** Thursday, November 21, 2013 3:24 PM
**To:** 'Ho, Kenie'
**Cc:** 'McCauley, Robert'; 'Linex-NDCal'; 'WHAttorneys-External-Apple-Linex@wilmerhale.com'; Apple-Linex; 'HP13159 (HP13159@cov.com)'; 'Aruba_Linex_DE (Aruba_Linex_DE@klgates.com)'; 'Meru-Linex-DE (Meru-Linex-DE@mofo.com)'; 'Ruckus-Linex (Ruckus-Linex@lrlaw.com)'
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Kenie,

We accepted your edits and insertions without modification and inserted our section regarding Dr. Marcus (and cleaned up some language in our Dr. Molisch section).

Unless anyone has any additional edits, we will file the finalized version at 5pm Pacific.

Sincerely,
Miguel

---

**Miguel J. Ruiz** | **Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

---

**From:** Ho, Kenie [mailto:kenie.ho@finnegan.com]
**Sent:** Thursday, November 21, 2013 12:54 PM
**To:** Ruiz, Miguel
**Cc:** McCauley, Robert; Linex-NDCal; WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** RE: Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Miguel,

3

Attached is the draft with Linex's inserts. Our edits are in MS Word's track changes format. Since Defendants are the ones requesting a technical advisor, please confirm that Defendants will handle filing today. Thanks.

Best regards,
Kenie

**Kenie Ho**
Partner

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4287 | fax: 202.408.4400 | kenie.ho@finnegan.com | www.finnegan.com

---

**From:** Ruiz, Miguel [mailto:MRuiz@milbank.com]
**Sent:** Wednesday, November 20, 2013 1:33 PM
**To:** McCauley, Robert; Linex-NDCal
**Cc:** WHAttorneys-External-Apple-Linex@wilmerhale.com; Apple-Linex; HP13159 (HP13159@cov.com); Aruba_Linex_DE (Aruba_Linex_DE@klgates.com); Meru-Linex-DE (Meru-Linex-DE@mofo.com); Ruckus-Linex (Ruckus-Linex@lrlaw.com)
**Subject:** Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-7)

Rob,

Attached is a draft of the joint brief regarding the appointment of the technical advisor. We left space for Linex to insert its objections to Dr. Molisch and describe why Linex believes Dr. Marcus is qualified to be the Court's technical advisor. Based on Linex's description of Dr. Marcus, we will insert our objections.

Sincerely,
Miguel

_____

**Miguel J. Ruiz** | **Milbank**
601 S. Figueroa Street, 30th Floor | Los Angeles, CA 90017
T: +1 213.892.4596 | F: +1 213.892.4796
mruiz@milbank.com | www.milbank.com

==============================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
==============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

============================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

<Joint Brief Regarding Appointment of a Technical Advisor (4820-5999-7206-9).docx>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.
_____

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above by Mayer Brown LLP was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.