|   |   |
|---|---|
| MICHAEL A. MOLANO (SBN 171057)<br>mmolano@mayerbrown.com<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Tel:   (650) 331-2000<br>Fax:   (650) 331-2061<br><br>*Attorneys for Third-Party*<br>Marvell Semiconductor, Inc. | SETH B. HERRING (SBN 253907)<br>sherring@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Tel:  (415) 659-5954<br>Fax:  (415) 391-8269<br><br>*Attorneys for Third-Party*<br>Qualcomm Atheros, Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.<br><br>    Defendants. | Case No. 4:13-cv-00159-CW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING LINEX, INC.'S ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 197) EXHIBITS CONTAINING INFORMATION CONFIDENTIAL AS TO THIRD-PARTIES MARVELL SEMICONDUCTOR, INC. AND QUALCOMM ATHEROS, INC.**<br><br>Honorable Claudia Wilken |

1  Having considered Linex's Inc.'s Administrative Motion to Seal (Dkt. No. 197) and the
2  Declarations of Michael A. Molano and Seth B. Herring submitted by Third-Parties Marvell
3  Semiconductor, Inc. ("Marvell") and Qualcomm Atheros, Inc.'s ("Qualcomm Atheros") in
4  support thereof, and for

5  GOOD CAUSE HAVING BEEN SHOWN, including a demonstration that Exhibits 23,
6  28, 33, 49, 54, and 59 (confidential as to Marvell), and Exhibits 24-26, 29-31, 34-36, 50-52, 55-
7  57, and 60-62 (confidential as to Qualcomm Atheros) to the Declaration of to the Declaration of
8  Robert F. McCauley in Support of Plaintiff Linex Technologies Inc.'s Motion to Amend
9  Infringement Contentions include confidential, proprietary information as to Marvell and
10 Qualcomm Atheros that is sealable in accordance with Civil L.R. 79-5(d),

11 IT IS HEREBY ORDERED that Exhibits 23, 24-26, 28-31, 33-36, 49, 50-52, 54-57, 59,
12 and 60-62 and Exhibits 24-26, 29-31, 34-36, 50-52, 55-57, and 60-62 to the McCauley
13 Declaration shall be kept under seal.

15 **IT IS SO ORDERED.**
16 Dated: _____, 2013    _____
17                              THE HONORABLE **CLAUDIA WILKEN**
18                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER;
CASE NO. 4:13-CV-00159-CW (MEJ)