UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. | Case No.: 4:13-cv-00159-CW (MEJ) <br><br> [PROPOSED] ORDER GRANTING JOINT REQUEST TO COMPEL PRODUCTION OF LICENSE AGREEMENTS NOTWITHSTANDING CONFIDENTIALITY PROVISIONS <br><br> Judge: Hon. Maria-Elena James |

On December 9, 2013, Plaintiff Linex Technologies, Inc. and Defendant Hewlett-Packard Company ("HP") submitted a Joint Letter pursuant to the Court's Discovery Standing Order. Having considered the parties' Joint Letter, IT IS HEREBY ORDERED THAT:

Notwithstanding confidentiality provisions contained in patent license agreements with third-parties, HP must produce responsive patent license agreements in the above-captioned matter pursuant to the protections of the Protective Order (Dkt. No. 194) in this case.

IT IS SO ORDERED.

DATED: 12/9/2013

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE