ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4702
Facsimile: (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
Covington & Burling LLP
One Front Street, 35th Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
SARA J. O'CONNELL (Bar No. 238328)
soconnell@cov.com
Covington & Burling LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

ALEXANDER D. CHINOY (Admitted *pro hac vice*)
achinoy@cov.com
Covington and Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendant and Counterclaimant Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. | Civil Case No.: 4:13-cv-00159-CW <br><br> **DECLARATION OF JOHN D. FREED IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, John D. Freed, declare:

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Defendant Hewlett-Packard Company ("HP") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2. Plaintiff Linex Technology, Inc. relied in its Motion to Amend Infringement Contentions (Dkt. No. 198) on documents that have been designated as "HP CONFIDENTIAL BUSINESS INFORMATION" under the Stipulated Protective Order (Dkt. No. 194) by HP. Those documents contain confidential and proprietary information of HP as explained below.

3. Exhibit 11 to the Declaration of Robert F. McCauley in Support of Plaintiff Linex Technologies, Inc.'s Motion to Amend Infringement Contentions ("McCauley Declaration") is an accompanying exhibit to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. This exhibit discloses sensitive business information regarding the chipsets used in HP's Accused Products and other internal information about its products not known to the public.

4. Exhibit 17 to the McCauley Declaration is an accompanying appendix to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. This exhibit discloses sensitive business information regarding the chipsets used in HP's Accused Products and other internal information about its products not known to the public.

5. Exhibit 37 to the McCauley Declaration is an accompanying exhibit to Plaintiff's Second Amended Disclosure of Asserted Claims and Infringement Contentions Relating to U.S. Patent Nos. 6,757,322, RE42,219, and RE43,812. This exhibit discloses sensitive business information regarding the chipsets used in HP's Accused Products and other internal information about its products not known to the public.

6. Exhibit 43 to the McCauley Declaration is a redlined comparison of the appendices to Linex's Initial and Second Amended Infringement Contentions. This exhibit

1

DECLARATION OF JOHN D. FREED IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL                                   Civil Case No.: 4:13-cv-00159-CW

1  discloses sensitive business information regarding the chipsets used in HP's Accused Products
2  and other internal information about its products not known to the public.

3     7.     Exhibit 63 to the McCauley Declaration is a redlined comparison of the exhibits
4  to Linex's Initial and Second Amended Infringement Contentions.  This exhibit discloses
5  sensitive business information regarding the chipsets used in HP's Accused Products and other
6  internal information about its products not known to the public.

7     8.     Exhibits 11, 17, 37, 43, and 63 of the McCauley Declaration contain proprietary
8  information of HP and such material has been designated as "Confidential Business Information
9  – Subject to Protective Order" under the Amended Stipulated Protective Order in this case (Dkt.
10 No. 194).

11    I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.  Executed this 25th day of November, 2013, in San Francisco, CA.

COVINGTON & BURLING LLP

By: */s/ John D. Freed*
John D. Freed
Covington & Burling LLP
One Front Street, 35th Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091

*Attorney for Defendant and Counterclaimant
Hewlett-Packard Company*

2

DECLARATION OF JOHN D. FREED IN RESPONSE TO                Civil Case No.: 4:13-cv-00159-CW
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL

1    IT IS HEREBY ORDERED THAT Exhibits 11, 17, 37, 43, and 63 to the
2    McCauley Declaration shall be kept under seal.
3    IT IS SO ORDERED.
4
5    DATED: _____    _____
6                                                                    HON. CLAUDIA WILKEN
                                                                     UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING HP'S                                              4:13-cv-00159-CW (MEJ)
ADMINISTRATIVE MOTION TO STAY ORDER
ADDRESSING MOTIONS TO SEAL