UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: December 20, 2013                            Time in Court: 3 hours and 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Linex Technologies, Inc. v. Meru Networks**
**CASE NUMBER**: CV13-00159 CW
Plaintiff Attorney(s) present: Robert McCauley and Vincent Kovalick.  Also present: Donald Schilling.
Defendant Attorney(s) present: L. Scott Oliver.  Also present: Mark Liu.

**PROCEEDINGS:**
**Settlement Conference**

Settlement conference held.
Case did not settle.

///