| | |
|---|---|
| 1 | Robert F. McCauley (SBN 162056) |
| | Robert.mccauley@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, CA 94304-1203 |
| | Telephone:  (650) 849-6600 |
| 5 | Facsimile:  (650) 849-6666 |
| 6 | Vincent P. Kovalick (*Pro Hac Vice*) |
| | Vincent.kovalick@finnegan.com |
| 7 | Barry W. Graham (*Pro Hac Vice*) |
| | Barry.graham@finnegan.com |
| 8 | Richard H. Smith (*Pro Hac Vice*) |
| | Richard.smith@finnegan.com |
| 9 | Troy E. Grabow (*Pro Hac Vice*) |
| | Troy.grabow@finnegan.com |
| 10 | Rajeev Gupta ( *Pro Hac Vice*) |
| | Rajeev.gupta@finnegan.com |
| 11 | Kenie Ho (*Pro Hac Vice*) |
| | Kenie.ho@finnegan.com |
| 12 | Cecilia Sanabria (*Pro Hac Vice*) |
| | Cecilia.sanabria@finnegan.com |
| 13 | Jia Lu (admitted *Pro Hac Vice*) |
| | Jia.lu@finnegan.com |
| 14 | Robert D. Wells (AD*Pro Hac Vice*) |
| | Robert.wells@finnegan.com |
| 15 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| 16 | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001-4413 |
| 17 | Telephone: (202) 408-4000 |
| | Facsimile:  (202) 408-4400 |
| 18 | |
| | *Attorneys for Linex Technologies, Inc.* |
| 19 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HEWLETT-PACKARD COMPANY APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., Defendants. | |

**CERTIFICATE OF SERVICE**

I, Deborah Petite, hereby certify that on December 23, 2013, a true and correct copy of the following was served by the indicated means to the persons at the addresses listed:

- **LINEX'S REPLY BRIEF ON CLAIM CONSTRUCTION AND OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY (UNREDACTED)**

- **SUPPLEMENTAL DECLARATION OF PAUL R. PRUCNAL IN SUPPORT OF LINEX'S REPLY BRIEF ON CLAIM CONSTRUCTION AND OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY (UNREDACTED)**

| | |
|---|---|
| Robert T. Haslam<br>Deanna L. Kwong<br>Covington & Burling LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>Email: HP13159@cov.com |

Alan H. Blankenheimer
Laura E. Muschamp
Sara J. O'Connell
Covington & Burling LLP
9191 Towne Center Drive, 6th Floor
San Diego, CA 92122

Alexander D. Chinoy
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004

**Attorneys for Hewlett-Packard Company**

| | |
|---|---|
| Eric C. Rusnak<br>K&L Gates LLP<br>1601 K Street, NW<br>Washington, DC 20006-1600 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>Email: Aruba_LinexDE@klgates.com |

Michael J. Bettinger
David Shane Brun
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994

**Attorneys for Aruba Networks Inc.**

| | |
|---|---|
| Mark C. Scarsi<br>Miguel J. Ruiz<br>Jennifer L Miremadi<br>Ashlee N. Lin<br>Michael Sheen<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>Email: Apple-Linex@milbank.com<br>Email: WHAttorneys-External-Apple-Linex@wilmerhale.com |
| Mark D. Selwyn<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304 | |
| Jonathan W. Andron<br>William F. Lee<br>Dominic E. Massa<br>Elizabeth M. Reilly<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | |

**Attorneys for Apple Computer Inc.**

| | |
|---|---|
| L. Scott Oliver<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA   94304-1018 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>Email: Meru-Linex-DE@mofo.com |

**Attorneys for Meru Networks**

| | |
|---|---|
| Colby B. Springer<br>Lewis Roca Rothgerber LLP<br>2440 W. El Camino Real, 6th Floor<br>Mountain View, CA  94040-1499 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>Email: Ruckus-linex@lrlaw.com |
| Shane E. Olafson<br>W. Brent Rasmussen<br>Lewis Roca Rothgerber LLP<br>40 North Central Avenue, 19th Floor<br>Phoenix, AZ  85004-4429 | |
| Jonathan Fountain<br>Lewis Roca Rothgerber LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV  89169 | |

**Attorneys for Ruckus Wireless**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Deborah Petite*
Deborah Petite
Litigation Legal Assistant
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  650.849.6600