| | |
|---|---|
| 1 | Robert F. McCauley (SBN 162056) |
|   | Robert.mccauley@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
|   | GARRETT & DUNNER, LLP |
| 3 | Stanford Research Park |
|   | 3300 Hillview Avenue |
| 4 | Palo Alto, CA 94304-1203 |
|   | Telephone:  (650) 849-6600 |
| 5 | Facsimile:  (650) 849-6666 |
| 6 | Vincent P. Kovalick (*Pro Hac Vice*) |
|   | Vincent.kovalick@finnegan.com |
| 7 | Barry W. Graham (*Pro Hac Vice*) |
|   | Barry.graham@finnegan.com |
| 8 | Richard H. Smith (*Pro Hac Vice*) |
|   | Richard.smith@finnegan.com |
| 9 | Troy E. Grabow (*Pro Hac Vice*) |
|   | Troy.grabow@finnegan.com |
| 10 | Rajeev Gupta (*Pro Hac Vice*) |
|    | Rajeev.gupta@finnegan.com |
| 11 | Kenie Ho (*Pro Hac Vice*) |
|    | Kenie.ho@finnegan.com |
| 12 | Cecilia Sanabria (*Pro Hac Vice*) |
|    | Cecilia.sanabria@finnegan.com |
| 13 | Jia Lu (*Pro Hac Vice*) |
|    | Jia.lu@finnegan.com |
| 14 | FINNEGAN, HENDERSON, FARABOW, |
|    | GARRETT & DUNNER, LLP |
| 15 | 901 New York Avenue, N.W. |
|    | Washington, D.C. 20001-4413 |
| 16 | Telephone: (202) 408-4000 |
|    | Facsimile:  (202) 408-4400 |
| 17 | |
| 18 | *Attorneys for Linex Technologies, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW (MEJ) |
| 21 | | |
| 22 | Plaintiff, | **DECLARATION OF ROBERT F.** |
|    | v. | **MCCAULEY IN SUPPORT OF** |
| 23 | | **PLAINTIFF LINEX TECHNOLOGIES,** |
|    | HEWLETT-PACKARD COMPANY | **INC.'S ADMINISTRATIVE MOTION** |
| 24 | APPLE COMPUTER INC., | **TO PARTIALLY FILE UNDER SEAL** |
|    | ARUBA NETWORKS, INC., | **ITS REPLY CLAIM CONSTRUCTION** |
| 25 | MERU NETWORKS, INC., | **BRIEF AND OPPOSITION TO** |
|    | RUCKUS WIRELESS, INC., | **SUMMARY JUDGMENT MOTION** |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

I, Robert F. McCauley, declare as follows:

1. I am an attorney at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel of record for Plaintiff Linex Technologies, Inc. ("Linex"). I submit this declaration in support of Plaintiff Linex Technologies, Inc.'s Administrative Motion to Partially File Under Seal Its Reply Claim Construction Brief and Opposition to Summary Judgment Motion.

2. During discovery and pursuant to the Protective Order entered in this action, Linex's outside counsel and experts received access to information designated confidential and relating to the operation of the Defendants' WiFi devices accused of infringement in this action, and Linex's Brief and the supporting Supplemental Prucnal Declaration include high-level, generalized descriptions of the operation of the Defendants' accused products based on their alleged conformance with the IEEE 802.11n standard and also information designated confidential and produced under the Protective Order in discovery. Accordingly, Linex is moving to file partially under seal Linex's Brief and the Supplemental Prucnal Declaration, in order to protect any information that Defendants (or the third parties who supplied computer chips to Defendants) may believe is confidential.

By my signature below, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. This declaration was executed on December 23, 2013 in Palo Alto, California.

                                        FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

                                   By: */s/ Robert F. McCauley*
                                       Robert F. McCauley
                                       Attorneys for Plaintiff
                                       *Linex Technologies, Inc.*