Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY,, <br> APPLE COMPUTER INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, INC., <br> RUCKUS WIRELESS, INC., <br><br> Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **PLAINTIFF LINEX TECHNOLOGIES, INC.'S RESPONSE TO DEFENDANTS' DECLARATION OF TECHNICAL EXPERT AVAILABILITY (DTK. 298)** |

1  The Court held its claim construction hearing in this case on January 23, 2014.  During the hearing, the Court stated that although it had never done so before, the Court might request expert testimony if the Court needed it to decide claim construction.  Transcript at pp. 52-53.  The Court has not requested expert testimony in nearly five weeks since.  Linex believes that the issues of claim construction in this case are more legal, and less technical, because the Defendants are attempting to import a preferred embodiment into every claim limitation.  Accordingly, Linex believes that technical testimony will not necessarily be helpful.  Nonetheless, should the Court decide that it does desire additional expert testimony, Linex asks only that this procedure not be used by Defendants to delay the existing schedule for trial, and advises the Court of the following:

1.  Except for the March 28 date that Defendants' expert, Dr. Anthony Acampora, is available, it would be very difficult for Linex's expert Dr. Paul Prucnal to testify on any of the dates proposed in the Plimack Declaration (Dkt. 298).  The month of March is inconvenient for Linex's expert, Dr. Prucnal.

2.  Dr. Prucnal is generally available from April 4-19 in the event the Court requests expert testimony.

Dated:  February 25, 2014                    Respectfully submitted,

/s/ *Robert F. McCauley*
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849.6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com

Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
*Attorneys for Linex Technologies, Inc.*