Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br>Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>**STIPULATION TO AMEND PROTECTIVE ORDER; [PROPOSED] ORDER** |

Plaintiff Linex Technologies, Inc. ("Linex") and Hewlett-Packard Company ("HP"), Apple Inc. ("Apple"), Aruba Networks, Inc. ("Aruba"), Meru Networks, Inc. ("Meru"), and Ruckus Wireless Inc. ("Ruckus") (collectively "Defendants") through their counsel, hereby stipulate, subject to the approval of the Court, to amend the section of the Protective Order (D.I. 194) entitled "Cross-Production of Defendant Confidential Material" to state that Outside Counsel (as defined in the Protective Order) may access Defendants' Protected Material produced or disclosed in this case (except for Confidential Source Code, or "CSC," as defined in the Protective Order) in connection with Court pre-trial filings and expert depositions pursuant to this amendment and without any additional permission from any of the Defendants other than, or beyond, this amendment, and must maintain the confidentiality of same per the terms of the Protective Order. Notwithstanding the foregoing, nothing in this Stipulation relates to the treatment of Defendants' Protected Material at trial, which shall be the subject of further discussion among the parties and, absent agreement and to the extent necessary, motion practice.

This Stipulation is supported by the accompanying Declaration of Robert F. McCauley, counsel for Linex.

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: April 8, 2014

/s/ Eric C. Rusnak
Michael J. Bettinger (Sbn 122196)
Shane Brun (SBN 179079)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com

Eric C. Rusnak (*Pro Hac Vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

Attorneys for Defendant
*Aruba Networks, Inc.*

/s/ Robert F. McCauley
Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849.6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff
*Linex Technologies, Inc.*

/s/ Scott Oliver
L. Scott Oliver
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: soliver@mofo.com

Attorneys for Defendant
*Meru Networks, Inc.*

/s/ Colby B. Springer
Colby B. Springer (SBN 214868)
LEWIS ROCA ROTHGERBER LLP
2440 W. El Camino Real, Sixth Floor
Mountain View, CA 94040
Telephone: (650) 391-1380
Facsimile: (650) 687-8492

Shane E. Olafson (*Pro Hac Vice*)
W. Brent Rasmussen (*Pro Hac Vice*)
LEWIS ROCA ROTHGERBER LLP

/s/ Michael K. Plimack
Sarah J. O'Connell
soconnell@cov.com
Alan H. Blankenheimer
ablankenheimer@cov.com
Laura E. Muschamp
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 600
San Diego, CA 92122
Telephone: (858) 678-1800

201 East Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747

Jonathan W. Fountain (*Pro Hac Vice*)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Attorneys for Defendant
*Ruckus Wireless, Inc.*

*s/ Elizabeth M. Reilly*
Mark C. Scarsi
Miguel Ruiz
Jennifer L Miremadi
Ashlee N. Lin
Michael Sheen
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Jonathan W. Andron
William F. Lee
Dominic E. Massa
Elizabeth M. Reilly
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Attorneys for Defendant
*Apple Computer Inc.*

Facsimile: (858) 678-1600

Michael K. Plimack
mplimack@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Alexander D. Chinoy (*Pro Hac Vice*)
achinoy@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Attorneys for Defendant
*Hewlett-Packard Company*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___________________

_________________________________
Hon. Claudia Wilken
United States District Judge