IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINEX TECH INC,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., and RUCKUS WIRELESS, INC.,

    Defendants.

                        No. C 13-00159 CW

                         JUDGMENT

    For the reasons set forth in this Court's Order Regarding Claim Construction and Motions for Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That judgment is hereby entered in favor of Defendants Hewlett-Packard Company, Apple Computer Inc., Aruba Networks, Inc., Meru Networks, Inc., Ruckus Wireless, Inc., and that Defendants Hewlett-Packard Company, Apple Computer Inc., Aruba Networks, Inc., Meru Networks, Inc., Ruckus Wireless, Inc. recover from Plaintiff Linex Technologies, Inc. costs of their action.

    Dated at Oakland, California, this 20th day of May, 2014.

                                      RICHARD W. WIEKING
                                      Clerk of Court



By: _____
     Deputy Clerk