Mark D. Selwyn
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

William F. Lee
Dominic E. Massa
Elizabeth M. Reilly
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br>          v.<br><br>HEWLETT-PACKARD COMPANY, APPLE INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>                    Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING APPLE'S BILL OF COSTS** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Apple Inc. ("Apple") hereby
2   moves to file under seal Exhibits 3, 4, 7, and 8 to Apple's Bill of Costs.
3   As set forth in greater detail in the Declaration of Elizabeth M. Reilly in support of
4   Apple's Administrative Motion to File Documents Under Seal Regarding Apple's Bill of
5   Costs ("Apple's Motion to Seal"), these documents contain confidential Apple business
6   information, and the public disclosure of these documents would be harmful to Apple.
7   In particular, Apple is involved many litigation matters that carry heavy document
8   production and storage costs. Publication of the rates it agrees upon with a vendor
9   compromises its ability to negotiate for lower prices with another vendor.  Similarly, the third
10  party vendors would be at a competitive disadvantage compared to their competitors and in
11  their negotiations with other potential clients if the rates they provide to Apple are published.
12  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)
13  ("compelling reasons" that outweigh public's interest in disclosure warrant sealing order)
14  (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) ("[T]the common-law
15  right of inspection has bowed before the power of a court to insure that its records are not
16  used . . . as sources of business information that might harm a litigant's competitive
17  standing").).  *See also Network Appliance v. Sun Microsystems Inc.*, No. C-07-06053 EDL,
18  2010 WL 841274, at *3 (N.D. Cal. March 10, 2010) (sealing proper where disclosure would
19  do little to aid the public's understanding of the judicial process, but have the potential to
20  cause significant harm to a party's competitive and financial position within its industry).
21  Accordingly, Apple's Motion to Seal should be granted.
22  Pursuant to Civil L.R. 79-5(d)(2), a courtesy copy of Apple's entire filing, including
23  the complete and unredacted versions of Exhibits 3, 4, 7, and 8, will be lodged with the Court
24  and served on counsel for Linex.

DATED: June 10, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Elizabeth M. Reilly

Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Elizabeth M. Reilly (Pro Hac Vice)
Dominic E. Massa (Pro Hac Vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark C. Scarsi (SBN 183926)
Jennifer L. Miremadi (SBN 245559)
Miguel Ruiz (SBN 240387)
Ashlee N. Lin (SBN 275267)
Michael Sheen (SBN 288284)
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant Apple Inc.*

## ATTESTATION OF E-FILED SIGNATURE

I, Andrew L. Liao, am the ECF User whose ID and password are being used to file this Administrative Motion to File Documents Under Seal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Elizabeth M. Reilly has concurred in this filing.

Dated: June 10, 2014                  /s/ Andrew L. Liao
                                      Andrew L. Liao

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document and any documents publicly filed herewith have been served on June 10, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                      /s/ Andrew L. Liao
                                      Andrew L. Liao