ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
DEANNA L. KWONG (Bar No. 233480)
dkwong@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4702
Facsimile: + 1 (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  mplimack@cov.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
SARA J. O'CONNELL (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: + 1 (858) 678-1800
Facsimile: + 1 (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>  Defendant | Civil Case No.: 4:13-cv-00159-CW<br><br>**DECLARATION OF MICHAEL K. PLIMACK IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |

1

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Michael K. Plimack, declare as follows:

1. I am an attorney licensed to practice in the state of California. I am a partner in the San Francisco office of Covington & Burling LLP ("Covington"), counsel of record for Defendant Hewlett-Packard Company ("HP"). The matters set forth herein are true and correct of my own personal knowledge and information provided to me. If called as a witness, I could and would testify competently thereto.

2. Covington has represented HP for the entirety of the present litigation. Covington also represented Apple, a joint Defendant, in the present litigation until January 2013.

3. In compliance with Local Rule 54.5(b)(1), I met and conferred with Cecilia Sanabria and Kenie Ho of Finnegan, Henderson, Farabow, Garrett & Dunner LLP ("Finnegan"), counsel for Plaintiff Linex Technologies, LLC ("Linex") on June 9, 2014, to attempt to resolve any disputes with respect to the present Motion for Attorneys' Fees. The parties were unable to reach resolution on all such disputes.

4. HP's attorneys' fees in the above-referenced litigation consist of fees charged by Covington for Covington's services. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. As set forth in Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285, HP does not seek recovery of the entire ▮▮▮▮▮▮▮ on this Motion. Rather, HP only seeks 52.6% of that amount, a percentage that is based on the ratio of Linex's asserted claims expressly reciting "spread spectrum" to Linex's total asserted claims. HP only seeks fees pursuant to 35 U.S.C. §285 with respect to Linex's asserted claims expressly reciting "spread spectrum." Therefore, HP claims ▮▮▮▮▮▮▮, which is 52.6% of its total fees.

6. Attached hereto as Exhibit A is a summary of the time expended on this litigation by my firm from inception to the present, which includes hours broken out by timekeeper. Customary hourly rates for each individual are listed for each year in which fees are claimed. Pursuant to Local Rule 54.5(b)(2), should the Court wish to conduct an in camera review of invoices prior to determining whether to award fees, HP is prepared to submit documentation concerning these fees at that time.

7. The following are brief descriptions of each of the attorneys from my firm who performed work for this case:

8. I am a partner at Covington's San Francisco office. I graduated from the University of California, Berkeley School of Law in 1986. Following law school, I was a law clerk for the Honorable James R. Browning of the U.S. Court of Appeals for the Ninth Circuit. My practice focuses on patent infringement litigation, and I have been lead trial counsel in patent infringement trials in both U.S. District Courts and the International Trade Commission. My professional biography is attached in Exhibit B.

9. Robert Haslam is a partner at Covington's Silicon Valley office. He graduated from the University of California, Hastings College of Law in 1976. Mr. Haslam has served as lead counsel on numerous patent litigation matters. He is a Fellow of the American College of Trial Lawyers and has been recognized as a leading intellectual property lawyer by numerous publications. Mr. Haslam's professional biography is attached in Exhibit C.

10. Alan Blankenheimer is a partner at Covington's San Diego office. He graduated from the University of Chicago Law School in 1976, *cum laude*. Following law school, he was a law clerk for the Honorable Irving L. Goldberg of the U.S. Court of Appeals for the Fifth Circuit. Mr. Blankenheimer has substantial experience litigating patent cases, other intellectual property matters and antitrust disputes for the semiconductor, computer hardware and software industries. He has won numerous awards and rankings as a leading intellectual property attorney. Mr. Blankenheimer's professional biography is attached in Exhibit D.

11. Alexander Chinoy is a partner in Covington's Washington, D.C. office. He graduated from the University of Virginia School of Law. Following law school, he was a law clerk for the Honorable William G. Bassler of the U.S. District Court for the District of New Jersey, and also for the

Honorable Edward L. Hogshire of the City of Charlottesville Circuit Court.  Mr. Chinoy has extensive experience in investigations before the U.S. International Trade Commission, as well as intellectual property cases in the U.S. District Courts. Mr. Chinoy's professional biography is attached in Exhibit E.

12. Maureen Browne is a partner in Covington's Washington, D.C. office.  She graduated from George Washington University Law School in 1992.  Ms. Browne specializes in intellectual property litigation and investigations before the U.S. International Trade Commission.  She has won numerous awards and rankings as a leading patent litigator.  Ms. Browne's professional biography is attached in Exhibit F.

13. Laura Muschamp is a partner in Covington's San Diego office.  She graduated from Texas Tech University School of Law in 1996, *summa cum laude*.  Following law school, she was a law clerk for the Honorable Frederick J. Martone of the Arizona Supreme Court.  She specializes in intellectual property litigation in the area of electrical engineering.  Ms. Muschamp's professional biography is attached in Exhibit G.

14. Richard Jones is Special Counsel at Covington's San Francisco office.  He graduated from the University of California, Hastings College of Law in 1987.  Mr. Jones has extensive experience litigating employment, intellectual property, commercial, antitrust and general business matters in federal and state courts at both the trial and appellate levels.  Mr. Jones's professional biography is attached in Exhibit H.

15. Martin Hansen is Of Counsel at Covington's Washington, D.C. office.  He graduated from Stanford Law School in 1991.  Following law school, he was a law clerk for the Honorable Nathaniel R. Jones on the U.S. Court of Appeals for the Sixth Circuit.  Mr. Hansen's practice focuses on intellectual property and trade matters.  Mr. Hansen's professional biography is attached in Exhibit I.

16. Deanna Kwong is an associate at Covington's Silicon Valley office.  She graduated from the University of California, Berkeley School of Law in 2004.  Ms. Kwong's practice focuses on intellectual property litigation in the U.S. District Courts and before the International Trade Commission.  Ms. Kwong's professional biography is attached in Exhibit J.

17. Sara O'Connell is an associate at Covington's San Diego office.  She graduated from Georgetown University Law Center in 2005.  Ms. O'Connell's practice focuses on intellectual property

litigation in the federal courts and before the International Trade Commission. Ms. O'Connell's professional biography is attached in Exhibit K.

18. Allison Kerndt is an associate at Covington's Washington, D.C. office. She graduated from University of Iowa College of Law in 2005. Following law school, she was a law clerk to the Honorable Randall R. Rader of the U.S. Court of Appeals for the Federal Circuit. Ms. Kerndt's practice focuses on complex civil litigation, patent litigation and intellectual property. Ms. Kerndt's professional biography is attached in Exhibit L.

19. Ian Miller is an associate at Covington's San Diego office. He graduated from Duke University School of Law in 2007, *cum laude*. Following law school, he was a law clerk to the Honorable Valerie Baker Fairbank of the U.S. District Court for the Central District of California. Mr. Miller's practice focuses on technology transactions and intellectual property litigation. Mr. Miller's professional biography is attached in Exhibit M.

20. James Burke is an associate at Covington's Washington, D.C. office. He graduated from Georgetown University Law Center in 2009, *magna cum laude*. Following law school, he was a law clerk to the Honorable Daniel Friedman of the U.S. Court of Appeals for the Federal Circuit. Mr. Burke's practice focuses on antitrust litigation, white collar defense and government affairs. Mr. Burke's professional biography is attached in Exhibit N.

21. Gregory Nieberg is an associate at Covington's New York City office. He graduated from Brooklyn Law School in 2010, *magna cum laude*. Mr. Nieberg's practice focuses on intellectual property matters. Mr. Nieberg's professional biography is attached in Exhibit O.

22. John Kelly is an associate at Covington's Washington, D.C. office. He graduated from George Washington Law School in 2010. Following law school, he was a law clerk to the Honorable Jimmie V. Reyna of the U.S. Court of Appeals for the Federal Circuit. Mr. Kelly's practice focuses on patent litigation matters involving electrical and mechanical technologies before the U.S. District Courts and the International Trade Commission. Mr. Kelly's professional biography is attached in Exhibit P.

23. Priscilla Taylor is an associate at Covington's Silicon Valley office. She graduated from the University of California, Berkeley School of Law in 2013. Ms. Taylor's practice focuses on intellectual property litigation.

24. Eric Boorstin was an associate at Covington's San Diego office until May 2013. He graduated from Harvard Law School in 2007, *cum laude*. Following law school, he was a law clerk to the Honorable J. Clifford Wallace of the U.S. Court of Appeals for the Ninth Circuit and to the Honorable Valerie Baker Fairbank of the U.S. District Court for the Central District of California.

25. John Freed was an associate at Covington's San Francisco office until January 2014. He graduated from Stanford Law School in 2008.

26. The services rendered by my firm to HP for this case include the following:

    a) legal and factual investigation of the allegations and potential counterclaims;

    b) preparation of an Answer and Counterclaims;

    c) preparation of responses to written discovery requests and related factual investigation and analysis;

    d) preparation, review, and analysis of documents for production in discovery;

    e) preparation of offensive written discovery requests and related factual investigation and analysis;

    f) meet and confer on discovery issues;

    g) taking and defending of fact witness depositions, including both corporate designee and individual depositions;

    h) work with technical and damages experts to prepare expert reports on the issues of noninfringement, invalidity, and damages;

    i) taking and defending of expert witness depositions;

    j) preparation of briefs and related papers on claims construction;

    k) preparation of briefs and related papers in support of motions for summary judgment;

    l) preparation for hearing on claims construction and motions for summary judgment;

    m) development of overall case strategy;

    n)    preparation of various pretrial filings and other pretrial submissions, including motions in limine, Daubert motions, exhibit lists, deposition designations, designations from responses to interrogatories and requests for admissions;

    o)    preparation of demonstratives, trial exhibits, and other materials for trial and other pretrial tasks.

27. Consistent with Covington's general practice, each timekeeper who worked on this case kept and maintained detailed daily records showing the time he or she worked on this case and a brief description of that work. These hours were charged to unique client-matter numbers for this case.

28. Fees incurred were billed to HP in monthly, task-based itemized statements. At the time of billing, these statements were reviewed by myself and others at my firm. I exercised billing judgment and made reductions to any fees as appropriate. I affirm that the expenses incurred were reasonable and necessary.

29. The hourly rates sought in this application are Covington's standard rates as agreed with HP for all litigation matters during the relevant time frame and for each attorney and member of the support staff. As is the practice for our firm, the billing rate for associates assigned to the case increased each fiscal year based on advancement to the next level of seniority, as measured by years since graduation from law school.

30. It is my understanding that the hourly rates charged by Covington are comparable to the rates charged by similar large, multi-office national firms. Should the Court award attorneys' fees, HP requests the opportunity to submit additional data in support of its rates and a detailed accounting of its fees for in camera inspection, as described in Local Rule 54(b)(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. EXECUTED this 10th day of June, 2014.

                            /s/*Michael K. Plimack*
                            Michael K. Plimack