# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B

# COVINGTON
## COVINGTON & BURLING LLP



## MICHAEL K. PLIMACK
### Partner

Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Tel: 415.591.7002
Fax: 415.955.6502
mplimack@cov.com

**Practices**
- Intellectual Property
  - Copyright
  - Copyright Litigation
  - Patent Litigation
  - Trade Secret Litigation
  - Trademark Litigation
- Litigation
  - Intellectual Property Litigation

**Education**
- University of California, Berkeley School of Law, J.D., 1986
  - *California Law Review*, Senior Articles Editor
  - Order of the Coif
- Brown University, A.B., 1983
  - with honors
  - *magna cum laude*
  - Phi Beta Kappa
  - Law and Society

**Judicial Clerkship**
- Hon. James R. Browning, U.S. Court of Appeals, Ninth Circuit

**Bar Admissions**
- California

Michael Plimack is a partner in the firm's San Francisco office. He has litigated and advised clients on patent, copyright, trademark and trade secret protection. Mr. Plimack has been lead counsel in patent infringement trials in the U.S. District Court and the International Trade Commission. He has briefed and argued appeals before the U.S. Court of Appeals for the Federal Circuit and also has prosecuted several criminal jury trials on assignment to the San Francisco District Attorney's Office.

## REPRESENTATIVE MATTERS

**Patent Infringement Litigation/Information Technology and Electrical**

- *MedioStream v. Microsoft Corporation, et al.,* 11-02525 RS (N.D. Cal.). Represented Microsoft in this patent infringement case relating to multimedia technology.

- *Acqis LLC v Appro International, Inc. et al.,* 6:09cv148 (E.D. Tex.). Represented Hewlett-Packard in this patent infringement case concerning computer blade servers.

- *Nomadix, Inc. v. Hewlett-Packard Company, et al.,* 09cv8441 (C.D. Cal.). Represented Hewlett-Packard in this patent infringement case that relates to network gateway devices.

- *Lochner Technologies LLC v. Dell Inc., et al.* 2:09cv177 (E.D. Tex.). Represented Hewlett-Packard in this patent infringement case involving modular computer systems.

- *Black Hills Media, LLC v. Samsung Electronics Co., Ltd., et al,* 2:13cv379 (E.D. Tex.) and *Certain Digital Media Devices, Including Televisions, Blu-Ray Disc Players, Home Theater Systems, Tablets and Mobile Phones, Components Thereof and Associated Software,* 337-TA-882 (USITC). Represented Samsung in this nine-patent district court litigation and related ITC Section 337 investigation involving mobile phones, tablets, televisions, Blu-Ray players and home theater systems.

- *Arendi S.A.R.L. v. Samsung Electronics Co., Ltd., et al.,* 1:12cv1598 (D. Del.). Represented Samsung in this patent infringement suit brought by Arendi involving computer programs.



- *NovelPoint Tracking LLC v. Samsung Electronics America Inc.,* 2:12cv747 (E.D. Tex.).  Represented Samsung in this patent infringement suit brought by NovelPoint involving GPS technology.

- *Advanced Micro Devices v. Samsung Electronics Co., Ltd.,* 3:08-CV-0986-SI (N.D. Cal.).  Represented Samsung in this patent infringement case involving semiconductor circuitry and fabrication.

- *Saxon Innovations Corp. v. Nokia, et al.,* 6:07-CV-490-LED (E.D. Tex.).  Represented Samsung in this patent infringement case involving electronic circuitry.

- *Barry W. Thomas v. Samsung Electronics America, Inc., et al.,* 3:05-CV-510-K, (W.D. N.C.).  Represented Samsung in this patent infringement case involving cellular telephones.

- *Seagate Technology LLC v. STEC, Inc.,* 5:08-CV-01950 JW (HRL) (N.D. Cal.).  Represented Seagate in this patent infringement case involving solid state drives.

- *ISCO International, Inc. v. Conductus, Inc. and Superconductor Technologies, Inc., C.A.* No. 04-487 (GMS)(D. Del). Represented Superconductor Technologies in this patent infringement case involving cryogenically-cooled receivers used in mobile radio systems.

- Ronald A. Katz Technology Licensing, L.P. Litigation, 2:07-ml-01816-RGK-FFM (D. Del.).  Represented Ronald A. Katz Technology Licensing in this multidistrict patent infringement litigation against nearly 100 defendants involving interactive telephone, computer telephony and related services.

- *IDT Corporation v. Ronald A. Katz Technology Licensing, L.P.,* 04-00208 WJM-RJH (D. N.J.).  Represented Ronald A. Katz Technology Licensing in this patent infringement litigation concerning prepaid card products and services.

- *In the Matter of Certain Programmable Logic Devices And Products Containing Same,* ITC Investigation No. 337-TA-453. Represented Altera in this investigation involving patents concerning programmable logic devices.

- *Centillion Data Systems Inc. v. MCI WorldCom Inc., et al.,* IP98-C-1754 (S.D. Ind.).  Represented MCI WorldCom in this case involving two billing system software patents.

- *ActivCard S.A. v. VASCO Data Security International, Inc.,* C.A. No. 02-189 (MPT) (D. Del.).  Represented ActivCard in this patent infringement case involving authentication and encryption technology.

- *Harris Corporation v. Atmel Corporation,* 98-98-A (E.D. Va.). Represented Atmel in this patent infringement action.  The eight patents in suit relate to semiconductor circuits and processing technologies.



- *Atmel Corporation v. Agere Systems, Inc.*, C-03-04632 JCS (N.D. Cal.).  Represented Atmel in this patent infringement case involving digital signal processing chips.

- *Atmel Corporation v. ISD*, C95-01987 SC (JL) (N.D. Cal.). Represented Atmel in this patent infringement and trade secret misappropriation action involving the use of semiconductors in voice recording devices.

- *Atmel Corporation v. SST*, C96-00039 SC (N.D. Cal.). Represented Atmel in this patent infringement action.  The patents relate to circuits and memory cell designs for flash memory and EEPROMs.

- *In the Matter of Certain EPROM, EEPROM, Flash Memory and Flash Microcontroller Semiconductor Devices and Products Containing Same*; ITC Investigation No. 337-TA-395. Represented Atmel in this patent infringement action involving semiconductor circuitry and processing.

### Patent Infringement Litigation/Life Sciences

- *Depomed, Inc. v. Bristol-Myers Squibb Company*, C02-0336 WHA (N.D. Cal.) and *Depomed, Inc. v. IVAX Corporation, et al.*, 06-0100-CRB (N.D. Cal.).  Represented Depomed in these patent infringement cases involving oral drug delivery systems.

- *Affymetrix, Inc. v. Multilyte, Ltd.*, C03-3779 WHA (N.D. Cal.). Represented Multilyte in this patent infringement case involving microarray technology.

- *BioGenex v. BioTek Solutions*, C96-20151 EAI (N.D. Cal.). Represented BioTek Solutions in this patent infringement action involving a method for restoring the antigenicity of formalin-fixed tissue, used in connection with cancer and other tests.

### Trade Secret and Copyright Litigation

- *Silvaco Data Systems v. Hewlett-Packard Company, et al.*, 1-05-CV-053615 (Super. Ct., Santa Clara County).  Represented Hewlett-Packard in this trade secret case involving electronic design automation (EDA) technology.

- *Atari Games Corporation and Tengen, Inc. v. Nintendo of America Inc. and Nintendo Co., Ltd.*, C-89-4805 FMS, C-89-0027 FMS, [Consolidated] (N.D. Cal.).  Represented Atari Games in this litigation involving three home video game patents, trademarks and the copyright protection of computer software. Obtained the first published appellate decision holding that a computer program may be copied in order to analyze its functionality.  Implemented reverse engineering and "clean room" procedures to develop alternative computer code.

- *Performix v. Mercury Interactive Corporation*, 95-1150 (E.D. Va.).



Represented Mercury Interactive in this copyright and trade secret litigation concerning automated software testing tools.

- *Roland Corporation v. DREAM, et al.*, CV-96-6455 (C.D. Cal.). Represented defendants in this copyright infringement action involving musical tones generated by an electronic musical instrument.

- *American Dental Association v. Delta Dental Plan of California*, C93-3700-CAL ENE (N.D. Cal.). Represented Delta Dental in this case involving a claim of copyright infringement concerning the Code of Dental Procedures and Nomenclature published by the ADA.

## HONORS AND RANKINGS

- *Chambers USA, America's Leading Lawyers for Business*, Intellectual Property - Patent (2012-2013)

- *Benchmark Litigation*, Local Star - California (2013-2014)

- *Legal 500 US*, Recognized for Trade Secrets (2010, 2012-2013); Patent Litigation (2011)

- *Northern California Super Lawyer,* Intellectual Property Litigation (2010-2013)

# EXHIBIT C



## COVINGTON
### COVINGTON & BURLING LLP

## ROBERT T. HASLAM
### Partner

Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA  94065-1418
Tel: 650.632.4702
Fax: 650.632.4802
rhaslam@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
  - Trade Secret Litigation
- Litigation
  - Intellectual Property Litigation

**Education**
- University of California, Hastings College of the Law, J.D., 1976
  - Order of the Coif
  - *Hastings Law Journal*, Articles Editor
- Massachusetts Institute of Technology, B.S., 1968
  - Aeronautics and Astronautics

**Bar Admissions**
- California

Robert Haslam is a partner in the firm's Silicon Valley office. His practice has emphasized trial work involving patent and trade secret litigation and other related high technology disputes. He has represented clients in litigation involving a range of arts and practices, including semiconductor products and processes, cryptography, GPS and cellular technology, electronic circuits, microprocessors and software products, and medical devices and other life science products. He has tried cases in both federal and state court. In addition, Mr. Haslam advises clients on strategies relating to intellectual property matters.

Mr. Haslam is a Fellow of the American College of Trial Lawyers, which is composed of the best of the trial bar and is widely considered to be the premier professional trial organization in America. Membership in the College can never be more than 1% of the total lawyer population of any state or province, and fellowship in the College is extended by invitation only to those experienced trial lawyers who have mastered the art of advocacy and whose professional careers have been marked by the highest standards of ethical conduct, professionalism, civility and collegiality.

He has also been recognized as a leading intellectual property lawyer by a number of publications, including *Chambers USA*; *The Recorder*, where they named him as one of the top two "go to" patent litigators in Northern California; and the *Daily Journal* who has named him not only as one of the "brain trust of 25 lawyers who comprise the state's best and brightest" intellectual property lawyers in California, but as one of the "Top IP Litigators in California" for each year the list has been in existence.

Mr. Haslam has also twice served on, once as chair of, the Northern District of California Patent Rules Committee, which issued revisions to the local rules for the management of patent litigation. These rules have served as a model and have been adopted in whole or in part by other judicial districts.

## REPRESENTATIVE MATTERS

- Representation of Huawei Technologies in trade secret lawsuits against Motorola Solutions involving wireless base station technology; obtained a preliminary injunction preventing the



transfer of confidential information in the context of a corporate acquisition.

- Representation of Samsung entities in the Section 337 ITC Investigation *In the Matter of Certain Electronic Devices Including Handheld Wireless Communication Devices,* Inv. No. 337-TA-673, involving interrupt control circuitry, keypad monitoring, and interprocessor communications.

- *Ariba v. Emptoris.* Secured a jury verdict for Ariba Inc., including a finding that two patents involving online auction technology were valid and infringed.

- *Sky Technologies v. Ariba Inc.* Represented Ariba in Boston in patent infringement litigation on two patents relating to automated negotiation software. Case settled favorably two weeks into trial.

- *Advanced Micro Devices v. Samsung Electronics Co. Ltd, et al.* Represent Samsung entities in patent litigation defending against 7 AMD patents allegedly infringed by potentially 15,000 products and in asserting 6 Samsung patents against AMD.

- *Agere Systems, Inc. v. Atmel Corp.* Major victory in March 2005 on behalf of long-time client Atmel in a Philadelphia federal court jury trial in *Agere v. Atmel.* Agere claimed that Atmel infringed four semiconductor patents, including what it touted as its key tungsten patents. Agere sought damages of approximately $200 million as well as enhancement for claimed willful infringement. After a three-week trial, the jury returned a verdict in Atmel's favor, invalidating the tungsten patents, finding the fourth not infringed as well as invalid, and awarding Agere zero in damages.

- *Globespan Virata v. Texas Instruments, Inc.* Obtained a jury verdict of $112 million for Texas Instruments and Stanford University for infringement of patents involving high speed DSL modem technology.

- *Cisco v. Huawei Technologies Co., Ltd.* Represented Huawei, the largest Chinese telecom equipment manufacturer, in a suit brought by Cisco Systems in Marshall, Texas. The suit involved patent infringement, copyright and trade secret claims relating to the software for network routers. Defeated preliminary injunction seeking worldwide ban on distributing product.

- *Atmel Corporation v. Silicon Storage Technology (SST),* C-96-00039 SC (N.D. Cal.). Represented Atmel in this patent infringement action. The patents relate to circuits and memory cell designs for flash memory and EEPROMs.

- *Zoltar Satellite Systems, Inc. v. Snaptrack, Inc. and QUALCOMM CORP.,* (United States District Court, Northern District of California). Won a favorable jury verdict on behalf of SnapTrack and QUALCOMM in a three-week jury trial in this patent infringement action. The case involved patents asserted against services that permit calls to the "911" emergency number to be tracked using Global Positioning System (GPS)



technology.

- *Linear Technology Corporation v. Unitrode Corporation*, C98-1727 VRW (N.D. Cal.). Represented Unitrode Corporation, an affiliate of Texas Instruments, in this patent infringement case involving "sleep mode" and current reversal protection aspects of voltage regulators.

- *Overture Services Corporation v. Google.* Represented Overture Services Corporation, a subsidiary of Yahoo!, in patent litigation against Google.

- *MCI, et al. v. AT&T Corp.*, 97-CV-4453 (E.D. Pen.). Represented MCI in this case involving interactive telephone and computer telephony services.

- *Stambler v. First Data Corporation* (United States District Court, District of Delaware) No. 01-0065. Represented First Data Corporation in patent infringement litigation relating to patents asserted against the issuance of digital certificates and secure payment systems enabling e-commerce transactions.

- *In the Matter of Certain Programmable Logic Devices And Products Containing Same,* ITC Investigation No. 337-TA-453. Represented Altera in this investigation involving patents concerning programmable logic devices.

- *Altiris v. Symantec Corporation*, 2:99CV-1007ST (C.D. Utah). Represented Symantec in patent infringement litigation relating to a patent claiming functionality whereby a system administrator of a network can interrupt the normal boot process and, for example, remotely update computers on the network.

- *Centillion Data Systems Inc. v. MCI WorldCom Inc., et al.*, IP98-C-1754 (S.D. Ind.). Represented MCI WorldCom in this case involving two billing system software patents.

- *RSA Data Security, Inc. v. Network Associates, Inc. and Pretty Good Privacy, Inc.*, 97- 03755 MHP (N.D. Cal.). Represented RSA in this case involving public key encryption technology.

- *ECI Telecom Ltd. v. Amati Communications Corporation*, Superior Court, County of Santa Clara, No. CV 775377. Represented Amati, a wholly-owned subsidiary of Texas Instruments, in this action involving technology relating to high-speed modems and the issue of assigning certain intellectual property rights relating to the technology developed during the course of the parties' contractual relationship.

- *RSA Data Security, Inc. v. Cylink Corporation*, C-96-20094 SW (N.D. Cal.). Represented RSA in litigation involving patent infringement and related claims involving public key and related encryption software technology that has become central to electronic commerce over the Internet.

- *In the Matter of Certain EPROM, EEPROM, Flash Memory, etc.*, Investigation No. 337-TA-395 (ITC). Represented Atmel as complainant in an unfair trade practice claim relating to patents



on EEPROM and Flash circuits and memory cell designs.  The respondents are Sanyo, Macronix, and Winbond.

■  *Advanced Micro Devices v. Atmel Corporation*, C-88-20528-WAI (N.D. Cal.); *Atmel v. AMD*, C-90-20013-TEH (N.D. Cal.); *Seeq Technology v. Atmel*, C-88-20600-RMW (N.D. Cal.); *Atmel v. Seeq Technology*, C-90-20012-WAI (N.D. Cal.); *Intel Corporation v. Hyundai Electronics, et al.*, C-87-20534-WAI (N.D. Cal.); and *In the Matter of Certain Erasable Programmable Read Only Memories, etc.*, Investigation No. 337-TA-276 (ITC).  The cases related to EPROMS, EEPROMS, and programmable logic devices (PLD's) and logic transition circuits.  Acted as trial counsel in all but the Intel case, in which Mr. Haslam acted as co-counsel on certain issues.  In addition to the district court litigation, Intel also commenced parallel ITC proceedings seeking an exclusion order.  Acted as co-counsel on issues arising after entry of an exclusion and cease and desist order.

■  *General Instruments, Inc. v. Atmel Corporation*, C-88-5678 (S.D.N.Y.); and *Atmel Corporation v. General Instruments, Inc.*, C-88-7630 (S.D.N.Y.).  Represented Atmel in litigation concerning disputes arising out of a development agreement with General Instruments.  The issues related to EPROM and EEPROM processes and circuit design.

■  *Informix Software, Inc. v. Oracle Corporation*, No. 9701-00568, (Multnomah County Circuit Court, Oregon).  Represented Informix in litigation involving trade secrets, unfair competition and related claims.  The case arose out of the hiring by Oracle of 13 engineers from Informix's Portland development lab.

■  *Intel Corp. v. Chips and Technologies, Inc.*, Texas Instruments, C-92-20111-JW (N.D. Cal.), C-92-20112-JW (N.D. Cal.).  Represented TI and Chips in this patent infringement action brought by Intel.  Intel sought preliminary and permanent relief to stop Chips from manufacturing and selling its 386 compatible microprocessor and its 387 compatible math co-processor.

■  *Raychem v. Thomas & Betts*, C-91-20788-RMW, C-92-20549-RMW (N.D. Cal.).  Represented Raychem in this patent infringement action.  The three patents in dispute involved technology basic to a line of Raychem's telecommunications products.

■  Represented Raychem in two other cases involving competitors marketing similar products.  *Raychem v. Communications Technology Corporation*, C-92-04320-EFL (N.D. Cal.); and *Raychem v. PSI Telecommunications, Inc.,* C-93-20920-RPA (N.D. Cal.).

■  *Biogenex Laboratories v. Biotek Solutions, Inc.*, C-95-0810 TEH (N.D. Cal.).  Represented Biotek in this patent infringement action.  The patent relates to the field of immunohistology or immunohistochemistry, and particularly to a claimed method of antigen retrieval in formalin fixed tissue.



- *U.S. Surgical v. Origin Medsystems, Inc.*, 27 U.S.P.Q. 2d 1526 (N.D. Cal. 1993).  Represented Origin Medsystems (now a part of Guidant) in this patent infringement and trade secret action. The case involved a patent on a laporoscopic medical instrument, a retracting tip trocar.

- *In the Matter of Eastman Kodak v. Cetus Corporation*, Hoffmann-LaRoche, Inc., AAA Arbitration.  Represented Cetus and Hoffmann-LaRoche, Inc. in connection with a dispute relating to rights to the technology pioneered by Cetus in the field of amplification of nucleic acid sequences (commonly referred to as PCR technology).

- *Raychem v. Judd Wire*, C-95-4487 SI (N.D. Cal.).  Represented Raychem in this patent infringement action relating to technology for insulating layers for wire used in aircraft.

- *James A. Patterson v. Advanced Polymer Systems, Inc., et al.*, C-93-20920 JW-PVT (N.D. Cal.).  Represented APS and other individual defendants in an action seeking, inter alia, to invalidate four APS patents.  The patents related generally to the use of a certain type of porous polymeric substrate for, among other things, the timed release delivery of pharmaceuticals or cosmetics.

- *Andrews Corporation v. United*, C-94-372C (Court of Claims).  Represented Technology for Communications International (TCI) as a third party in patent infringement litigation brought by Andrews against the United States.  The case involved high frequency antennae sold by TCI to the government for military applications.

- *Decision Data Holdings, Ltd., et al. v. Texas Instruments Incorporated, et al.*, C-91-0435 FMS (N.D. Cal.).  Represented Texas Instruments with respect to trade secret and copyright claims arising out of the development by TI of an interpreter program, which permits software developed to run on Qantel hardware to run in a UNIX environment on a TI platform.

- *Tencor Instruments v. Eastman Technology, Inc., et al.*, C-89-20430-WAI (N.D. Cal.).  Represented Tencor Instruments in a patent infringement suit against Eastman Technology, a subsidiary of Eastman-Kodak.  The subject matter of the patent in suit is a wafer inspection system, which scans processed semiconductor wafers for surface imperfections.

- *UNIX Systems Laboratories v. Berkeley Software Design, Inc., et al.*, 27 U.S.P.Q. 2d 1721 (N.J. Dist. 1993).  Represented BSDI in this copyright and trade secret action.  The action involved claims that BSDI's UNIX operating system violated USL's operating system copyright, and that BSDI misappropriated USL's alleged trade secrets in its source code.

- *Comora v. Thoratec Laboratories Corporation*, C-92-0182-SBA (N.D. Cal.).  Represented Thoratec in this patent infringement action involving an artificial heart device.



- *Atmel v. Information Storage Devices*, 198 F.3d 1374 (Fed. Cir. 1999). The Federal Circuit reversed a district court ruling finding Atmel's '811 patent invalid for indefiniteness. The '811 patent was then the basis of a $36.5 million judgment against SST in another case.

- *Winbond v. ITC*, 262 F.3d 1363 (Fed. Cir. 2001). The Federal Circuit affirmed the issuance of an International Trade Commission exclusion order barring the importation of infringing flash and other memory chips and circuit boards.

- *Atmel v. Silicon Storage Technology (SST)* (Fed. Cir. 2003). In an unpublished opinion, the Federal Circuit upheld a $36.5 million judgment in favor of Atmel following a jury verdict for willful infringement.

- *Digital Biometrics, Inc. v. Identix Incorporated, et al.*, 149 F.3d 1335 (Fed. Cir. 1998). Represented Identix in this patent infringement action. The patent relates to a method of generating from an optical imaging system, a digital representation of fingerprints for law enforcement and related fields.

- *Cygnus Therapeutics Systems v. ALZA Corporation*, 92 F.3d 1153 (Fed. Cir. 1996). Represented ALZA in litigation involving claims that its patent on a transdermal fentanyl patch was unenforceable and invalid and that it had committed antitrust violations in enforcing that patent.

- *Sullivan & Associates, et al. v. Raychem, et al.*, CV-387993 (Superior Court, County of San Mateo). Represented Raychem against claims for breach of contract relating to an agreement to conduct an IP portfolio audit.

- *McNamara & Peepe Corporation, et al. v. Bank of America*, C-85-463 (Superior Court, County of Del Norte); *Eleanor McNamara, et al. v. Bank of America*, C-84-275 (Superior Court, County of Del Norte); and *William Peepe, et al. v. Bank of America*, C-84-273 (Superior Court, County of Del Norte). Successfully defended Bank of America in a four-month trial for lender liability seeking damages in excess of $60 million.

- *In re Consolidated Asbestos Insurance Coverage Cases*, 20 Cal. App. 4th 296 (1993), on remand, (remand sub. nom.) *Armstrong World Indus. v. Aetna Cas. & Sur. Co.*, 45 Cal. App. 4th 1 (1996). Represented Johns-Manville in an insurance coverage dispute relating to asbestos bodily injury claims. Acted as trial counsel for one-year Phase III trial, which resulted in obtaining comprehensive coverage for J-M. J-M ultimately settled for more than $700 million in recovery or guaranteed coverage. Subsequently specially retained by another plaintiff for Phase V property damage trial.

## HONORS AND RANKINGS

- *California Lawyer*, "Attorney of the Year" (2012)

- *Chambers USA - America's Leading Business Lawyers*,



Intellectual Property/Patent (2009-2013)

- *IAM Patent 1000 - The World's Leading Patent Practitioners* (2012)

- *The AmLaw Litigation Daily*, "Litigator of the Week" (4/15/2011)

- *Daily Journal*, Top IP Litigators in California (2008-2011)

- *The Best Lawyers in America* (2009-2014)

- *Euromoney's Benchmark Litigation*, National Star for IP litigation and CA State Star (2013-2014)

- *Northern California Super Lawyers*, Intellectual Property Litigation (2009-2013)

- *Guide to the World's Leading Patent Law Practitioners* (2009)

- *Who's Who Legal*, Patents (2012-2013)

- *Legal 500 US,* Recognized for Patent Litigation - International Trade Commission (2012-2013)

- *United States Lawyer Rankings*, Nation's Top 10 Intellectual Property Lawyers (2007)

- *San Francisco and Los Angeles Daily Journal*, "Brain Trust of 25 Lawyers Who Comprise the State's Best and Brightest" intellectual property lawyers in California (2003)

- *The Recorder*, "Go To" patent litigators in Northern California (2003)

## MEMBERSHIPS AND AFFILIATIONS

- State Bar of California

- American Bar Association

- Bay Area Intellectual Property Inns of Court

- American College of Trial Lawyers, Fellow

- Northern District Patent Rules Revision, Chair

- Patent Rules Revision Committee, Chair (2000)

# EXHIBIT D



# COVINGTON
### COVINGTON & BURLING LLP

## ALAN BLANKENHEIMER
### Partner

Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225
Tel: 858.678.1801
Fax: 858.678.1601
ablankenheimer@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations

**Education**
- The University of Chicago Law School, J.D., 1976
  - *cum laude*
  - Order of the Coif
  - *University of Chicago Law Review*, Articles Editor
- Wesleyan University, B.A., 1970
  - high honors

**Judicial Clerkship**
- Hon. Irving L. Goldberg, U.S. Court of Appeals, Fifth Circuit

**Bar Admissions**
- California
- Arizona
- U.S. Supreme Court
- U.S. Court of Appeals for the Federal Circuit

Alan Blankenheimer is a partner in the firm's San Diego office and has substantial experience litigating patent cases, other intellectual property matters and antitrust disputes for the semiconductor, computer hardware and software industries.  He has represented leading technology companies such as Maxim Integrated Products, Microchip Technology, Azul Systems, and Cypress Semiconductor.  Mr. Blankenheimer is a frequent lecturer on intellectual property and antitrust issues facing technology companies.

## REPRESENTATIVE MATTERS

- *Microchip Technology Incorporated v. LSI Corporation et al.*: Representation of Microchip in a declaratory judgment action involving patents on semiconductor design and fabrication technology. (D. Ariz. 2011).

- *DTS v. SiriusXM Radio*: Representation of DTS in arbitration regarding satellite digital audio radio technology.

- *Lattice Semiconductor v. Intellectual Ventures:* defense of Lattice in suit for infringement of programmable logic patents (D. Del. 2010).

- *Silicon Storage Technology, Inc. v. Intersil Corporation, et al.*: representation of Silicon Storage Technology in a declaratory judgment action involving EEPROM devices (N.D. Cal. 2010).

- *Finisar Corp. v. Source Photonics, Inc.*,: representation of Source Photonics in this patent infringement suit involving fiber optic components used in telecommunication systems and data communication networks (N.D. Cal. 2010).

- *Samsung Electronics Co., Ltd. adv. Advanced Micro Devices, Inc.:* representation of Samsung in on-going case involving 13 patents (N.D. Cal. 2008).

- *Maxim Integrated Products, Inc. v. Freescale Semiconductor Inc.*: representation of Maxim in case involving 13 patents (N.D. Cal. 2008).

- *ArrayComm LLC v. Atheros Communications Inc.*: on-going enforcement of 3 telecommunications patents (E.D. Tex. 2007).

- *Microchip Technology Inc. adv. LSI/Agere*: defense of suit for



infringement of tungsten metallization patent (ITC, E.D. Tex. 2008).

- *Azul Systems, Inc. adv. Sun Microsystems, Inc.*: representation of Azul Systems, Inc., an early-stage company whose pioneering work in "network attached processing" technology has the potential to disrupt the established market for corporate computing resources, in a declaratory judgment action against Sun Microsystems, Inc. involving patent infringement and trade secret allegations; the technologies at issue include transactional memory, use and integration of multiple core processors, distributed processing, garbage collection techniques, and array bounds checking. (N.D. Cal. 2006).

- *Maxim Integrated Products adv. Analog Devices*: defense in trade secret case involving analog-to-digital converters; successfully defended against issuance of a preliminary injunction; litigation ultimately settled in 2007 (North Carolina 2001).

- *Microchip Technology v. Zilog, v. Luminary Micro, Inc.*: enforcement of microcontroller patent (D. Ariz. 2005, 2006).

- *Applied Precision, Inc. adv. Integrated Technology Corp.*: representation of AP in patent litigation regarding probe card inspection systems (D. Ariz. 2006).

- *Maxim Integrated Products adv. Linear Technology Corp.*: defense of patent infringement litigation relating to voltage regulators (N.D. Cal. 1999).

- *Maxim Integrated Products v. Semtech Corp.*: enforcement of voltage regulator patents (N.D. Cal. 2002).

- *Maxim Integrated Products adv. Microelectronics Modules, Inc.*: defense re voltage regulator patents (E.D. Wis. 2002).

- *Microchip Technology adv. U.S. Philips*: defense re serial bus interface patent (S.D.N.Y. 1999).

- *Cypress Semiconductor, VLSI Technology adv. LSI adv. Texas Instruments*: successful defense of patent litigation involving plastic encapsulation patents (90 F. 3d 1558 (Fed. Cir. 1996).

- *Cypress Semiconductor Corp. adv. U.S. Philips*: defense of patent infringement litigation relating to semiconductor bus interface patent (S.D.N.Y. 2000).

- *Maxim Integrated Products adv. Sipex Corporation*: enforcement of computer interface patents (D. Mass. 1999).

- *Integrated Circuit Systems adv. Motorola*: defense of action alleging misappropriation of trade secrets concerning high performance frequency timing devices; case settled (Arizona 1999).

- *SyQuest Technology, Inc. adv. Sparc International, Inc.*: successful defense of trademark infringement preliminary injunction (N.D. Cal. 1998).



## HONORS AND RANKINGS

- *Best Lawyers in America*, Litigation - Intellectual Property (2014)
- *IAM Patent 1000 - The World's Leading Patent Practitioners* (2012-2013)
- *Sothern California Super Lawyers*, Intellectual Property (2007-2014)
- *Legal 500 US,* Intellectual Property - Patent Litigation (2012)
- *BTI Client Service All-Stars* (2011)
- *Guide to the World's Leading Patent Law Practitioners* (2009-2014)

## MEMBERSHIPS AND AFFILIATIONS

- American Intellectual Property Law Association

# EXHIBIT E



**COVINGTON**
COVINGTON & BURLING LLP

## ALEXANDER D. CHINOY
### Partner

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5559
Fax: 202.778.5559
achinoy@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
- Litigation
  - Intellectual Property Litigation
- International
  - Customs
  - International Investment Disputes
  - Trade Proceedings

**Education**
- University of Virginia School of Law, J.D.
  - *Virginia Journal of Sports and the Law*, Production Editor
  - Moot Court
- University of Virginia, B.A.

**Judicial Clerkship**
- Hon. William G. Bassler, U.S. District Court, District of New Jersey
- Hon. Edward L. Hogshire, City of Charlottesville Circuit Court

**Bar Admissions**
- District of Columbia
- Virginia

**Languages**
- German

Alexander Chinoy focuses his practice on the resolution of international intellectual property disputes, with an emphasis on Section 337 unfair import investigations before the U.S. International Trade Commission (ITC), as well as U.S. Customs and Border Protection (CBP) enforcement of intellectual property rights.  Mr. Chinoy has been involved with more than 30 Section 337 investigations, including numerous trials on violation, enforcement hearings, and temporary relief proceedings.  His experience spans every phase of 337 litigation, from pre-complaint counseling through appeal of final ITC determinations to the U.S. Court of Appeals for the Federal Circuit (CAFC), as well as CBP enforcement of ITC exclusion orders.  He is the immediate past President of the ITC Trial Lawyers Association, the leading bar association for Section 337 practitioners.

Mr. Chinoy's broader litigation experience includes district court intellectual property cases, and a range of trade disputes before the U.S. Court of International Trade.  He has successfully argued appeals before the U.S. Court of Appeals for the District of Columbia Circuit and the CAFC.  Mr. Chinoy has also counseled foreign governments and multinational companies on the use of trade policy tools to resolve international IPR issues and other business disputes, as well as regarding IPR border measures and enforcement remedies outside the United States.

## REPRESENTATIVE MATTERS

### ITC Trial Experience

- Silicon Microphone Packages and Products Containing Same, Inv. No. 337-TA-825

- Wireless Devices with 3G Capabilities and Components Thereof, Inv. No. 337-TA-800

- Electronic Devices, Including Handheld Wireless Communications Devices, Inv. No. 337-TA-673

- Video Game Machines and Related Three-Dimensional Pointing Devices, Inv. No. 337-TA-658

- Certain Flash Memory Controllers, Drives, Memory Cards and



Media Players, USITC Inv. No. 337-TA-619

- Switches, Inv. No. 337-TA-589
- Automated Mechanical Truck Transmission Systems, Inv. No. 337-TA-503 (violation and enforcement hearings)
- Home Vacuum Packaging Machines, Inv. No. 337-TA-496 (temporary exclusion order hearing)

**Other ITC Investigations**

- Light-Emitting Diodes and Products Containing Same, Inv. No. 337-TA- 785 / 798
- Vaginal Ring Birth Control Devices, Inv. No. 337-TA-768
- Wireless Communication Devices and Systems, Inv. No. 337-TA-775
- Bassinet Products, Inv. No. 337-TA-597
- Hard Disk Drives, Inv. No. 337-TA-616
- Agricultural Tractors, Inv. No. 337-TA-486
- Breath Test Systems for the Detection of Gastrointestinal Disorders, Inv. No. 337-TA-495
- Display Controllers and Products Containing Same, Inv. No. 337-TA-481/491 (Enforcement)

**Other Matters**

- *Intercontinental Marble Corp. v. United States*, 98-cv-2961 (Court Int'l Trade), on appeal, No. 03-1555 (U.S. Court of Appeals for the Fed. Circuit). Represented Plaintiff Intercontinental Marble (ICM) in challenging CBP's classification of ICM's stone products as geological limestone, rather than commercial marble, under the Harmonized Tariff Schedule (HTSUS). ICM obtained a favorable summary judgment from the CIT that its products were properly classified as marble under the HTSUS. The United States appealed to the Federal Circuit. Following briefing and argument, the CAFC rejected the Government's appeal and affirmed the CIT's decision.

- *Corn Products International, Inc. v. United Mexican States*, ICSID Case No. ARB (AF)/04/1. Represented claimant Corn Products in arbitration before the International Centre for Settlement of Investment Disputes (ICSID), under Chapter 11 of the North American Free Trade Agreement (NAFTA). Corn Products challenged the Government of Mexico's expropriatory tax levied on high fructose corn syrup.

**PRO BONO**



- *Former Employees of BMC Software, Inc. v. United States Secretary of Labor*, 04-cv-229 (Court of International Trade). Represented displaced software workers who were adversely impacted by foreign trade, in an action challenging the Department of Labor's determination of the workers' eligibility for Trade Adjustment Assistance (TAA) benefits.  Obtained certification of full eligibility for the workers following a CIT remand to the Department of Labor, and an order directing the United States to pay attorney's fees under the Equal Access to Justice Act, as a result of its failure to initially certify the workers.

- *Ibrahim v. District of Columbia, et al.*, No. 05-5370 (U.S. Court of Appeals for the D.C. Circuit).  Appeared on behalf of court-appointed *amicus curiae* in a Prison Litigation Reform Act (PLRA) matter, and argued the case in appellant's favor.  The Court ruled that appellant met the PLRA's "imminent danger of serious physical injury" exception for litigious inmates, and was entitled to proceed in forma pauperis.  The Court reversed the district court's dismissal of appellant's case, and remanded the matter for further proceedings on the merits.

## MEMBERSHIPS AND AFFILIATIONS

- ITC Trial Lawyers Association, Past President
- ABA Intellectual Property Section's ITC Committee
- Intellectual Property Owners Association ITC Committee

## PUBLICATIONS

- "Hold On To Your Hats: Trying A Case At The International Trade Commission Can Blow The Unwary Away," *Legal Times* (3/22/2004), Author

## PRESENTATIONS AND SPEECHES

- "Procedural Agreements for 337 Investigations: A Practical Guide for Effectively Negotiating Key Litigation Issues in Advance of Trial," *5th ACI Expert Forum on ITC Litigation and Enforcement* (2/27/2013)

- "Considerations in Crafting Commission Remedial Orders," *ITC Trial Lawyers Association Annual Meeting* (11/7/2012)

- "4th ACI Expert Forum on ITC Litigation and Enforcement," *conference co-chair and panelist on domestic industry and case management issues* (2/27/2012-2/28/2012)

- "The Ramifications Of Coaxial Cable Connectors: Reactions From The Business Community & The Bar," *Federal Circuit Bar Association Horizon Seminar Series* (9/8/2010)

- "Handling ITC Ancillary Proceedings and Parties," *ACI Expert Forum on ITC Litigation and Enforcement* (2/25/2010)



- "Legislative Developments Affecting Section 337," *ITC Trial Lawyers Association Annual Meeting* (11/27/2007)

- "Section 337 Investigations at the International Trade Commission: Practice Basics Refresher and New Developments," *Federal Circuit Bar Association Horizon Seminar Series* (3/12/2007)

# EXHIBIT F

# COVINGTON
### COVINGTON & BURLING LLP



## MAUREEN F. BROWNE
### Partner

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5038
Fax: 202.778.5038
mbrowne@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
- International
  - Trade Policy
- Litigation
  - Intellectual Property Litigation

**Education**
- The George Washington University Law School, J.D., 1992
- College of the Holy Cross, B.A., 1989
  - Psychology

**Bar Admissions**
- District of Columbia
- Maryland

Maureen Browne is a partner in the firm's Washington office and her practice areas include intellectual property litigation, commercial law, customs, international trade regulation and unfair competition, with a focus on Section 337 litigation.  She also spent eight years handling complex class-action, toxic tort and product liability matters.

## REPRESENTATIVE MATTERS

- Represented Ben-Q, a major Taiwanese electronics manufacturer, before Customs and CIT in appeal of imposition of duties.

- Successfully represented Korea Kumho Petrochemical Company (KKPC) in Section 337 action regarding rubber antidegradants.

- Successfully represented Hoffmann-La Roche Inc. and its related entities in Section 337 action regarding erythropoietin (EPO).

- Represented Q-Med Aktiebolag, the manufacturer of the dermal filler Restylane (R), and US distributors Medicis and McKesson, in Section 337 action successfully resulting in withdrawal of complaint.

- Represented domestic complainant in Section 337 action pertaining to microlithographic machinery resulting in favorable settlement.

- Represented Energizer and its subsidiary Eveready Battery Company in Section 337 action against 26 US and Asian battery manufacturers.

- Successfully represented Scientific-Atlanta, Inc. in a Section 337 action brought by Gemstar-TV Guide against it, Pioneer and Echostar resulting in favorable settlement following appeal to the CAFC and remand to the ITC.

- Represented Tennessee-based farm chemical manufacturer, Drexel Chemical, in successful appeal to the CIT from Customs regarding imposition of duties.

- Represented California-based Leapfrog, an educational toy manufacturing respondent, in a Section 337 action successfully resulting in withdrawal of complaint.

- Represented Massachusetts-based machine vision system



manufacturer in Section 337 investigation against Nikon Corporation, resulting in a favorable licensing and settlement agreement.

- Successfully represented Rapistan Dematic, a Siemens company, in a Section 337 investigation against Vanderlande Industries, upheld on appeal before the CAFC.

- Represented plaintiff government contractor Omniplex in trade secret misappropriation case against SAIC in the Eastern District of Virginia resulting in favorable settlement.

## HONORS AND RANKINGS

- *Chambers USA - America's Leading Business Lawyers*, International Trade/IP - Section 337 (2009-2013)

- *Chambers Global*, International Trade - Intellectual Property (Section 337) (US) (2012)

- *IAM Patent 1000 - The World's Leading Patent Practitioners* (2012)

- *Legal 500 US*, Recognized for Patent Litigation - International Trade Commission (2012-2013)

## MEMBERSHIPS AND AFFILIATIONS

- Association of Trial Lawyers of America

- District of Columbia Trial Lawyers Association

- International Law, Intellectual Property Law, Chair, Patent Committee and Litigation Sections for the District of Columbia Bar

- Maryland State Bar Association

- Intellectual Property Law Section of the American Bar Association

- Federal Bar Association

- International Trade Commission Trial Lawyers Association

- Litigation Committee of the Intellectual Property Owners Association

- Washington International Trade Association

- D.C. Bar, Intellectual Property Section, Member, Steering Committee

## PRESENTATIONS AND SPEECHES

- "ITC vs. Federal District Court: Weighing the Costs and Benefits of Asserting Your IP Rights at the ITC," *The Litigator & Corporate Counsel Forum on Managing Complex ITC Litigation* (10/18/2011)

- "The 411 on Section 337 Litigation," *Connecticut Intellectual*



*Property Law Association* (11/3/2010)

- "ITC Standards for Satisfying the Domestic Industry Requirement," *Lexis/Nexis Webinar* (12/16/2009)

- "Remedy Developments at the ITC," *Beijing, China* (6/29/2009)

- "Hot Topics in Section 337 Litigation," *2009 Global IP Summit, Austin, TX* (2/22/2009)

- "Section 337 Remedies," *Washington International Trade Association, Washington, DC* (4/22/2008)

- "The ABC's of IP: A Primer on Patent, Copyright and Trademark Law," *DC Bar* (7/24/2007)

- "Section 337 vs. District Court Litigation," *DC Bar, Washington, DC* (7/13/2007)

# EXHIBIT G

# COVINGTON
## COVINGTON & BURLING LLP



## LAURA E. MUSCHAMP
### Partner

Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225
Tel: 858.678.1803
Fax: 858.678.1603
lmuschamp@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
  - Trade Secret Litigation
- Litigation
  - Intellectual Property Litigation

**Education**
- Texas Tech University School of Law, J.D., 1996
  - *summa cum laude*
  - *Texas Tech Law Review*, Articles Editor
  - Order of the Coif
- Texas Tech University, B.S., 1993
  - Electrical Engineering
  - *magna cum laude*

**Judicial Clerkship**
- Hon. Frederick J. Martone, Arizona Supreme Court

**Bar Admissions**
- California
- Arizona
- U.S. Patent and Trademark Office

Laura E. Muschamp is a partner in the firm's San Diego office.  Her practice emphasizes litigation in the area of electrical engineering.  She has litigated cases involving memory devices, power conversion circuits, analog-to-digital converters, microprocessors, communication protocols, semiconductor process technology, packaging, malware, and internet business models.

## REPRESENTATIVE MATTERS

- *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing Same*, Investigation No. 337-TA-775 (U.S. International Trade Commission 2011). Represent leading technology companies in patent infringement litigation involving MIMO wireless communication systems.

- *Finisar Corporation v. Source Photonics, Inc. et al.,* Case No. CV 10-00032 (N.D. Cal.2010). Represented Source Photonics in patent infringement involving fiber optic components used in telecommunication systems and data communication networks.

- *Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. 3:08-CV-0986-SI (N.D. Cal. 2008). Represent Samsung Electronics Co. in patent litigation involving various technologies including memory devices, process technology and microprocessors.

- *Barracuda Networks, Inc. v. Trend Micro, Inc.,* Case No. CV-08-04369-RGK (CW) (C.D. Cal. 2008). Represented Trend Micro, Inc. in patent litigation involving the detection and control of malware.

- *O2 Micro International Ltd. v. Beyond Innovation Technology,* Case 2:04-cv-00032 (E.D. Tex. 2004). Represented BiTEK, on remand, in claim construction proceedings in patent litigation involving DC-to-AC converters.

- *Analog Devices Inc. v. Maxim Integrated Products, Inc.*, Case No. 01 CvS 10614 (North Carolina 2001).   Represented Maxim Integrated Products, Inc. in trade secret litigation involving analog-to-digital converters; successfully argued against issuance of a preliminary injunction and the litigation



subsequently settled.

■ *Overture Services, Inc. v. Google Inc.,* Case No. 02-01991 JSW (EDL) (N.D. Cal.).  Represented Yahoo! subsidiary Overture Services in a lawsuit alleging infringement of Overture's pioneering paid search patent by Google's top revenue-producing Internet advertising services.  In a highly-publicized settlement, Google took a license to this patent and several related patents in exchange for shares of Google stock with a value of approximately $450 million.

■ *Overture Services, Inc. v. FindWhat.com, Inc.,* Case No. SACV 03-00685 (CJC) (C.D. Cal.).  Represented Yahoo! subsidiary Overture Services in litigation relating to Overture's paid search technology; FindWhat took a license to this patent.

■ *Microchip Technology, Inc. v. Zilog Inc.* (Ariz. 2005).  *Microchip Technology, Inc. v. Luminary Micro, Inc.* (Ariz. 2006).  Represent Microchip Technology, Inc. in patent litigation involving microcontrollers with a limited number of pins.

■ *Linear Technology Corp. v. Maxim Integrated Products, Inc.,* Case No. C-98-1727 FMS (N.D. Cal. 1999).  Represented Maxim Integrated Products, Inc. in patent litigation involving voltage regulators.

■ *Maxim Integrated Products, Inc. v. Semtech Corp.* No. 02-0004 CW (N.D. Cal. 2002).  Represented Maxim Integrated Products, Inc. in litigation involving voltage regulators.

■ *U.S. Philips v. Microchip Technology, Inc.,* Case No. 01-CV-9178 (LAP) (S.D.N.Y. 1999).  Represented Microchip Technology, Inc. in defense of patent infringement litigation involving a serial bus interface.

■ *U.S. Philips v. Cypress Semiconductor Corp.,* Case No. 00 CIV 7426 (S.D.N.Y.).  Represented Cypress Semiconductor Corporation in defense of patent infringement litigation involving a serial bus interface.

■ *Motorola v. Integrated Circuit Systems,* Case No. CV 99-11838 (Arizona).  Represented Integrated Circuit Systems in trade secret litigation involving high performance clocks for networking applications.

## HONORS AND RANKINGS

■ *Southern California Super Lawyers,* Intellectual Property Litigation (2008)

■ San Diego Best Attorneys (2008)

## MEMBERSHIPS AND AFFILIATIONS

■ State Bar of California

■ State Bar of Arizona



- San Diego Intellectual Property Law Association

# EXHIBIT H

# COVINGTON
### COVINGTON & BURLING LLP



## RICHARD A. JONES
**Special Counsel**

Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Tel: 415.591.7065
rjones@cov.com

**Practices**
- Employment
- Intellectual Property
- Litigation

**Education**
- University of California, Hastings College of the Law, J.D., 1987
  - *Hastings International & Comparative Law Review,* Contributor and Associate Editor
- University of California at Berkeley, A.B., 1982
  - with distinction
  - Phi Beta Kappa

**Bar Admissions**
- California

Richard Jones is special counsel in the firm's San Francisco office.  Mr. Jones has extensive experience litigating employment, intellectual property, commercial, antitrust and general business matters in federal and state courts at both the trial court and appellate levels.  He has also litigated Internet issues, including successful representation of the defendants in a widely reported Internet case testing First Amendment rights and the limits of a US court jurisdiction over foreign entities in the Internet context.  As a partner at his prior firm, Mr. Jones was a member of the high-technology practice and founded the firm's Northern California employment practice group.  Mr. Jones has written and published numerous articles, handbooks and other materials relating to employment law, antitrust, and Internet Jurisdiction.

Mr. Jones received an A.B., with distinction, from the University of California at Berkeley, where he was elected to Phi Beta Kappa.  He received his J.D. from the University of California, Hastings College of Law, in 1987, where he was a contributor and associate editor for the *Hastings International and Comparative Law Review*.  Mr. Jones has lived and worked in both Japan and the Middle East.

## PRO BONO
- Currently assisting local non-profit organizations with employment related issues, including advice on wage and hour issues, protection of confidential information, adverse employment actions, and personnel policies and procedures.

# EXHIBIT I

# COVINGTON
COVINGTON & BURLING LLP



## MARTIN HANSEN
### Of Counsel

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5204
mhansen@cov.com

**Practices**
- Intellectual Property
  - IP Policy, Law Reform & Treaty Compliance
- International
  - Trade Policy
- Public Policy & Government Affairs

**Industries**
- Life Sciences

**Education**
- Stanford Law School, J.D., 1991
  - with distinction
  - *Stanford Law Review,* Notes Editor
  - recipient of the Review's Board of Editors' Award
- Yale University, B.A., 1987
  - *summa cum laude*
  - Phi Beta Kappa

**Judicial Clerkship**
- Hon. Nathaniel R. Jones, U.S. Court of Appeals, Sixth Circuit, 1991-1992

**Bar Admissions**
- District of Columbia

**Languages**
- German

Martin Hansen has represented some of the world's leading information technology, telecommunications, and pharmaceutical companies on a broad range of cutting edge international trade, intellectual property, and competition issues.  Mr. Hansen has extensive experience in advising clients on matters arising under the World Trade Organization agreements, treaties administered by the World Intellectual Property Organization, bilateral and regional free trade agreements, and other trade agreements.

Drawing on ten years of experience in Covington's London and DC offices his practice focuses on helping innovative companies solve challenges on intellectual property and trade matters before US courts, the US government, and foreign governments and tribunals.  Mr. Hansen also represents software companies and a leading IT trade association on electronic commerce, Internet security, and online liability issues.

## REPRESENTATIVE MATTERS

- Providing strategic and legal advice to a leading software company on complex intellectual property and trade issues arising out of antitrust litigation filed in the United States, Europe, and Asia.

- Representing a leading US mobile telecommunications provider on legislative proposals by the People's Republic of China affecting intellectual property protection, antitrust, and technology standards.

- Advising a leading US technology trade association on domestic and foreign legislation respecting IT standards, software procurement, online commerce, and other issues.

## PREVIOUS EXPERIENCE

- University of Missouri-Kansas City Law School, Visiting Professor, US and international intellectual property law and international business transactions (1999-2000)

- University of Chicago School of Law, Teaching Fellow (1992-1993)

## HONORS AND RANKINGS



- *Chambers USA - America's Leading Business Lawyers* (2008-2009)
- Recipient of scholarship from the US-German Academic Exchange Service to study at the former Free University in Berlin (1987)

## MEMBERSHIPS AND AFFILIATIONS

- American Bar Association, Sections of Intellectual Property Law and International Law, Member

## PUBLICATIONS

- "ITC Invites Public Comments on Proposed Expansion of the Information Technology Agreement," *Covington E-Alert* (8/9/2012), Co-Author

- "Brazil Announces Retaliatory Tariffs on 102 U.S. Products and Could Retaliate Broadly Against U.S. Intellectual Property and Services," *Covington E-Alert* (3/8/2010), Co-Author

- "USTR Requests Public Comments on SPS and Standards Related Measures That Create Barriers to Trade," *Covington E-Alert* (9/29/2009), Co-Author

- "OMB Issues Guidance Applying Stimulus Package's Buy American Requirements to Sub-Federal Recipients of Funds," *Covington E-Alert* (4/7/2009), Co-Author

- "Interim Final Rule Implements the Stimulus Package's Buy American Requirements," *Covington E-Alert* (4/1/2009), Co-Author

- "Bipartisan Trade Deal," *Covington E-Alert* (5/15/2007), Co-Author

- "The Berne Convention Enters the Digital Age," *11 Euro. Intell. Prop. Rev. 604* (1996), Co-Author

# EXHIBIT J



## DEANNA KWONG
### Associate

Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA  94065-1418
Tel: 650.632.4714
Fax: 650.632.4814
dkwong@cov.com

**Practices**
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
- Litigation

**Industries**
- Life Sciences
- Electronics & Information Technology
  - Semiconductor
  - Software

**Education**
- University of California, Berkeley School of Law, J.D., 2004
  - BCLT Law & Technology Certificate Program
  - *Asian Law Journal*, Senior Articles Editor
  - *Berkeley Journal of Gender, Law & Justice*, Recent Developments Editor
  - *Berkeley Technology Law Journal,* Production Editor
  - Samuelson Law, Technology & Public Policy Clinic
- University of California at Berkeley, B.A., 2001
  - Chancellor's Scholar
  - Phi Beta Kappa

**Bar Admissions**
- California

Deanna Kwong is resident in our Silicon Valley office practicing in the areas of litigation and intellectual property.  Previously, she was resident in our San Francisco office.

## REPRESENTATIVE MATTERS

- Representation of Huawei Technologies in trade secret lawsuits against Motorola Solutions involving wireless base station technology.

- *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing Same*, Investigation No. 337-TA-775 (U.S. International Trade Commission).  Representation of multiple respondents in patent infringement litigation involving 802.11n wireless devices, resulting in complainant withdrawing its complaint.

- Defense of LendingTree, LLC in patent infringement litigation concerning on-line financial services.

- Defense of DVD authoring software manufacturer in patent infringement litigation involving patents on recording video onto disk.

- Co-authorship of *amicus* brief in *In re Seagate Technology, LLC.*

- Defense of online dating services companies in patent infringement suit involving web-based database systems.

- Member of trial team in the defense of a Fortune 500 food company in a patent infringement suit.

- Defense of pharmaceuticals corporation in litigation involving authorized generics and alleged violations of California antitrust laws.

- Intellectual property counsel on the IPO, related debt financings, and spin-off of the chemical business of a global energy company.

- Defense of manufacturer in patent infringement litigation concerning LCD technologies.

## HONORS AND RANKINGS



- Outstanding Volunteer in Public Service Award, The Justice & Diversity Center of the Bar Association of San Francisco (2012)
- *Northern California Rising Stars*, Intellectual Property Litigation (2009-2013)

## PRO BONO

- Successfully briefed and argued a Ninth Circuit appeal seeking reversal of the dismissal of an alien's *habeas* petition, which challenged the procedures through which an immigration judge had ordered him removed from the country.

- Co-authored *amicus* brief in U.S. Supreme Court case *Horne v. Flores*, Case Nos. 08-289 & 08-294, on behalf of The Asian American Legal Defense and Education Fund and over twenty additional nonprofit organizations whose mission is to advocate on behalf of or provide direct services to Asian American and other immigrant communities in various jurisdictions across the United States.

## MEMBERSHIPS AND AFFILIATIONS

- Asian Pacific Islander Legal Outreach, Board of Directors
- ABTL Leadership Development Committee (2009-2010)
- Intellectual Property Organization, Software & Business Methods Committee (2010); Damages & Injunctions Committee Member (2009); Damages & Injunctions Committee Member (2008); Patent Law (US) Committee Member (2007); Patent Law (US) Committee Member (2006); and Damages Committee Member (2005).
- San Francisco Bay Area Intellectual Property American Inn of Court
- American Bar Association

## PUBLICATIONS

- "Nine Unanswered Questions After In re Seagate Technology LLC," *Intellectual Property & Technology Law Journal* (April 2008), Co-Author
- "Willfulness and Privilege after In re Seagate," *SFIPLA* (2007), Author

## PRESENTATIONS AND SPEECHES

- "Managing Litigation Risks," *ACI Corporate Counsel's Guide to Software Patents Seminar* (2006)
- "The Proliferation of Business Method Patents: How They Have Changed the Protection and Licensing of Software Products and Services," *Advanced Software Law and Practice: Effective Open-*



*Source Survival, Licensing Strategies, and Cutting Edge Tactics for Corporate Counsel* (2005)

- "Limitations on the Ability to Change Claims During Prosecution," *6th Annual Advanced Patent Law Institute* (2005)

# EXHIBIT K

# COVINGTON
### COVINGTON & BURLING LLP



## SARA J. O'CONNELL
### Associate

Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225
Tel: 858.678.1811
Fax: 858.678.1611
soconnell@cov.com

**Practices**
- Intellectual Property
- Litigation

**Education**
- Georgetown University Law Center, J.D., 2005
  - Won National Computer Law Association Information Technology Law Writing Competition
  - *The Tax Lawyer,* Member
- Boston University, B.A., 1997
  - *magna cum laude*
  - Distinction in Political Science
  - College Prize for Excellence in Urban Studies and Public Policy
  - Boston University Trustee Scholarship

**Bar Admissions**
- California

**Languages**
- Spanish

Sara O'Connell litigates intellectual property matters in the federal courts and before the International Trade Commission ("ITC").

Ms. O'Connell successfully tried numerous jury and bench trials before federal district judges in the Southern District of California in her role as a former Assistant United States Attorney.  She also briefed, argued and won multiple appeals resulting in written decisions before the U.S. Court of Appeals for the Ninth Circuit, and handled grand jury investigations that led to several criminal indictments.  Ms. O'Connell further has invaluable experience appearing before the national media and forming political and legislative strategies, gained during her previous experience as the Communications Director for a Member of the United States Congress.

## REPRESENTATIVE MATTERS

- *MicroUnity Systems Engineering, Inc., v. Apple, Inc., et al.*, Case No. 2:10-cv-91-LED-RSP (E.D. Tex.) - Defended a well-known semiconductor design and manufacturing company in a patent infringement case relating to technology used in media processors on smartphone chips; resulted in favorable settlement for the client.

- *In the Matter of Certain Semiconductor Integrated Circuit Devices*, Investigation No. 337-TA-840 (ITC) - Successfully represented the complainant in an patent infringement case relating to integrated circuit devices and package designs; resulted in favorable settlement for the client.

## PREVIOUS EXPERIENCE

- Assistant United States Attorney, United States Department of Justice, Criminal Division, Southern District of California (2008-2012)

- Litigation Associate at a large international law firm (2005-2008)

- Communications Director, United States Representative Jay Inslee (1997-2005)

## PRO BONO



- Recipient of Wiley W. Manuel Award for Pro Bono Legal Services.

- Successful appeal of Board of Immigration Appeals' decision resulting in written opinion. *See Lopez-Rodriguez v. Mukasey*, 536 F.3d 1012, 1015 (9th Cir. 2008).

- Currently representing pro bono client in appeal of denial of petition for *habeas corpus* relief.

## MEMBERSHIPS AND AFFILIATIONS

- Regular volunteer at University of California at San Diego Medical Center.

## PUBLICATIONS

- "Restating the Obvious: Supreme Court Reverse Long-Standing Federal Circuit Test," *Federal Bar Association, San Diego Chapter Summer Newsletter* (2007), Author

- "Perfect Arbitration Clause Should be Tailored for Client," *San Diego Daily Transcript* (5/22/2006), Author

- "Counting Down Another Music Marathon: Copyright Arbitration Royalty Panels and the Case of Internet Radio," *Marquette University Intellectual Property Law Review, Vol. 8, Issue 1* (Winter 2004)

- "Commercial Software Developers Lose Research and Development Tax Credit: Tax and Accounting Software Corporation v. United States of America," *57 Tax Lawyer* (Fall 2003)

# EXHIBIT L

# COVINGTON
## COVINGTON & BURLING LLP



## ALLISON E. KERNDT
### Associate

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5064
Fax: 202.778.5064
akerndt@cov.com

**Practices**
- Litigation
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations
  - Section 337 Investigations
- Food & Drug
  - Cosmetics
  - Hatch-Waxman & Biosimilars
  - Medical Devices & Diagnostics

**Industries**
- Life Sciences

**Education**
- University of Iowa College of Law, J.D., 2005
  - with Distinction
  - *The Journal of Corporation Law, Volume 30*, Editor in Chief
- University of Iowa, B.S.E., 2002
  - Chemical Engineering
  - with Honors

**Judicial Clerkship**
- Hon. Randall R. Rader, U.S. Court of Appeals, Federal Circuit, 2008-2009

**Bar Admissions**
- District of Columbia
- Iowa
- U.S. Patent and Trademark Office
- U.S. Court of Appeals for the Federal Circuit

Allison Kerndt is an associate in the firm's Washington office practicing in the areas of complex civil litigation, patent litigation, and intellectual property. Prior to joining the firm, she served as a law clerk to Chief Judge Randall R. Rader, United States Court of Appeals for the Federal Circuit.

In addition to her litigation practice, Ms. Kerndt routinely advises clients on intellectual property regulatory and licensing issues. Her experience spans a wide range of technical areas, including pharmaceutical, chemical, and cosmetic arts, biomedical devices, electronic devices, and business methods. She is also experienced in the preparation and prosecution of patent applications and registered to practice before the United States Patent and Trademark Office.

## REPRESENTATIVE MATTERS

- *Deere & Company v. Duroc LLC et al.* (S.D. Ia.). Representation of Deere & Company in patent infringement case enforcing Deere's patent concerning dual deck flex-wing rotary cutters in the U.S. District Court for the Southern District of Iowa.

- *Association for Molecular Pathology v. Myriad Genetics* (No. 2010-1406). Representation of Pharmaceutical Research and Manufacturers of America as *amicus curiae* before the United States Supreme Court and the United States Court of Appeals for the Federal Circuit, concerning the patent-eligibility of isolated human genes.

- *Augme Technologies, Inc. v. Gannett Co., Inc. et al.* (S.D.N.Y.); *Augme Technologies, Inc. v. AOL Inc. et al* (S.D.N.Y.); and *Augme Technologies, Inc. v. Tacoda, Inc.* (S.D.N.Y.). Representation of AOL in three related patent infringement cases where the plaintiff asserted four patents against AOL's targeted web advertising technology.

- *Garnet Digital, LLC v. Apple, Inc. et al* (E.D. Tex.). Representation of Hewlett-Packard in patent litigation brought by Garnet Digital involving technology related to video streaming on a mobile device.

- *King Pharmaceuticals Inc. et al v. Teva Parenteral Medicines Inc.* (D. Del.). Representation of King Pharmaceuticals in patent litigation against Teva enforcing King's patents which covered



King's life-saving EpiPen® Auto-Injector products.

- *Nomadix, Inc. v. Hewlett-Packard Company, et al.,* 09-cv-8441 (C.D. Cal.).  Representation of Hewlett-Packard in a patent infringement case involving patents concerning network gateway devices.

- *MedioStream, Inc. v. Microsoft Corp et al.,* 3:11-cv-2525 (N.D. Cal.).  Representation of Microsoft Corp. in a patent litigation action involving patents concerning multimedia conversion technology.

- Representation of multimedia company in several patent litigation actions concerning the delivery of targeted content and advertising on the internet.

- *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing Same,* Investigation No. 337-TA-775 (U.S. International Trade Commission).  Successful representation of multiple respondents in patent infringement litigation involving wireless communication systems, resulting in complainant withdrawing its complaint.

- Representation of a pharmaceutical research company in Hatch-Waxman litigation against multiple defendants related to a medical device.

- Advised client regarding technology transfer agreement and related Bayh-Dole issues.

- Performed due diligence and pre-litigation assessment of patent portfolio on behalf of an e-commerce company.

- Provided client counseling and due diligence opinion to a pharmaceutical research company concerning submission to the Food and Drug Administration.

- Representation of a seed manufacturer in litigation related to genetically modified crops, involving patent, antitrust, and breach of contract claims.

- *In the Matter of Certain Electronic Devices Including Handheld Wireless Communication Devices,* Investigation No. 337-TA-673 (U.S. International Trade Commission).

- Representation of a pharmaceutical research company in Hatch-Waxman litigation related to a pharmacologic stress agent.

- Prosecuted patent applications before the United States Patent and Trademark Office on behalf of a multi-national cosmetic company.

## HONORS AND RANKINGS

- *Washington DC Super Lawyers,* IP Litigation "Rising Star" (2014)

## PRO BONO

- Representation of defendant in jury trial related to accusations of



theft, Prince George's County, Maryland.

- Represented exonerated defendant in jury trial related to accusations of kidnapping and first-degree assault, Prince George's County, Maryland.

- Representation of paternal grandparents in guardianship dispute in D.C. Superior Court, Family Court Division.

- Representation of tenant challenging eviction notice in D.C. Superior Court, Landlord Tenant Branch.

- Served as guardian *ad litem* in custody dispute in D.C. Superior Court, Family Court Division.

## MEMBERSHIPS AND AFFILIATIONS

- Women's Bar Association of D.C., Co-Chair Intellectual Property Law Forum

- The University of Iowa Alumni Association

- Indiana University Maurer School of Law, Intellectual Property Advisory Board

## PRESENTATIONS AND SPEECHES

- "The Federal Circuit: Guardian of Our Intellectual Property Crown Jewels," *ABA Section of Litigation Annual Conference* (4/20/2012)

- "Preparing for and Arguing Patent Appeals Before the Federal Circuit," *Center for Intellectual Property and Innovation at the Indiana University Maurer School of Law* (2/23/2012)

# EXHIBIT M

# COVINGTON
### COVINGTON & BURLING LLP



## IAN MILLER
### Associate

Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225
Tel: 858.678.1810
Fax: 858.678.1610
imiller@cov.com

**Practices**
- Intellectual Property
- Corporate

**Industries**
- Life Sciences

**Education**
- Duke University School of Law, J.D., 2007
  - *cum laude*
  - *Alaska Law Review*, Editor-in-Chief
- University of California, San Diego, B.S., 2002
  - biochemistry and cellular biology

**Judicial Clerkship**
- Hon. Valerie Baker Fairbank, U.S. District Court, Central District of California, 2007-2008

**Bar Admissions**
- California

Ian Miller is an associate in the corporate and intellectual property practice groups.  His practice focuses on technology transactions, with an emphasis on complex transactions for life sciences clients, such as collaboration and license agreements.  Mr. Miller's previous work at the firm includes all facets of civil litigation, with a focus on intellectual property and complex commercial litigation involving high-tech and life sciences clients.  Prior to attending law school, Mr. Miller worked in the biotechnology industry, most recently in the field of bioinformatics.

# EXHIBIT N

**COVINGTON**
COVINGTON & BURLING LLP



### JAMES E. BURKE IV
**Associate**

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5749
Fax: 202.778.5749
jburke@cov.com

**Practices**
- Litigation
  - Appellate Litigation/Supreme Court Practice
- Antitrust & Competition Law
  - Antitrust Litigation
- Public Policy & Government Affairs
- White Collar Defense & Investigations

**Education**
- Georgetown University Law Center, J.D., 2009
  - *magna cum laude*
  - Order of the Coif
  - *The Georgetown Law Journal*, Articles Editor
  - Appellate Litigation Clinic
- Yale University, B.A., 2004
  - *cum laude*
  - Distinction in History

**Judicial Clerkship**
- Hon. Daniel M. Friedman, U.S. Court of Appeals, Federal Circuit, 2009-2010

**Bar Admissions**
- District of Columbia

**Languages**
- French

Jim Burke is an associate in the Washington, DC, office specializing in litigation, including antitrust and white collar defense, and government affairs.  Before joining the firm, Mr. Burke clerked for Judge Daniel M. Friedman from 2009–2010 on the United States Court of Appeals for the Federal Circuit.

## REPRESENTATIVE MATTERS

- Represented leading technology company in federal district court litigation involving antitrust and contract issues presented by licensing agreements for technology patents declared essential to international cellular and connectivity standards.

- *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing Same*, Investigation No. 337-TA-775 (U.S. International Trade Commission).  Successfully represented multiple respondents in patent infringement litigation involving wireless communication systems, resulting in complainant withdrawing its complaint.

- Successfully represented a major international pharmaceutical company in an investigation by the Department of Justice into sales and marketing activities involving off-label promotion and other compliance issues.

- Successfully represented a leading technology company in connection with an international commercial dispute and related national security compliance matters.

- Assisted major US company by researching, creating, and conducting comprehensive training on the law of attorney-client privilege in an international and cross-national context.

## PRO BONO

- Six month full-time pro bono assignment at Neighborhood Legal Services Program, providing legal representation and assistance to low-income DC residents on various issues, including family law, landlord-tenant law, domestic law, public benefits hearings, employment law, and consumer law.  Personally conducted a bench trial in a family law case before a judge of the D.C. Superior Court.



- Represented a criminal defendant charged with homicide and attempted homicide in state court trial.

# EXHIBIT O

# COVINGTON
**COVINGTON & BURLING LLP**



## GREGORY S. NIEBERG
### Associate

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212.841.1170
Fax: 646.441.9170
gnieberg@cov.com

**Practices**
- Litigation
  - Intellectual Property Litigation
- Intellectual Property
  - IP Due Diligence
  - Patent Advisory
  - Patent Litigation
    - Patent Post-Issuance Proceedings
    - Section 337 Investigations
  - Section 337 Investigations

**Industries**
- Electronics & Information Technology
- Media, Internet & Technology
- Financial Services

**Education**
- Brooklyn Law School, J.D., 2010
  - *magna cum laude*
  - *Brooklyn Law Review*, Associate Managing Editor
  - Prince Scholarship, Dean's Merit Scholarship, Faculty Scholarship Centennial Grant
  - Ross L. Hoffer Prize for Torts
  - Cali Excellence for the Future Awards: (1) Torts; (2) Patent Law; and (3) Statistical Inferences in the Law
- Princeton University, M.S.E., 2004
  - Electrical Engineering
  - Gordon Wu Fellow
  - Thesis: Deep Etching of Silicon at the Nanometer Scale
- University of Pennsylvania, B.S.E.,

Gregory Nieberg is an associate in the New York office. With a background in Electrical Engineering and Systems Engineering, his practice focuses on a wide-range of intellectual property matters, in particular patent litigation and patent prosecution for the computer software, hardware, and electronics and cellular phone industries. Mr. Nieberg has also assisted on various litigation and enforcement matters relating to the financial services and securities industries.

## REPRESENTATIVE MATTERS

- *In the Matter of Certain Wireless Devices with 3G Capabilities and Components Thereof*, Investigation No. 337-TA-800 (U.S. International Trade Commission 2011). Representing Huawei Technologies in a multi-patent, multi-respondent infringement litigation involving smartphones, tablets, and access points for 3G cellular standards.

- *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing Same*, Investigation No. 337-TA-775 (U.S. International Trade Commission 2011). Represented leading technology companies, including Hewlett-Packard, in patent infringement litigation involving MIMO wireless communication systems.

- Analyzed semiconductor patent portfolio of potential acquisition for semiconductor design client.

- Responded to several U.S.P.T.O. Office Actions for patents relating to financial news data technologies for a leading financial services company.

## PREVIOUS EXPERIENCE

- Brooklyn Law Incubator & Policy Clinic (BLIP) (2010)

- Hon. Dora L. Irizarry, U.S. District Court, Eastern District of New York, Judicial Intern (2009)

- Hon. Ramon E. Reyes, U.S. District Court, Eastern District of New York, Judicial Intern (2008)

- ZS Associates, Philadelphia, PA, Business Information Specialist (2004)

**COVINGTON**

COVINGTON & BURLING LLP

2002
- Electrical Engineering & Systems Engineering
- *magna cum laude*
- Hugo Otto Wolf Memorial Prize for Electrical Engineering
- Senior Design Project: Digital CMOS PDI Camera

**Bar Admissions**
- New York
- U.S. Patent and Trademark Office

- Nanostructures Laboratory, Princeton University, Graduate Research (2002)

## PRO BONO

- Successfully represented woman from Burkina Faso who was seeking asylum in the United States.

- Advisory international NGO that helps create sustainable fisheries on contract and various business matters.

- Worked with a large Covington team to advise a municipality on simplifying its rules and regulations for small businesses.

## MEMBERSHIPS AND AFFILIATIONS

- New York City Bar Association

## PUBLICATIONS

- "Wafer-scale Patterning of Sub-40nm Diameter and High Aspect Ratio (> 50:1) Silicon Pillar Arrays by Nanoimprint and Etching," *19 Nanotechnology* (8/27/2008), Co-Author

# EXHIBIT P

# COVINGTON
## COVINGTON & BURLING LLP



## JOHN (JACK) A. KELLY
### Associate

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5966
Fax: 202.778.5966
jkelly@cov.com

**Practices**
- Litigation
  - Intellectual Property Litigation
- Intellectual Property
  - Patent Litigation
    - Section 337 Investigations

**Education**
- The George Washington University Law School, J.D., 2010
  - with high honors
  - Order of the Coif
  - *Federal Circuit Bar Journal*, Executive Editor
- University of Michigan, B.S.E., 2006
  - Mechanical Engineering
  - *summa cum laude*
  - Tau Beta Pi

**Judicial Clerkship**
- Hon. Jimmie V. Reyna, U.S. Court of Appeals, Federal Circuit, 2012-2013

**Bar Admissions**
- District of Columbia
- Virginia
- U.S. Patent and Trademark Office
- U.S. Court of Appeals for the Federal Circuit

Jack Kelly is an associate in the firm's Washington, DC office.  He focuses his practice on patent litigation matters involving electrical and mechanical technologies before the U.S. District Courts and the International Trade Commission.  He also counsels clients on appeals to the U.S. Court of Appeals for the Federal Circuit.  In addition to litigation matters, Mr. Kelly advises clients on a wide variety of other intellectual property matters including licensing, due diligence, and mergers and acquisitions.

Prior to joining the firm, Mr. Kelly was a law clerk to the Honorable Jimmie V. Reyna, Circuit Judge on the Federal Circuit.  Before that, he was an associate at a leading intellectual property law firm in Washington, DC.  While in law school, Mr. Kelly was the Executive Editor of the *Federal Circuit Bar Journal*.  He continues his involvement with the FCBJ, having served as an adjunct professor for the past three years.

Prior to law school, Mr. Kelly worked at Pratt & Whitney, a subsidiary of United Technologies Corporation, as a software programmer and design-automation engineer.  He also spent time working as a software engineer as a research assistant in law school and as an intern at Sandia National Laboratories.

## REPRESENTATIVE MATTERS

- Represented a MEMs microphone manufacturer in complex offensive and defensive patent litigation at the International Trade Commission, U.S. District Courts, and foreign tribunals.

- Represented an LED and consumer electronics manufacturer in a defensive patent litigation before the International Trade Commission.

- Represented a medical device manufacturer in offensive patent litigation in a U.S. District Court.

- Represented a gas turbine engine manufacturer in both offensive and defensive patent litigation in the U.S. District Courts and the International Trade Commission.

- Represented a wind turbine manufacturer in defensive patent litigation in the U.S. District Courts.



## PRO BONO

- Represented a disabled veteran seeking veteran's benefits before the U.S. Court of Appeals for Veterans Claims.
- Represented a defendant charged with a federal handgun offense that implicated the 2nd Amendment before the U.S. Court of Appeals for the Fourth Circuit.

## MEMBERSHIPS AND AFFILIATIONS

- Professorial Lecturer in Law, The George Washington University Law School
- Federal Circuit Bar Association
- Giles S. Rich Inn of Court

## PUBLICATIONS

- "Amgen, Inc. v. ITC: Defying Kinik While Complying with TRIPS," *19 Fed. Cir. B. J. 81* (2009), Author