MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
MEGHANA RAORANE (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
meghana.raorane@klgates.com

L. SCOTT OLIVER (SBN 174824)
K&L GATES LLP
630 Hansen Way
Palo Alto, California 94304
Telephone:  650-798-6700
Facsimile:  650-798-6701
scott.oliver@klgates.com

ERIC C. RUSNAK (ADMITTED PRO HAC VICE)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

*Attorneys for Defendant*
*ARUBA NETWORKS, INC.*
*MERU NETWORKS, INC.*
*RUCKUS WIRELESS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br>                       Plaintiff, <br><br>     v. <br><br> HEWLETT-PACKARD COMPANY, <br> APPLE COMPUTER INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, <br> RUCKUS WIRELESS, <br><br>                       Defendants. | Case No. 4:13-cv-00159-CW <br><br> **DECLARATION OF L. SCOTT OLIVER IN SUPPORT OF MERU NETWORKS, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES UNDER 35 U.S.C. § 285** <br><br> Date: July 17, 2014 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Claudia Wilken |

I, L. Scott Oliver, hereby declare as follows:

1. I am an attorney at the law firm of K&L Gates LLP and am counsel for Defendant Meru Networks, Inc. ("Meru") in the above-captioned matter. I have personal knowledge of the facts set forth below. If called upon, I could and would testify competently hereto.

2. Until April, 2014, I was an attorney at the law firm of Morrison Foerster where I represented Meru in the above-captioned matter.

3. Pursuant to Northern District Local Rule 54-5(a), I met and conferred with counsel for Plaintiff Linex Technologies, Inc. ("Linex") on June 9, 2014 in an attempt to resolve at least some of the issues relating to this Motion for Attorneys' Fees.

4. K&L Gates LLP prepares and submits invoices to the client on a monthly basis. The invoices provide a detailed description, on a daily basis, of the tasks performed by each legal professional and the amount of time billed. Disbursements incurred on behalf of the Client are itemized on each invoice.

5. Time records at K&L Gates LLP are maintained on a daily basis by timekeepers utilizing a time billing system called Elite.

6. Morrison Foerster also prepares and submits invoices to the client on a monthly basis. The invoices provide a detailed description, on a daily basis, of the tasks performed by each legal professional and the amount of time billed. Disbursements incurred on behalf of the Client are itemized on each invoice.

7. Time records at Morrison Foerster are maintained on a daily basis by timekeepers utilizing a time billing system.

8. I have reviewed the monthly billing statements for *Linex Technologies, Inc. v. Hewlett Packard Co., et al.*, Case No. 4:13-cv-00159-CW-MEJ, and *In the Matter of Certain Wireless Communication Devices and Systems, Components Thereof, and Products Containing the Same*, Investigation No. 337-TA-775, and provide the following monthly invoice summary of fees billed:

**Attorneys' Fees**

| **K&L Gates LLP** |
|---|---|
| **Summary of Attorneys' Fees by Month,** |
| *In the Matter of CERTAIN WIRELESS COMMUNICATION DEVICES AND SYSTEMS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING SAME*, ITC Investigation No. 337-TA-775 |
| **Invoice Month** | **Invoice Monthly Total** |
| June, 2011 | $1,689.38 |
| July, 2011 | $49,934.32 |
| August, 2011 | $33,419.88 |
| September, 2011 | $25,021.88 |
| October, 2011 | $23,143.37 |
| November, 2011 | $38,972.49 |
| December, 2011 | $65,250.23 |
| January, 2012 | $13,401.32 |
| February, 2012 | $62,010.67 |
| **TOTAL:** | **$312,843.54** |
| **TOTAL LESS 25%**[1] | **$234,632.66** |

| **K&L Gates LLP** | |
|---|---|
| **Summary of Attorneys' Fees by Month,** | |
| *Linex Technologies, Inc. v. Hewlett Packard Co., et al.,* Case No. 4:13-cv-00159-CW-MEJ | |
| **Invoice Month** | **Invoice Monthly Total** |
| June, 2011 | $2,297.14 |
| July, 2011 | $337.88 |
| August, 2012 | $1,402.50 |
| September, 2012 | $10,482.63 |
| October, 2012 | $6,396.27 |
| December, 2012 | $11,479.27 |
| May, 2013 | $1,441.82 |
| May, 2013 | $6,467.45 |
| May, 2013 | $3,499.89 |
| May, 2013 | $8,058.02 |
| June, 2013 | $17,382.54 |
| July, 2013 | $19,871.94 |
| August, 2013 | $13,182.43 |
| September, 2013 | $17,604.55 |
| October, 2013 | $21,575.13 |
| November, 2013 | $17,040.37 |
| December, 2013 | $25,398.00 |
| January, 2014 | $22,824.63 |
| February, 2014 | $33,378.43 |
| March, 2014 | $4,873.69 |

---

[1] Fees calculated through expert discovery cutoff, less 25% to account for Domestic Industry related fees.

DECLARATION OF L. SCOTT OLIVER ISO MERU NETWORKS INC.'S MOTION FOR ATTORNEYS FEES
Case No. 4:13-cv-00159-CW
3

| | |
|---|---|
| April, 2014 | $3,482.87 |
| May, 2014 | $2,401.25 |
| May, 2014 | $30,203.90 |
| May-June, 2014 | $35,512.15 |
| **TOTAL:** | **$316,594.75** |

9. Attached hereto as Exhibits A and B are detailed summaries of legal fees billed by month including timekeeper, job title and qualification of timekeeper, hourly rate, brief monthly summary of work performed, number of hours billed for that month and the total billed by that timekeeper by month.

10. An abstract of the legal billings, copies of the legal billings and/or the contemporary time records can be made available to the Court for an in camera inspection should the Court deem that appropriate pursuant to Local Rule 54-5(b)(2).

11. In addition, Aruba incurred fees relating to the following expert witnesses:

  a**.** **Claim Construction and Non-Infringement: Dr. Anthony Acampora.** Dr. Anthony Acampora is a Professor of Electrical Engineering and Computer Engineering at the University of California, San Diego. He holds a Ph.D. in Electrical Engineering from Polytechnic Institute of Brooklyn.

  b. **Claim Construction and Non-Infringement:** John Thompson. John Thompson is a Professor of Signal Processing and Communications at the Institute for Digital Communications, in the School of Engineering at the University of Edinburgh. He holds a Ph.D. in Electronic Engineering from the University of Edinburgh.

  c. **Operation of Third-Party Supplier Products:  Dr. Bill Lin.** Dr. Bill Lin is a Professor of Electrical and Computer Engineering, and an Adjunct Professor of Computer Science and Engineering, at the University of California, San Diego. He holds a Ph.D. in Electrical Engineering and Computer Science from the University of California, Berkeley.

  d. **Invalidity:  Dr. Robert Calderbank.** Dr. Robert Calderbank is a Professor of Mathematics, Computer Science and Electrical Engineering at Duke University. He holds a Ph.D. in Mathematics from the California Institute of Technology.

e. **Invalidity: Dr. Arogyaswami Paulraj.** Dr. Arogyaswami Paulraj is Professor Emeritus (Research) of Engineering, in the Department of Electrical Engineering at Stanford University. He holds a Ph.D. in Electrical Engineering from the Indian Institute of Technology, New Delhi, India.

f. **Damages: Keith Ugone.** Keith Ugone is a Managing Principal at Analysis Group. He holds a Ph.D. in economics from Arizona State University. Mr. Ugone was assisted by: (i) Sue Heineman, who is a Vice President at Analysis Group, holds a B.B.A in Finance and Accounting from College of William and Mary, and is a Certified Public Accountant; (ii) Aditya Bindal, Senior Analyst at Analysis Group; (iii) Cecila DeMendoza, Analyst at Analysis Group; (iv) Shalini Pandya, Analyst at Analysis Group; (v) David Erf, Analyst at Analysis Group; and (vi) Vineet Prasad, Analyst at Analysis Group.

12. Attached hereto as Exhibit C is a summary of the expert witness fees, including other costs related to their retention and supporting documentation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of June 2014 at Palo Alto, California.

/s/ *L. Scott Oliver*
L. Scott Oliver