IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>  Defendants.<br>_____/ | No. C 13-159 CW<br><br>ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR ATTORNEYS' FEES<br><br>(Docket No. 363) |

   On May 29, 2014, the parties stipulated that the deadline to file any motion for costs and fees be extended by seven days. The Court accepted the stipulation, setting the deadline for any motion as June 10, 2014, and any responses for July 1, 2014. Docket No. 336. On June 10, 2014, Defendants filed their Motions for Attorneys' Fees, noticing them for hearing on July 17, 2014, a date listed as unavailable on the Court's website. Docket Nos. 345, 346. Following the noticed hearing date, the Court mistakenly set the motion hearing for July 17, 2014 and accordingly advanced the deadlines for both the responses and replies to those motions by one week. The Court later noticed the mistake, vacated the July 17, 2014 hearing date, and asked the parties to re-notice the hearing for an available date. Docket No. 361. Because the Court's adjustment of deadlines was in error, and the parties have now filed a second stipulation stating

their preferred briefing and hearing schedule, the following dates and deadlines are hereby adopted as stipulated:

    Plaintiff shall file any responses to Defendants' Motions for Attorneys' Fees by July 1, 2014.  Defendants shall file any replies supporting their motions by July 8, 2014.  The hearing shall take place on July 31, 2014 at 2:00 PM.

    IT IS SO ORDERED.

Dated: 6/20/2014

                              CLAUDIA WILKEN
                              United States District Judge