ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
DEANNA L. KWONG (Bar No. 233480)
dkwong@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4702
Facsimile: + 1 (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  mplimack@cov.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
SARA J. O'CONNELL (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: + 1 (858) 678-1800
Facsimile: + 1 (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendant | Civil Case No.: 4:13-cv-00159-CW <br><br> **HEWLETT-PACKARD COMPANY'S NOTICE OF CROSS-APPEAL** |

**NOTICE OF CROSS-APPEAL**

On June 18, 2014, Plaintiff Linex Technologies, Inc. filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Docket No. 365).  Notice is hereby given that Hewlett-Packard Company, a Defendant in the above-captioned matter, cross-appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this case on May 20, 2014 (Docket No. 334), the opinion and rulings on claim construction and summary judgment (Docket No. 333), and from any and all other orders, findings, and/or conclusions entered in this action and decided adversely to Defendant Hewlett-Packard Company.

Payment in the amount of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 fee required by 28 U.S.C. § 1917, will accompany this Notice of Cross-Appeal.

Date: July 1, 2014

/s/ *Michael K. Plimack*
Michael K. Plimack (Bar No. 133869)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  mplimack@cov.com

Attorney for Defendant
*Hewlett-Packard Company*