Mark D. Selwyn
Andrew L. Liao
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304

William F. Lee
Dominic E. Massa
Elizabeth M. Reilly
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109

Martin E. Gilmore
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007

Additional counsel listed on signature page

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, APPLE COMPUTER, INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., <br><br> Defendants. | Case No. 4:13-cv-00159-CW (MEJ) <br><br> **DEFENDANT APPLE INC.'S NOTICE OF CROSS-APPEAL** |

On June 18, 2014, Plaintiff Linex Technologies, Inc. filed its Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Docket No. 365).  Notice is hereby given that Apple Inc., a Defendant in the above-captioned matter, cross-appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this case on May 20, 2014 (Docket No. 334), the opinion and rulings on claim construction and summary judgment (Docket No. 333), and from any and all other orders, findings, and/or conclusions entered in this action and decided adversely to Defendant Apple Inc.

Payment in the amount of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 fee required by 28 U.S.C. § 1917, will accompany this Notice of Cross-Appeal.

DATED:  July 1, 2014

By:  /s/ Elizabeth M. Reilly

Mark D. Selwyn (SBN 244180)
Andrew L. Liao (SBN 271219)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

Elizabeth M. Reilly (*Pro Hac Vice*)
William F. Lee (*Pro Hac Vice*)
Dominic E. Massa (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

Martin E. Gilmore (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark C. Scarsi (SBN 183926)
Jennifer L. Miremadi (SBN 245559)
Miguel Ruiz (SBN 240387)
Ashlee N. Lin (SBN 275267)
Michael Sheen (SBN 288284)
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063

*Attorneys for Defendant Apple Inc.*

**ATTESTATION OF E-FILED SIGNATURE**

I, Andrew L. Liao, am the ECF User whose ID and password are being used to file this Notice of Cross-Appeal.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Elizabeth M. Reilly has concurred in this filing.

Dated:  July 1, 2014                              */s/ Andrew L. Liao*
                                                                Andrew L. Liao

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 1, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Andrew L. Liao*
Andrew L. Liao