MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
MEGHANA RAORANE (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
meghana.raorane@klgates.com

L. SCOTT OLIVER (SBN 174824)
K&L GATES LLP
630 Hansen Way
Palo Alto, California 94304
Telephone:  650-798-6700
Facsimile:  650-798-6701
scott.oliver@klgates.com

ERIC C. RUSNAK (ADMITTED PRO HAC VICE)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

*Attorneys for Defendant*
ARUBA NETWORKS, INC.
MERU NETWORKS, INC.
RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY, APPLE INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., <br> Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **DEFENDANTS' ARUBA NETWORKS, INC.'S, MERU NETWORKS, INC.'S AND RUCKUS WIRELESS, INC.'S NOTICE OF CROSS-APPEAL** |

**NOTICE OF CROSS-APPEAL**

In accordance with the Federal Rules of Appellate Procedure and the Rules of Practice of the United States Court of Appeals for the Federal Circuit, Rule 3 and Rule 4, notice is hereby given that Defendants Aruba Networks, Inc., Meru Networks, Inc., and Ruckus Wireless, Inc. ("Defendants") in the above-named case cross-appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on May 20, 2014 (Dkt. No. 334), the opinion and rulings regarding claim construction and summary judgment entered in this action on May 20, 2014 (Dkt. No. 333), and from any and all other orders, findings, and/or conclusions entered in this action and decided adversely to Defendants.

The docketing fee of $500 required by 28 U.S.C. § 1913, and the Notice of Appeal fee of $5 required by 28 U.S.C. § 1917, totalling $505, are submitted herewith.

Dated: July 1, 2014

_/s/ L. Scott Oliver_____

L. Scott Oliver
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701
Email: scott.oliver@klgates.com

Michael J. Bettinger (SBN 122196)
Shane Brun (SBN 179079)
Meghana RaoRane (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com

Eric C. Rusnak (*Pro Hac Vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

eric.rusnak@klgates.com

**Attorneys for Defendants
Aruba Networks, Inc.
Meru Networks, Inc.
Ruckus Wireless, Inc.**