UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINEX TECH INC,

       Plaintiff,

  v.

HEWLETT PACKARD CO, et al.,

       Defendants.

NO. C 13-00159 CW

**MINUTE ORDER**
Date: July 31, 2014

Time: 31 Minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley**   **Court Reporter:** Kathy Wyatt

**Appearances for Plaintiff:**
Vincent Kovalick

**Appearances for Defendant:**
Michael Bettinger; Elizabeth Reilly; William Lee; Dominic Massa; Michael Plimack

**Motions:**

| | | |
|---|---|---|
| Defendants (Apple and HP) | Motion for Attorneys Fees | Under Submission |
| Defendants (Aruba Networks, Meru Networks, and Ruckus Wireless) | Motion for Attorneys Fees | Under Submission |

Notes: Motions are argued and submitted by the parties, and taken under submission by the Court.  Written order to follow.

Copies to:  Chambers