UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>         Plaintiff,<br>    v.<br><br>HEWLETT-PACKARD COMPANY, APPLE INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>         Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING APPLE'S BILL OF COSTS** |

Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal Regarding Apple's Bill of Costs ("Apple's Motion to Seal"). Specifically, Apple seeks to seal Exhibits 3, 4, 7, and 8 to Apple's Bill of Costs. For good cause shown, the Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
| --- | --- |
| Exhibit 3 | Document sealed in its entirety. |
| Exhibit 4 | Document sealed in its entirety. |
| Exhibit 7 | Document sealed in its entirety. |
| Exhibit 8 | Document sealed in its entirety. |

**IT IS SO ORDERED.**

Dated: _August 12_, 2014



_____
H
Un

1
[Proposed] Order Granting Apple's Administrative Motion to File Documents Under Seal
Case No. 4:13-cv-00159-CW (MEJ)