ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
DEANNA L. KWONG (Bar No. 233480)
dkwong@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4702
Facsimile: + 1 (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  mplimack@cov.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
SARA J. O'CONNELL (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: + 1 (858) 678-1800
Facsimile: + 1 (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>    Defendant | Civil Case No.: 4:13-cv-00159-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF MICHAEL K. PLIMACK IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |

Upon consideration of Defendant Hewlett-Packard Company's Administrative Request to File Under Seal Portions of the Declaration of Michael K. Plimack in Support of Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285, and a compelling reason appearing as described in the accompanying Declaration of Deanna L. Kwong , HP's Administrative Request to seal the following:

| Declaration of Michael K. Plimack in Support of Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285 | Page 2, lines 14-22, 24 and 27 |
| --- | --- |
| Declaration of Michael K. Plimack in Support of Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285 | Exhibit A |

IS GRANTED.

**IT IS SO ORDERED.**

Dated: August 12, 2014      By 

[PROPOSED] ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF MICHAEL K. PLIMACK IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285