1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>              Plaintiff,<br>    v.<br><br>HEWLETT-PACKARD COMPANY, APPLE INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>              Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL DOCUMENTS REGARDING APPLE INC.'S BILL OF COSTS UNDER SEAL** |

Defendant Apple Inc. ("Apple") has filed Apple Inc.'s Administrative Motion to File Supplemental Documents Regarding Apple Inc.'s Bill of Costs Under Seal. Specifically, Apple seeks to seal the Supplemental Declaration of Elizabeth M. Reilly in Further Support of Apple Inc.'s Bill of Costs. For good cause shown, the Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Supplemental Declaration of Elizabeth M. Reilly in Further Support of Apple Inc.'s Bill of Costs | *See* Public Redacted Version. |

**IT IS SO ORDERED.**

Dated: <u>August 12</u>, 2014



Judge Maria-Elena James