1 | Robert F. McCauley (SBN 162056)
2 | Robert.mccauley@finnegan.com
  | FINNEGAN, HENDERSON, FARABOW,
  | GARRETT & DUNNER, LLP
3 | Stanford Research Park
  | 3300 Hillview Avenue
4 | Palo Alto, CA 94304-1203
  | Telephone: (650) 849-6600
5 | Facsimile: (650) 849-6666

6 | Vincent P. Kovalick (*Pro Hac Vice*)
  | Vincent.kovalick@finnegan.com
7 | Barry W. Graham (*Pro Hac Vice*)
  | Barry.graham@finnegan.com
8 | Richard H. Smith (*Pro Hac Vice*)
  | Richard.smith@finnegan.com
9 | Troy E. Grabow (*Pro Hac Vice*)
  | Troy.grabow@finnegan.com
10 | Laura P. Masurovsky (*Pro Hac Vice*)
   | Laura.masurovsky@finnegan.com
11 | Rajeev Gupta (*Pro Hac Vice*)
   | Rajeev.gupta@finnegan.com
12 | Kenie Ho (*Pro Hac Vice*)
   | Kenie.ho@finnegan.com
13 | Cecilia Sanabria (admitted *Pro Hac Vice*)
   | Cecilia.sanabria@finnegan.com
14 | Jia Lu (*Pro Hac Vice*)
   | Jia.lu@finnegan.com
15 | Robert D. Wells (*Pro Hac Vice*)
   | Robert.wells@finnegan.com
16 | FINNEGAN, HENDERSON, FARABOW,
   | GARRETT & DUNNER, LLP
17 | 901 New York Avenue, N.W.
   | Washington, D.C. 20001-4413
18 | Telephone: (202) 408-4000
   | Facsimile: (202) 408-4400

19 | *Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW (MEJ) |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| HEWLETT-PACKARD COMPANY APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., | Judge: Hon. Claudia Wilken |
| Defendants. | |

1  The Court having reviewed Plaintiffs' Administrative Motion to File Under Seal and the
2  Declaration of Robert F. McCauley in Support, and good cause appearing therefore, IT IS HEREBY
3  ORDERED THAT:
4  The following documents, being lodged with the Clerk, shall be filed under seal:
5  1. Highlighted portions of Plaintiff Linex Technologies, Inc.'s ("Linex") Objections to
6  Apple Computer Inc.'s Bill of Costs;
7  2. Highlighted portions of the Declaration of Cecilia Sanabria in Support of Linex's
8  Objections to Apple Computer Inc.'s Bill of Costs; and
9  3. Exhibits C.1, D.1, D.2, G.1, G.2, H.1, and H.2 to the Declaration of Cecilia Sanabria
10 in Support of Linex's Objections to Apple Computer Inc.'s Bill of Costs.
11 **IT IS SO ORDERED.**

Dated: August 12, 2014



[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 4:13-cv-00159-CW (MEJ)