Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., <br><br> Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **STIPULATION REGARDING ERRATA TO DKT. NO. 333 ORDER REGARDING CLAIM CONSTRUCTION AND MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

Plaintiff Linex Technologies, Inc. ("Linex") and Defendants Hewlett-Packard Company ("HP"), Apple Inc. ("Apple"), Aruba Networks, Inc. ("Aruba"), Meru Networks, Inc. ("Meru"), and Ruckus Wireless Inc. ("Ruckus") (collectively "Defendants") through their counsel, hereby stipulate, subject to the approval of the Court as follows:

1. The parties have reviewed the Court's May 20, 2014 Order Regarding Claim Construction and Motions for Summary Judgment. Dkt. No. 333. The parties respectfully submit that the Order contains clerical errors that may be corrected under Fed. R. Civ. P. 60(a). The United States Court of Appeals for the Federal Circuit has granted leave for the parties and this Court to correct these errors under Fed. R. Civ. P. 60(a). Order at 2, *Linex Tech., Inc. v. Hewlett-Packard Co.*, Appeal No. 2014-1561 (Fed. Cir. issued Aug. 28, 2014) (Dkt. No. 50), a true and correct copy of which is attached as Exhibit A to the Declaration of Kenie Ho supporting this stipulation.

2. On March 18, 2014, Linex filed a Stipulation of Dismissal of Certain Claims with Prejudice and Certain Counterclaims with Prejudice. Dkt. No. 309. The Court granted the stipulation on March 20, 2014. Dkt. No. 311. The dismissed claims were as follows:

- Claims 9 and 10 of U.S. Patent No. 6,757,322 ("the '322 patent");
- Claims 109, 119, 120, 133, 144 and 145 of U.S. Patent No. RE42,219 ("the '219 patent");
- Claim 106 of U.S. Patent No. RE,43,812 ("the '812 patent").

Dkt. No. 309 at 1.

3. On May 20, 2014, the Court issued an Order Regarding Claim Construction and Motions for Summary Judgment. Dkt. No. 333. At the time the Court issued its Order, claims 97, 107, 108, 121, 131, and 132 of the '219 patent and claims 97, 98, 101, and 102 of the '812 patent were at issue. The Order Regarding Claim Construction and Motions for Summary Judgment incorrectly refers to claim 107 (rather than claim 109) of the '219 patent as dismissed and claims 107-109 (rather than 97, 107-108) of the '219 patent as asserted claims. Dkt. No. 333 at 4. The parties seek to correct these typographical errors in the Court's Order in the various instances the Order refers to the dismissed and asserted claims.

STIPULATION REGARDING ORDER REGARDING CLAIM
CONSTRUCTION AND MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:13-cv-00159-CW (MEJ)

1

1      4. The parties also respectfully submit that the Court's Order Regarding Claim Construction
2 and Motions for Summary Judgment contains certain typographical errors when referring to the
3 claims that include the claim language that the Court construed in its Order. Through this
4 stipulation, the parties also seek to correct those typographical errors.
5      5. The following are the corrections to the Court's May 20, 2014 Order Regarding Claim
6 Construction and Motions for Summary Judgment that the parties submit are necessary:

- On page 4, line 15, "claims 107" should read --claims 109--.
- On page 4, line 17, "claims 107-109" should read --claims 97, 107-108--.
- On page 11, lines 6-7, "'219 patent, claims 107-109, 121, 131-132" should read --'219 patent, claims 97, 107-108, 121, 131-132--.
- On page 11, line 11, "claim 109" should read --"claim 97"--
- On page 11, lines 13-19,

   "109. A method for recovering data conveyed in data symbols by a plurality of different signals transmitted on separate carrier waves from a single source over a wireless channel, said signals being differentiated by different **codes** conveyed along with said signals, comprising the steps of:

   Receiving said signals at plural receiving antennas;

   Demodulating the signals received at each receiving antenna and separating said signals by detecting said different **codes** conveyed in said signals;

   [ . . . ]" should read

   ---97. A receiver system for recovering data conveyed in data symbols by a plurality of different signals transmitted on separate carrier waves from a single source over a wireless channel, said signals being differentiated by different **codes** conveyed along with said signals, comprising:

   Plural receiving antennas for receiving said signals;

   Receiver circuitry connected to each receiving antenna for demodulating said received signals and for separating said signals by detecting said different **codes** conveyed in said signals;

1    [ . . . ]---

2   - On page 13, line 5, "claim 109" should read --claim 97--.

3   - On page 15, lines 19-21, "'219 patent, claims 107-109, 121, 131-132" should read --'219
4     patent, claims 97, 107-108, 121, 131-132--.

5   - On page 19, lines 19-20, "'219 patent, claims 109, 121, 133," should read --'219 patent,
6     claims 97, 121--.

7   - On page 19, line 24, "claims 109, 121, 133" should read --claims 97, 121--.

8   - On page 19, line 28, "claim 109" should read --claim 97--.

9   - On page 26, line 4, "claim 109" should read --claim 97--.

10  - On page 29, line 9, "claims 107-109" should read --claims 97, 107-108--.

11  - On page 35, line 3, "Claims 107-109" should read --Claims 97, 107-108--.

12  6.   This Stipulation is supported by the accompanying Declaration of Kenie Ho, counsel for
13  Linex.

14  **Filer's Attestation**:  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that
15  concurrence in the filing of the document has been obtained from each of its signatories.

Dated:  September 15, 2014

*/s/ Eric C. Rusnak*
Michael J. Bettinger (Sbn 122196)
Shane Brun (SBN 179079)
Meghana RaoRane (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
meghana.raorane@klgates.com

Eric C. Rusnak (*Pro Hac Vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

*/s/ Laura P. Masurovsky*
Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849.6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com

| | | |
|---|---|---|
| 1 | L. Scott Oliver | Kenie Ho (*Pro Hac Vice*) |
| | K&L Gates LLP | Kenie.ho@finnegan.com |
| 2 | 630 Hansen Way | Cecilia Sanabria (*Pro Hac Vice*) |
| | Palo Alto, CA 94304 | Cecilia.sanabria@finnegan.com |
| 3 | Telephone: (650) 798-6700 | Jia Lu (*Pro Hac Vice*) |
| | Facsimile: (650) 69-6701 | Jia.lu@finnegan.com |
| 4 | scott.oliver@klgates.com | Robert D. Wells (*Pro Hac Vice*) |

Attorneys for Defendant
*Aruba Networks, Inc.*

Robert.wells@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

/s/ Scott Oliver
L. Scott Oliver
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 69-6701
Email: scott.oliver@klgates.com

Attorneys for Plaintiff
*Linex Technologies, Inc.*

Attorneys for Defendant
*Meru Networks, Inc.*

/s/ Scott Oliver
L. Scott Oliver
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 69-6701
Email: scott.oliver@klgates.com

/s/ Michael K. Plimack
Sarah J. O'Connell
Alan H. Blankenheimer
Laura E. Muschamp
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 600
San Diego, CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600
soconnell@cov.com
ablankenheimer@cov.com
lmuschamp@cov.com

Attorneys for Defendant
*Ruckus Wireless, Inc.*

Michael K. Plimack
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
mplimack@cov.com

s/ Elizabeth M. Reilly
Mark C. Scarsi
Miguel Ruiz
Jennifer L Miremadi
Ashlee N. Lin
Michael Sheen
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
mscarsi@milbank.com
mruiz@milank.com
jmiremadi@milbank.com
ashlee.lin@milbank.com
msheen@milbank.com

Robert T. Haslam
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
rhaslam@cov.com

Mark D. Selwyn
Andrew L. Liao
Wilmer Cutler Pickering Hale and Dorr LLP

Alexander D. Chinoy (*Pro Hac Vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6031
Facsimile: (650) 858-6100
Mark.selwyn@wilmerhale.com
Andrew.liao@wilmerhale.com
William F. Lee
Dominic E. Massa
Elizabeth M. Reilly
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
William.lee@wilmerhale.com
Dominic.massa@wilmerhale.com
Beth.reilly@wilmerhale.com

Attorneys for Defendant
  *Apple, Inc.*

Telephone: (202) 662-5559
achinoy@cov.com

Attorneys for Defendant
  *Hewlett-Packard Company*

**[PROPOSED] ORDER**

**IT IS SO ORDERED**

The Court's May 20, 2014 Order Regarding Claim Construction and Motions for Summary Judgment (Dkt. No. 333) is amended to reflect the following changes:

- On page 4, line 15, "claims 107" should read --claims 109--.
- On page 4, line 17, "claims 107-109" should read --claims 97, 107-108--.
- On page 11, lines 6-7, "'219 patent, claims 107-109, 121, 131-132" should read --'219 patent, claims 97, 107-108, 121, 131-132--.
- On page 11, line 11, "claim 109" should read --"claim 97"--
- On page 11, lines 13-19,

    "109. A method for recovering data conveyed in data symbols by a plurality of different signals transmitted on separate carrier waves from a single source over a wireless channel, said signals being differentiated by different **codes** conveyed along with said signals, comprising the steps of:

    Receiving said signals at plural receiving antennas;

    Demodulating the signals received at each receiving antenna and separating said signals by detecting said different **codes** conveyed in said signals;

    [ . . . ]" should read

    ---97. A receiver system for recovering data conveyed in data symbols by a plurality of different signals transmitted on separate carrier waves from a single source over a wireless channel, said signals being differentiated by different **codes** conveyed along with said signals, comprising:

    Plural receiving antennas for receiving said signals;

    Receiver circuitry connected to each receiving antenna for demodulating said received signals and for separating said signals by detecting said different **codes** conveyed in said signals;

    [ . . . ]---

- On page 13, line 5, "claim 109" should read --claim 97--.

- On page 15, lines 19-21, "'219 patent, claims 107-109, 121, 131-132" should read --'219 patent, claims 97, 107-108, 121, 131-132--.
- On page 19, lines 19-20, "'219 patent, claims 109, 121, 133," should read --'219 patent, claims 97, 121--.
- On page 19, line 24, "claims 109, 121, 133" should read --claims 97, 121--.
- On page 19, line 28, "claim 109" should read --claim 97--.
- On page 26, line 4, "claim 109" should read --claim 97--.
- On page 29, line 9, "claims 107-109" should read --claims 97, 107-108--.
- On page 35, line 3, "Claims 107-109" should read --Claims 97, 107-108--.

Dated: ___9/16/2014___  

_____  
Hon. Claudia Wilken  
United States District Judge