ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4702
Facsimile: + 1 (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: + 1 (858) 678-1800
Facsimile: + 1 (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

[Additional Counsel Listed On Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>       Defendant. | Civil Case No.: 4:13-cv-00159-CW<br><br>**ADMINISTRATIVE MOTION FOR *IN CAMERA* REVIEW OF EXHIBITS 1, 2, 3 AND 4 TO THE DECLARATION OF LAURA E. MUSCHAMP AND EXHIBITS B, C, E AND F TO THE DECLARATION OF ELIZABETH M. REILLY IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE AWARD OF ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |

Defendants HEWLETT-PACKARD COMPANY ("HP") and APPLE, INC. ("Apple"), respectfully move, pursuant to Civil Local Rule 7-11, for the entry of an Order for the Court to review *in camera* Exhibits 1, 2, 3 and 4 to the Declaration of Laura E. Muschamp in Support of Apple's and HP's Supplemental Submission in Support of the Award of Attorneys' Fees Under 35 U.S.C. § 285 (hereinafter "Muschamp Fees Declaration") and Exhibits B, C, E and F to the Declaration of Elizabeth M. Reilly in in Support of Apple's and HP's Supplemental Submission in Support of the Award of Attorneys' Fees Under 35 U.S.C. § 285 (hereinafter "Reilly Declaration"), which comprise confidential information protected by the work product and attorney-client privileges.

The attorney work product doctrine protects "from discovery documents and tangible things prepared by a party or his representative in anticipation of litigation." *U.S. v. Richey*, 632 F.3d 559, 567 (9th Cir. 2011) (quoting *Admiral Ins. Co. v. U.S. Dist. Ct.*, 881 F.2d 1486, 1494 (9th Cir. 1989)). Similarly, the attorney-client privilege "protects confidential communications between attorneys and clients, which are made for the purpose of giving legal advice." *Id* (citing *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981)).

Exhibits 1, 2, 3 and 4 to the Muschamp Fees Declaration and Exhibits B, C, E and F to the Reilly Declaration are invoices and spreadsheets containing detailed attorney time entry information, which disclose HP's and Apple's confidential case strategies. The invoices were prepared over the course of this litigation and represent confidential communications between HP and Apple and their respective counsel, detailing the work performed by their attorneys on the case. For example, the contemporaneous time records disclose some of the litigation strategy discussed between them and other entries convey the substance of communications among the joint defense attorneys. Spreadsheets were created based on these invoices, organizing the time entries contained therein, for the convenience of the Court. These spreadsheets are comprised of the same privileged information that is contained in the invoices. These Exhibits are protected by the work product and attorney client privileges and require *in camera* inspection by the Court to preserve that privilege.

Where an award of attorneys' fees requires review of counsel's unredacted legal invoices, courts in the Ninth Circuit typically conduct this review *in camera,* as contemplated by this Court's Local Rules. *See* Civ. L. R. 54-5(b)(2) ("the Court may require production of an abstract of or the

1

1  contemporary time records for inspection, *including in camera inspection*, as the Judge deems
2  appropriate.") (emphasis added).  *See e.g.*, *Facebook, Inc. v. Power Ventures, Inc.*, No. 08-cv-05780-
3  LHK (JCS), 2013 U.S. Dist. LEXIS 111504, at *7 (N.D. Cal. Aug. 7, 2013) (not reported) (reviewing
4  the "hours, rates and tasks performed by all attorneys and paralegals for which [plaintiff] seeks fees" *in*
5  *camera*); *see also Fresh v. Greene Transp.*, No. C-11-06683 DMR, 2013 U.S. Dist. LEXIS 152477, at
6  *16 (N.D. Cal. Oct. 23, 2013) (not reported) (reviewing unredacted legal invoices *in camera*).  *In*
7  *camera* review is particularly appropriate here, where the parties remain actively engaged in appellate
8  litigation, and compromising the confidentiality of a party's case strategy poses a real risk of unfair
9  prejudice.  *See Mattel, Inc. v. MGA Entm't, Inc.*, 705 F.3d 1108, 1111 (9th Cir. 2013) (approving district
10 court's *in camera* review of unredacted legal invoices, finding the invoices were attorney work product
11 that was "particularly important" to protect because the parties were still engaged in litigation).

12         For these reasons, Exhibits 1, 2, 3 and 4 to the  Muschamp Fees Declaration and Exhibits B, C, E
13 and F to the Reilly Declaration fall within the work product and attorney client privileges and should be
14 inspected by the Court *in camera* to avoid waiver of these privileges and to protect the integrity of HP's
15 and Apple's confidential case strategies disclosed therein.

16         HP and Apple further request that Exhibits 1, 2, 3 and 4 to the Muschamp Fees Declaration and
17 Exhibits B, C, E and F to the Reilly Declaration for *in camera* review remain confidential until they are
18 withdrawn or destroyed.

19

20         **Filer's Attestation:**  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that
21 concurrence in the filing of the document has been obtained from each of its signatories.

22

23 Dated: October 17,  2014              COVINGTON & BURLING LLP

24                                      By:    */s/ Alan H. Blankenheimer*
25                                             Robert Haslam (Bar No. 71134)
                                               rhaslam@cov.com
26                                             COVINGTON & BURLING LLP
                                               333 Twin Dolphin Drive, Suite 700
27                                             Redwood Shores, CA 94065
                                               Telephone: (650) 632-4700
28
                                              2
---
ADMINISTRATIVE MOTION FOR IN CAMERA REVIEW OF EXHIBITS 1, 2, 3 AND 4 TO THE DECLARATION OF LAURA E. MUSCHAMP
AND EXHIBITS B, C, E AND F TO THE DECLARATION OF ELIZABETH M. REILLY IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL
SUBMISSION IN SUPPORT OF THE AWARD

|   |   |
|---|---|
| 1 | Facsimile: (650) 632-4800 |
| 2 | |
| 3 | Michael K. Plimack (Bar No. 133869)<br>mplimack@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Tel: 415.591.7002<br>Fax: 415.955.6502 |

Facsimile: (650) 632-4800

Michael K. Plimack (Bar No. 133869)
mplimack@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel: 415.591.7002
Fax: 415.955.6502

Alan H. Blankenheimer (Bar No. 218713)
ablankenheimer@cov.com
Laura E. Muschamp  (Bar No. 228717)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 600
San Diego, CA   92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

Dated: October 17,  2014     WILMER CUTLER PICKERING HALE AND DORR LLP

By:     */s/ Elizabeth M. Reilly*
Mark D. Selwy (SBN 244180)
mark.selwyn@wilmerhale.com
Andrew Liao (SBN271219)
andrew.liao@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

William F. Lee *(Pro Hac Vice)*
Dominic E. Massa *(Pro Hac Vice)*
dominic.massa@wilmerhale.com
Elizabeth M. Reilly *(Pro Hac Vice)*
beth.reilly@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Martin Gilmore (*Pro Hac Vice)*
martin.gilmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street

3

New York, NY 10007

Attorneys for *Defendant Apple Inc.*