1  ROBERT T. HASLAM (Bar No. 71134)
   rhaslam@cov.com
2  COVINGTON & BURLING LLP
3  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
4  Telephone: + 1 (650) 632-4702
   Facsimile: + 1 (650) 632-4800
5
6  MICHAEL K. PLIMACK (Bar No. 133869)
   mplimack@cov.com
7  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
8  San Francisco, California 94111-5356
   Telephone: + 1 (415) 591-6000
9  Facsimile: + 1 (415) 591-6091

10 ALAN H. BLANKENHEIMER (Bar No. 218713)
   ablankenheimer@cov.com
11 LAURA E. MUSCHAMP (Bar No. 228717)
12 lmuschamp@cov.com
   COVINGTON & BURLING LLP
13 9191 Towne Centre Drive, 6th Floor
   San Diego, CA 92122
14 Telephone: + 1 (858) 678-1800
15 Facsimile: + 1 (858) 678-1600

16 Attorneys for *Defendant Hewlett-Packard Company*

17

18 **UNITED STATES DISTRICT COURT**

19 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | Civil Case No.: 4:13-cv-00159-CW |
| Plaintiff, | |
| v. | **DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF LAURA E. MUSCHAMP IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE AWARD OF ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendant. | |

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Hewlett-Packard Company ("HP") hereby moves the Court for leave to file under seal portions of the Declaration of Laura E. Muschamp in Support of Apple's and HP's Supplemental Submission in Support of the Award of Attorneys' Fees Under 35 U.S.C. § 285 (hereinafter "Muschamp Fees Declaration").

For reasons set forth in the accompanying Declaration of Alan H. Blankenheimer, a compelling reason exists for filing the following portions of the Muschamp Fees Declaration under seal:

(a) Page 1, lines 17 and 27;

(b) Page 2, lines 2, 6-8 and 11;

(c) Page 3, line 8;

(d) Page 5, lines 17, 22 and 26;

(e) Page 7, line 27;

(f) Page 8, lines 7-11, 13-16 and 19-22;

(g) Page 9, line 5;

(h) Page 10, lines 5, 10, 12-13, 16, 19, 21-22 and 24;

(i) Page 11, lines 15, 18-20, 22, 24-26 and 28;

(j) Page 12, line 3;

(k) Page 14, lines 1-4;

(l) Exhibit 5; and

(m) Exhibit 6.

Pursuant to Civil L.R. 79-5(d)(2), a courtesy copy of HP's entire filing, including the complete and unredacted version of Muschamp Fees Declaration and Exhibits 5 and 6, will be lodged with the Court and served on counsel for Plaintiff.

Dated: October 17, 2014         COVINGTON & BURLING LLP

By:   */s/ Alan H. Blankenheimer*
Michael K. Plimack (Bar No. 133869)
mplimack@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

1

DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF LAURA E. MUSCHAMP IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE AWARD OF ATTORNEYS' FEES UNDER 35 U.S.C. § 285


Tel: 415.591.7002
Fax: 415.955.6502

Robert Haslam (Bar No. 71134)
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Alan H. Blankenheimer (Bar No. 218713)
ablankenheimer@cov.com
Laura E. Muschamp  (Bar No. 228717)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 600
San Diego, CA   92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*