ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4702
Facsimile: + 1 (650) 632-4800

MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: + 1 (858) 678-1800
Facsimile: + 1 (858) 678-1600

Attorneys for *Defendant Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>    Defendant. | Civil Case No.: 4:13-cv-00159-CW<br><br>**DECLARATION OF ALAN H. BLANKENHEIMER IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF LAURA E. MUSCHAMP IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE AWARD OF ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |

I, Alan H. Blankenheimer, declare as follows:

1. I am an attorney at the law firm of Covington & Burling LLP ("Covington"), counsel of record for Defendant Hewlett-Packard Company ("HP") in this action. I am licensed to practice law in the state of California. The matters set forth herein are true and correct of my own personal knowledge and information provided to me. If called as witness, I could and would testify competently thereto.

2. I have reviewed the information included in the Declaration of Laura E. Muschamp in Support of Apple's and HP's Supplemental Submission in Support of the Award of Attorneys' Fees Under 35 U.S.C. § 285 ("Muschamp Fees Declaration"). A compelling reason exists to file under seal the following portions of this document:

   (a)   Page 1, lines 17 and 27;
   (b)   Page 2, lines 2, 6-8 and 11;
   (c)   Page 3, line 8;
   (d)   Page 5, lines 17, 22 and 26;
   (e)   Page 7, line 27;
   (f)   Page 8, lines 7-11, 13-16 and 19-22;
   (g)   Page 9, line 5;
   (h)   Page 10, lines 5, 10, 12-13, 16, 19, 21-22 and 24;
   (i)   Page 11, lines 15, 18-20, 22, 24-26 and 28;
   (j)   Page 12, line 3;
   (k)   Page 14, lines 1-4;
   (l)   Exhibit 5; and
   (m)   Exhibit 6.

3. The above-listed portions in the Muschamp Fees Declaration contain references to the parties' confidential business information, as designated under the Protective Order in this case.

4. The above-listed portions in the Muschamp Fees Declaration also contain confidential information regarding Covington's hourly rates for attorneys and support staff, billed to HP in this matter. These hourly rates are negotiated and set forth in a confidential agreement between Covington and HP. Disclosure of this hourly rate information in the public record would competitively

1

disadvantage both Covington and HP in terms of negotiating future hourly rate agreements with firms or clients.

5. The above-listed portions in the Muschamp Fees Declaration are narrowly tailored to include only sealable material, for the purpose of protecting the parties' confidential business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  EXECUTED this 17th day of October, 2014, in San Diego, California.

> By */s/ Alan H. Blankenheimer*
> Alan H. Blankenheimer

2
DECLARATION OF ALAN H. BLANKENHEIMER IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF LAURA E. MUSCHAMP IN SUPPORT OF APPLE'S AND HP'S SUPPLEMENTAL SUBMISSION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285