1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

11  LINEX TECHNOLOGIES, INC.,

12          Plaintiff,

13      vs.                                    Case No. 4:13-cv-00159-CW (MEJ)

14  HEWLETT-PACKARD COMPANY,         **[PROPOSED] ORDER GRANTING**
    APPLE COMPUTER, INC.,            **STIPULATION TO EXTEND**
15  ARUBA NETWORKS, INC.,            **DEADLINES REGARDING**
16  MERU NETWORKS, INC.,             **SUBMISSION OF ATTORNEY FEES**
    RUCKUS WIRELESS, INC.,
17
18          Defendants.

19
20
21
22
23
24
25
26
27
28

1   Pursuant to the parties' stipulation and for good cause shown, the Stipulation to
2   Amend the Schedule to Extend the Briefing Schedule on Attorney Fees is hereby GRANTED
3   such that the deadline for Linex Technologies, Inc. ("Linex") opposition to the accounting
4   for fees submitted by Hewlett-Packard Company, Apple Inc., Aruba Networks, Inc., Meru
5   Networks, and Ruckus Wireless, Inc. ("Defendants") will be December 5, 2014, and the
6   deadline for Defendants' reply will be December 19, 2014.

**IT IS SO ORDERED.**

Dated: _____November 13_, 2014            _____
                                            Hon. Claudia Wilken
                                            United States District Court Judge