IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>    Defendants.<br>_____/ | No. C 13-159 CW<br><br>ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER REGARDING COSTS |

    The Court has reviewed Magistrate Judge James' order regarding Defendants' Bills of Costs as well as objections to the report.  The Court finds the order correct, well-reasoned and thorough, and adopts it in every respect.  The Magistrate Judge's order demonstrates that she applied the appropriate legal standards and reviewed the cost bills in great detail.  The order addresses the objections now raised by Plaintiff.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's objections are overruled and the Magistrate Judge's order is affirmed.

Dated:  November 18, 2014

                                 CLAUDIA WILKEN
                                 United States District Judge