1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | |
| Plaintiff, | |
| vs. | Case No. 4:13-cv-00159-CW (MEJ) |
| HEWLETT-PACKARD COMPANY, APPLE COMPUTER, INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINES FOR SUBMISSION OF PAPERS RE: ATTORNEYS' FEES** |
| Defendants. | |

1  Pursuant to the parties' stipulation, the Court hereby adopts the following deadlines:

2  The time for the parties to refile documents in accordance with the Court's December 8,
3  2014 Order on Administrative Motions to Seal shall be extended by four days from
4  December 15, 2014 to December 19, 2014;

5  Linex shall file any supplemental briefing regarding Defendants' submissions in
6  connection with the award of fees by January 22, 2015;

7  Defendants shall file any reply to Linex's supplemental briefing, if any, by February 4,
8  2015.

10 **IT IS SO ORDERED.**

12 Dated: _____, 2014            _____
                                              Hon. Claudia Wilken
13                                            United States District Judge