| | |
|---|---|
| ROBERT T. HASLAM (Bar No. 71134) | ROBERT F. MCCAULEY (Bar No. 162056) |
| rhaslam@cov.com | robert.mccauley@finnegan.com |
| DEANNA L. KWONG (Bar No. 233480) | FINNEGAN HENDERSON FARABOW |
| dkwong@cov.com | GARRETT & DUNNER, LLP |
| COVINGTON & BURLING LLP | Stanford Research Park |
| 333 Twin Dolphin Drive, Suite 700 | 3300 Hillview Avenue |
| Redwood Shores, CA 94065 | Palo Alto, CA 94304-1203 |
| Telephone: + 1 (650) 632-4702 | Telephone:  +1 (650) 849-6600 |
| Facsimile: + 1 (650) 632-4800 | Facsimile: +1 (650) 849-6666 |
| | |
| MICHAEL K. PLIMACK (Bar No. 133869) | VINCENT P. KOVALICK (*Pro Hac Vice*) |
| mplimack@cov.com | vince.kovalick@finnegan.com |
| COVINGTON & BURLING LLP | BARRY W. GRAHAM (*Pro Hac Vice*) |
| One Front Street, 35th Floor | barry.graham@finnegan.com |
| San Francisco, California 94111-5356 | RICHARD H. SMITH (*Pro Hac Vice*) |
| Telephone: + 1 (415) 591-6000 | richard.smith@finnegan.com |
| Facsimile: + 1 (415) 591-6091 | TROY E. GRABOW (*Pro Hac Vice*) |
| | troy.grabow@finnegan.com |
| ALAN H. BLANKENHEIMER (Bar No. 218713) | LAURA P. MASUROVSKY (*Pro Hac Vice*) |
| ablankenheimer@cov.com | laura.masurovsky@finnegan.com |
| LAURA E. MUSCHAMP (Bar No. 228717) | RAJEEV GUPTA (*Pro Hac Vice*) |
| lmuschamp@cov.com | raj.gupta@finnegan.com |
| SARA J. O'CONNELL (Bar No. 238328) | FINNEGAN HENDERSON FARABOW |
| soconnell@cov.com | GARRETT & DUNNER, LLP |
| COVINGTON & BURLING LLP | 901 New York Avenue, NW |
| 9191 Towne Centre Drive, 6th Floor | Washington, DC 20001-4413 |
| San Diego, CA 92122 | Telephone:  +1 (202) 408-4000 |
| Telephone: + 1 (858) 678-1800 | Facsimile: +1 (202) 408-4400 |
| Facsimile: + 1 (858) 678-1600 | |

Attorneys for *Defendant Hewlett-Packard Company*           Attorneys for *Plaintiff Linex Technologies, Inc.*
[Additional counsel listed on the signature page]              [Additional counsel listed on the signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>  Defendants. | Civil Case No.: 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND HEWLETT-PACKARD COMPANY'S STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex Technologies, Inc. ("Linex") and Defendant Hewlett-Packard Company ("HP") hereby stipulate to dismiss with prejudice all claims asserted in this action by Linex against HP and all counterclaims asserted in this action by HP against Linex.  Each party is to bear its own fees and costs.

Linex and HP further stipulate that this Court retains jurisdiction to adjudicate any matter arising out the settlement agreement that the parties have entered into to resolve their claims against one another.

Respectfully submitted this 17th day of December, 2014.

| COVINGTON & BURLING LLP | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP |
|---|---|
| By: */s/ Michael K. Plimack* | By: */s/ Kenie Ho* |
| ROBERT T. HASLAM (Bar No. 71134)<br>rhaslam@cov.com<br>DEANNA L. KWONG (Bar No. 233480)<br>dkwong@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: + 1 (650) 632-4702<br>Facsimile: + 1 (650) 632-4800 | ROBERT F. MCCAULEY (Bar No. 162056)<br>robert.mccauley@finnegan.com<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone:  +1 (650) 849-6600<br>Facsimile: +1 (650) 849-6666 |
| MICHAEL K. PLIMACK (Bar No. 133869)<br>mplimack@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, California 94111-5356<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091<br>ALAN H. BLANKENHEIMER (Bar No. 218713)<br>ablankenheimer@cov.com<br>LAURA E. MUSCHAMP (Bar No. 228717)<br>lmuschamp@cov.com<br>SARA J. O'CONNELL (Bar No. 238328)<br>soconnell@cov.com<br>COVINGTON & BURLING LLP<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Telephone: + 1 (858) 678-1800<br>Facsimile: + 1 (858) 678-1600 | VINCENT P. KOVALICK (*Pro Hac Vice*)<br>vince.kovalick@finnegan.com<br>BARRY W. GRAHAM (*Pro Hac Vice*)<br>barry.graham@finnegan.com<br>RICHARD H. SMITH (*Pro Hac Vice*)<br>richard.smith@finnegan.com<br>TROY E. GRABOW (*Pro Hac Vice*)<br>troy.grabow@finnegan.com<br>LAURA P. MASUROVSKY (*Pro Hac Vice*)<br>laura.masurovsky@finnegan.com<br>RAJEEV GUPTA (*Pro Hac Vice*)<br>raj.gupta@finnegan.com<br>KENIE HO (*Pro Hac Vice*)<br>kenie.ho@finnegan.com<br>CECILIA SANABRIA (*Pro Hac Vice*)<br>cecilia.sanabria@finnegan.com<br>JIA W. LU (*Pro Hac Vice*)<br>jia.lu@finnegan.com |

| | |
|---|---|
| ALEXANDER D. CHINOY | ROBERT D. WELLS (*Pro Hac Vice*) |
| (*Admitted Pro Hac Vice*) | robert.wells@finnegan.com |
| achinoy@cov.com | FINNEGAN HENDERSON FARABOW |
| COVINGTON & BURLING LLP | GARRETT & DUNNER, LLP |
| One CityCenter | 901 New York Avenue, NW |
| 850 Tenth Street, NW | Washington, DC 20001-4413 |
| Washington, DC 20001-4956 | Telephone:  +1 (202) 408-4000 |
| Telephone: + 1 (202) 662-5559 | Facsimile: +1 (202) 408-4400 |
| Facsimile:  +1 (202) 662-6291 | |

**IT IS SO ORDERED.**

December ____, 2014     _____
                        Honorable Claudia Wilken
                        United States District Judge

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Michael K. Plimack, attest that concurrence in the filing of this document has been obtained from signatory Kenie Ho.

December 17, 2014                    By: */s/ Michael K. Plimack*
                                     Michael K. Plimack