| | |
|---|---|
| ROBERT T. HASLAM (Bar No. 71134) | ROBERT F. MCCAULEY (Bar No. 162056) |
| rhaslam@cov.com | robert.mccauley@finnegan.com |
| DEANNA L. KWONG (Bar No. 233480) | FINNEGAN HENDERSON FARABOW |
| dkwong@cov.com | GARRETT & DUNNER, LLP |
| COVINGTON & BURLING LLP | Stanford Research Park |
| 333 Twin Dolphin Drive, Suite 700 | 3300 Hillview Avenue |
| Redwood Shores, CA 94065 | Palo Alto, CA 94304-1203 |
| Telephone: + 1 (650) 632-4702 | Telephone:  +1 (650) 849-6600 |
| Facsimile: + 1 (650) 632-4800 | Facsimile: +1 (650) 849-6666 |
| | |
| MICHAEL K. PLIMACK (Bar No. 133869) | VINCENT P. KOVALICK (*Pro Hac Vice*) |
| mplimack@cov.com | vince.kovalick@finnegan.com |
| COVINGTON & BURLING LLP | BARRY W. GRAHAM (*Pro Hac Vice*) |
| One Front Street, 35th Floor | barry.graham@finnegan.com |
| San Francisco, California 94111-5356 | RICHARD H. SMITH (*Pro Hac Vice*) |
| Telephone: + 1 (415) 591-6000 | richard.smith@finnegan.com |
| Facsimile: + 1 (415) 591-6091 | TROY E. GRABOW (*Pro Hac Vice*) |
| | troy.grabow@finnegan.com |
| ALAN H. BLANKENHEIMER (Bar No. 218713) | LAURA P. MASUROVSKY (*Pro Hac Vice*) |
| ablankenheimer@cov.com | laura.masurovsky@finnegan.com |
| LAURA E. MUSCHAMP (Bar No. 228717) | RAJEEV GUPTA (*Pro Hac Vice*) |
| lmuschamp@cov.com | raj.gupta@finnegan.com |
| SARA J. O'CONNELL (Bar No. 238328) | FINNEGAN HENDERSON FARABOW |
| soconnell@cov.com | GARRETT & DUNNER, LLP |
| COVINGTON & BURLING LLP | 901 New York Avenue, NW |
| 9191 Towne Centre Drive, 6th Floor | Washington, DC 20001-4413 |
| San Diego, CA 92122 | Telephone:  +1 (202) 408-4000 |
| Telephone: + 1 (858) 678-1800 | Facsimile: +1 (202) 408-4400 |
| Facsimile: + 1 (858) 678-1600 | |
| | |
| Attorneys for *Defendant Hewlett-Packard Company* | Attorneys for *Plaintiff Linex Technologies, Inc.* |
| [Additional counsel listed on the signature page] | [Additional counsel listed on the signature page] |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>   Defendants. | Civil Case No.: 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND HEWLETT-PACKARD COMPANY'S STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex Technologies, Inc. ("Linex") and Defendant Hewlett-Packard Company ("HP") hereby stipulate to dismiss with prejudice all claims asserted in this action by Linex against HP and all counterclaims asserted in this action by HP against Linex.  Each party is to bear its own fees and costs.

Linex and HP further stipulate that this Court retains jurisdiction to adjudicate any matter arising out the settlement agreement that the parties have entered into to resolve their claims against one another.

Respectfully submitted this 17th day of December, 2014.

| COVINGTON & BURLING LLP | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP |
|---|---|
| By: */s/ Michael K. Plimack* | By: */s/ Kenie Ho* |
| ROBERT T. HASLAM (Bar No. 71134) rhaslam@cov.com DEANNA L. KWONG (Bar No. 233480) dkwong@cov.com COVINGTON & BURLING LLP 333 Twin Dolphin Drive, Suite 700 Redwood Shores, CA 94065 Telephone: + 1 (650) 632-4702 Facsimile: + 1 (650) 632-4800 | ROBERT F. MCCAULEY (Bar No. 162056) robert.mccauley@finnegan.com FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP Stanford Research Park 3300 Hillview Avenue Palo Alto, CA 94304-1203 Telephone:  +1 (650) 849-6600 Facsimile: +1 (650) 849-6666 |
| MICHAEL K. PLIMACK (Bar No. 133869) mplimack@cov.com COVINGTON & BURLING LLP One Front Street, 35th Floor San Francisco, California 94111-5356 Telephone: + 1 (415) 591-6000 Facsimile: + 1 (415) 591-6091 ALAN H. BLANKENHEIMER (Bar No. 218713) ablankenheimer@cov.com LAURA E. MUSCHAMP (Bar No. 228717) lmuschamp@cov.com SARA J. O'CONNELL (Bar No. 238328) soconnell@cov.com COVINGTON & BURLING LLP 9191 Towne Centre Drive, 6th Floor San Diego, CA 92122 Telephone: + 1 (858) 678-1800 Facsimile: + 1 (858) 678-1600 | VINCENT P. KOVALICK (*Pro Hac Vice*) vince.kovalick@finnegan.com BARRY W. GRAHAM (*Pro Hac Vice*) barry.graham@finnegan.com RICHARD H. SMITH (*Pro Hac Vice*) richard.smith@finnegan.com TROY E. GRABOW (*Pro Hac Vice*) troy.grabow@finnegan.com LAURA P. MASUROVSKY (*Pro Hac Vice*) laura.masurovsky@finnegan.com RAJEEV GUPTA (*Pro Hac Vice*) raj.gupta@finnegan.com KENIE HO (*Pro Hac Vice*) kenie.ho@finnegan.com CECILIA SANABRIA (*Pro Hac Vice*) cecilia.sanabria@finnegan.com JIA W. LU (*Pro Hac Vice*) jia.lu@finnegan.com |

| | |
|---|---|
| ALEXANDER D. CHINOY | ROBERT D. WELLS (*Pro Hac Vice*) |
| (*Admitted Pro Hac Vice*) | robert.wells@finnegan.com |
| achinoy@cov.com | FINNEGAN HENDERSON FARABOW |
| COVINGTON & BURLING LLP | GARRETT & DUNNER, LLP |
| One CityCenter | 901 New York Avenue, NW |
| 850 Tenth Street, NW | Washington, DC 20001-4413 |
| Washington, DC 20001-4956 | Telephone: +1 (202) 408-4000 |
| Telephone: + 1 (202) 662-5559 | Facsimile: +1 (202) 408-4400 |
| Facsimile: +1 (202) 662-6291 | |

**IT IS SO ORDERED.**

December __18__, 2014                                    _____
                                                         Honorable Claudia Wilken
                                                         United States District Judge

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Michael K. Plimack, attest that concurrence in the filing of this document has been obtained from signatory Kenie Ho.

December 17, 2014                                        By: */s/ Michael K. Plimack*
                                                         Michael K. Plimack