Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finengan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
Robert D. Wells (*Pro Hac Vice*)
Robert.wells@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., | CASE NO. 4:13-cv-00159-CW (MEJ) |
| Plaintiff, | **PLAINTIFF LINEX TECHNOLOGIES, INC.'S NOTICE OF APPEAL** |
| v. | |
| HEWLETT-PACKARD COMPANY,, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC., | |
| Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given that Linex Technologies, Inc., Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Federal Circuit from the Order Affirming Magistrate Judge's Order Regarding Costs entered in this case on November 18, 2014 (Docket Entry 435), the Order RE: Defendants' Bills of Costs (Docket Entry 425) and from any and all other orders, findings, and/or conclusions entered in this action and decided adversely to Plaintiff Linex Technologies, Inc.

Payment in the amount of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 fee required by 28 U.S.C.§ 1917, will accompany the filing of the Notice of Appeal.

| | |
|---|---|
| Date: December 18, 2014 | */s/  Robert F. McCauley* |
| | Robert F. McCauley (SBN 162056) |
| | Robert.mccauley@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | Stanford Research Park |
| | 3300 Hillview Avenue |
| | Palo Alto, CA 94304-1203 |
| | Telephone: (650) 849-6600 |
| | Facsimile: (650) 849.6666 |
| | |
| | Vincent P. Kovalick (*Pro Hac Vice*) |
| | Vincent.kovalick@finnegan.com |
| | Barry W. Graham (*Pro Hac Vice*) |
| | Barry.graham@finnegan.com |
| | Richard H. Smith (*Pro Hac Vice*) |
| | Richard.smith@finnegan.com |
| | Troy E. Grabow (*Pro Hac Vice*) |
| | Troy.grabow@finnegan.com |
| | Laura P. Masurovsky (*Pro Hac Vice*) |
| | Laura.masurovsky@finengan.com |
| | Rajeev Gupta (*Pro Hac Vice*) |
| | Rajeev.gupta@finnegan.com |
| | Kenie Ho (*Pro Hac Vice*) |
| | Kenie.ho@finnegan.com |
| | Cecilia Sanabria (*Pro Hac Vice*) |
| | Cecilia.sanabria@finnegan.com |
| | Jia Lu (*Pro Hac Vice*) |
| | Jia.lu@finnegan.com |
| | Robert D. Wells (*Pro Hac Vice*) |
| | Robert.wells@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001-4413 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | |
| | Attorneys for Plaintiff |
| | *Linex Technologies, Inc.* |