1  Robert F. McCauley (SBN 162056)
   Robert.mccauley@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, CA 94304-1203
   Telephone: (650) 849-6600
5  Facsimile: (650) 849-6666

6  Vincent P. Kovalick (*Pro Hac Vice*)
   Vincent.kovalick@finnegan.com
7  Barry W. Graham (*Pro Hac Vice*)
   Barry.graham@finnegan.com
8  Richard H. Smith (*Pro Hac Vice*)
   Richard.smith@finnegan.com
9  Troy E. Grabow (*Pro Hac Vice*)
   Troy.grabow@finnegan.com
10 Rajeev Gupta (*Pro Hac Vice*)
   Rajeev.gupta@finnegan.com
11 Kenie Ho (*Pro Hac Vice*)
   Kenie.ho@finnegan.com
12 Cecilia Sanabria (*Pro Hac Vice*)
   Cecilia.sanabria@finnegan.com
13 Jia Lu (*Pro Hac Vice*)
   Jia.lu@finnegan.com
14 Robert D. Wells (*Pro Hac Vice*)
   Robert.wells@finnegan.com
15 Laura P. Masurovsky (*Pro Hac Vice*)
   Laura.masurovsky@finnegan.com
16 FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
17 901 New York Avenue, N.W.
   Washington, D.C. 20001-4413
18 Telephone: (202) 408-4000
   Facsimile: (202) 408-4400
19
   *Attorneys for Linex Technologies, Inc.*
20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, APPLE COMPUTER INC., ARUBA NETWORKS, INC., MERU NETWORKS, INC., RUCKUS WIRELESS, INC.,<br><br>Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ)<br><br>**CIVIL L.R. 79-5 DECLARATION OF KENIE HO IN RESPONSE TO ARUBA, MERU, AND RUCKUS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [D.E. 458 REGARDING D.E. 381]** |

I, Kenie Ho, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and New York State, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Plaintiff Linex Technologies, Inc. ("Linex"). I submit this Declaration in response to Aruba Networks, Inc., Meru Networks, Inc., and Ruckus Wireless Inc.'s (the "AP Defendants") administrative motion to file under seal [DE 458] a portion of the AP Defendants' Reply in Support of Motion for Attorneys' Fees under 35 U.S.C. § 285 [DE 381]. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements:

2. Page 3 of AP Defendants' Reply in Support of Motion for Attorneys' Fees under 35 U.S.C. § 285 [DE 381] identified by the AP Defendants in their motion to seal [DE 458] contains Linex confidential information regarding Linex's financial agreements and terms with third parties, which is sensitive business information not generally revealed to the public, and which would result in competitive harm to Linex if made publicly available (e.g., through a public PACER filing). Accordingly, Linex maintains such portions should be sealed.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of December, 2014 in Washington, DC.

By: */s/ Kenie Ho*
     Kenie Ho

1

DECL. OF K. HO IN RESP. TO ARUBA, MERU, AND RUCKUS'S
ADMIN. MTN. TO FILE DOCS. UNDER SEAL
Case No. 4:13-cv-00159-CW (MEJ)