1  Mark D. Selwyn
   WILMER CUTLER PICKERING
2  HALE AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304

4  William F. Lee
   Dominic E. Massa
5  Elizabeth M. Reilly
   WILMER CUTLER PICKERING
6  HALE AND DORR LLP
   60 State Street
7  Boston, MA 02109

8  Attorneys for Defendant Apple Inc.

9

10              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
11                    OAKLAND DIVISION

12
   LINEX TECHNOLOGIES, INC.,          CASE NO. 4:13-cv-00159-CW (MEJ)
13
              Plaintiff,              **DECLARATION OF ELIZABETH M.
14                                    REILLY REGARDING PLAINTIFF
        v.                            LINEX TECHNOLOGIES, INC.'S
15                                    ADMINISTRATIVE MOTION TO
   HEWLETT-PACKARD COMPANY, APPLE     FILE DOCUMENTS UNDER SEAL**
16 INC., ARUBA NETWORKS, INC.,
   MERU NETWORKS, INC., RUCKUS
17 WIRELESS, INC.,
              Defendants.
18

I, Elizabeth M. Reilly, declare under the laws of the United States as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") located at 60 State Street, Boston, MA 02109, and counsel for Apple Inc. ("Apple") in the above-captioned action. I have been a member of the Massachusetts Bar in good standing since 2001. I am admitted to practice before the U.S. District Court for the Northern District of California *pro hac vice*.

2. I submit this Declaration based on my personal knowledge, or, where noted, upon information and belief. I could and would testify competently thereto if called to do so.

3. The portions highlighted in yellow on pages 1, 3, 6, and 7 of Linex's Opposition to Defendants' Motion for Fees and Linex's Request to Defer Consideration of Fees and Costs contain references to or information subject to a protective order in a related proceeding before the International Trade Commission (ITC) that prohibits disclosure of the information on the public record. Accordingly, consistent with the Court's prior sealing orders, these portions should be sealed. *See, e.g.,* Dkt. No. 442 at 9-10 (sealing Exhibit 7 to the Declaration of Andrew L. Liao because the document "is subject to a protective order from investigation 337-TA-775").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of December 2014.

*/s/ Elizabeth M. Reilly*
ELIZABETH M. REILLY

REILLY DECL. ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 13-CV-00159-CW                      1

**ATTESTATION OF E-FILED SIGNATURE**

I, Andrew L. Liao, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Elizabeth M. Reilly has concurred in this filing.

Dated:  December 19, 2014            */s/ Andrew L. Liao*
                                     Andrew L. Liao