Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

VINCENT P. KOVALICK (*Pro Hac Vice*)
vince.kovalick@finnegan.com
BARRY W. GRAHAM (*Pro Hac Vice*)
barry.graham@finnegan.com
RICHARD H. SMITH (*Pro Hac Vice*)
richard.smith@finnegan.com
TROY E. GRABOW (*Pro Hac Vice*)
troy.grabow@finnegan.com
LAURA P. MASUROVSKY (*Pro Hac Vice*)
laura.masurovsky@finnegan.com
RAJEEV GUPTA (*Pro Hac Vice*)
raj.gupta@finnegan.com
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: +1 (202) 408-4000
Facsimile: +1 (202) 408-4400

*Attorneys for Linex Technologies, Inc.*
[Additional counsel listed on the signature page]

Michael J. Bettinger (Sbn 122196)
Shane Brun (SBN 179079)
Meghana RaoRane (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
meghana.raorane@klgates.com

Eric C. Rusnak (*Pro Hac Vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

L. Scott Oliver
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 69-6701
scott.oliver@klgates.com

*Attorneys for Meru Networks, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC.,<br><br>Defendants. | CASE NO. 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND RUCKUS WIRELESS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1      Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex

2   Technologies, Inc. ("Linex") and Defendant Ruckus Wireless, Inc. ("Ruckus") hereby stipulate to

3   dismiss with prejudice all claims asserted in this action by Linex against Ruckus and all

4   counterclaims asserted in this action by Ruckus against Linex.  Each party is to bear its own fees and

5   costs.

6      Linex and Ruckus further stipulate that this Court retains jurisdiction to adjudicate any matter

7   arising out the settlement agreement that the parties have entered into to resolve their claims against

8   one another.

9

10   Respectfully submitted this 14th day of January, 2015.

11

12

13      /s/ Kenie Ho                /s/ L. Scott Oliver

14   Robert F. McCauley (SBN 162056)      Michael J. Bettinger (Sbn 122196)
     Robert.mccauley@finnegan.com        Shane Brun (SBN 179079)

15   FINNEGAN, HENDERSON, FARABOW,   Meghana RaoRane (SBN 253531)
     GARRETT & DUNNER, LLP          K&L GATES LLP

16   Stanford Research Park            4 Embarcadero Center, Suite 1200
     3300 Hillview Avenue             San Francisco, California 94111-5994

17   Palo Alto, CA 94304-1203         Telephone: 415.882.8200
     Telephone:  (650) 849-6600        Facsimile: 415.882.8220

18   Facsimile:  (650) 849-6666         mike.bettinger@klgates.com
                              shane.brun@klgates.com

19   Vincent P. Kovalick (*Pro Hac Vice*)    meghana.raorane@klgates.com
     Vincent.kovalick@finnegan.com

20   Barry W. Graham (*Pro Hac Vice*)     Eric C. Rusnak (*Pro Hac Vice*)
     Barry.graham@finnegan.com        K&L GATES LLP

21   Richard H. Smith (*Pro Hac Vice*)    1601 K Street, NW
     Richard.smith@finnegan.com        Washington, DC 20006

22   Troy E. Grabow (*Pro Hac Vice*)     Telephone: 202.778.9000
     Troy.grabow@finnegan.com         Facsimile: 202.778.9100

23   Laura P. Masurovsky (*Pro Hac Vice*)  eric.rusnak@klgates.com
     Laura.masurovsky@finnegan.com

24   Rajeev Gupta (*Pro Hac Vice*)       L. Scott Oliver
     Rajeev.gupta@finnegan.com        K&L Gates LLP

25   Kenie Ho (*Pro Hac Vice*)          630 Hansen Way
     Kenie.ho@finnegan.com           Palo Alto, CA 94304

26   Cecilia Sanabria (*Pro Hac Vice*)    Telephone: (650) 798-6700
     Cecilia.sanabria@finnegan.com      Facsimile: (650) 69-6701

27   Jia Lu (*Pro Hac Vice*)            scott.oliver@klgates.com
     Jia.lu@finnegan.com

28   FINNEGAN, HENDERSON, FARABOW,   *Attorneys for Defendant Ruckus Wireless, Inc.*
     GARRETT & DUNNER, LLP

901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Plaintiff Linex Technologies, Inc.*

**IT IS SO ORDERED.**

January _____, 2015                    _____
                                       Honorable Claudia Wilken
                                       United States District Judge

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Kenie Ho, attest that concurrence in the filing of this document has been obtained from signatory Scott Oliver.

January 14, 2015                       By:  ____/s/ Kenie Ho_____
                                       Kenie Ho

**LINEX AND RUCKUS'S STIPULATION FOR DISMISSAL**
**WITH PREJUDICE AND [PROPOSED] ORDER**
Case No. 4:13-cv-00159-CW