| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>Robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>VINCENT P. KOVALICK (*Pro Hac Vice*)<br>vince.kovalick@finnegan.com<br>BARRY W. GRAHAM (*Pro Hac Vice*)<br>barry.graham@finnegan.com<br>RICHARD H. SMITH (*Pro Hac Vice*)<br>richard.smith@finnegan.com<br>TROY E. GRABOW (*Pro Hac Vice*)<br>troy.grabow@finnegan.com<br>LAURA P. MASUROVSKY (*Pro Hac Vice*)<br>laura.masurovsky@finnegan.com<br>RAJEEV GUPTA (*Pro Hac Vice*)<br>raj.gupta@finnegan.com<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: +1 (202) 408-4000<br>Facsimile: +1 (202) 408-4400<br><br>*Attorneys for Linex Technologies, Inc.*<br>[Additional counsel listed on the signature page] | Michael J. Bettinger (Sbn 122196)<br>Shane Brun (SBN 179079)<br>Meghana RaoRane (SBN 253531)<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br>mike.bettinger@klgates.com<br>shane.brun@klgates.com<br>meghana.raorane@klgates.com<br><br>Eric C. Rusnak (*Pro Hac Vice*)<br>K&L GATES LLP<br>1601 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.778.9000<br>Facsimile: 202.778.9100<br>eric.rusnak@klgates.com<br><br>L. Scott Oliver<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 798-6700<br>Facsimile: (650) 69-6701<br>scott.oliver@klgates.com<br><br>*Attorneys for Meru Networks, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br>      v.<br><br>HEWLETT-PACKARD COMPANY<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC.,<br><br>            Defendants. | CASE NO. 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND MERU NETWORKS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex Technologies, Inc. ("Linex") and Defendant Meru Networks, Inc. ("Meru") hereby stipulate to dismiss with prejudice all claims asserted in this action by Linex against Meru and all counterclaims asserted in this action by Meru against Linex.  Each party is to bear its own fees and costs.

Linex and Meru further stipulate that this Court retains jurisdiction to adjudicate any matter arising out the settlement agreement that the parties have entered into to resolve their claims against one another.

Respectfully submitted this 14th day of January, 2015.

| /s/ Kenie Ho | /s/ L. Scott Oliver |
|---|---|
| Robert F. McCauley (SBN 162056)<br>Robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>Vincent P. Kovalick (*Pro Hac Vice*)<br>Vincent.kovalick@finnegan.com<br>Barry W. Graham (*Pro Hac Vice*)<br>Barry.graham@finnegan.com<br>Richard H. Smith (*Pro Hac Vice*)<br>Richard.smith@finnegan.com<br>Troy E. Grabow (*Pro Hac Vice*)<br>Troy.grabow@finnegan.com<br>Laura P. Masurovsky (*Pro Hac Vice*)<br>Laura.masurovsky@finnegan.com<br>Rajeev Gupta (*Pro Hac Vice*)<br>Rajeev.gupta@finnegan.com<br>Kenie Ho (*Pro Hac Vice*)<br>Kenie.ho@finnegan.com<br>Cecilia Sanabria (*Pro Hac Vice*)<br>Cecilia.sanabria@finnegan.com<br>Jia Lu (*Pro Hac Vice*)<br>Jia.lu@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413 | Michael J. Bettinger (Sbn 122196)<br>Shane Brun (SBN 179079)<br>Meghana RaoRane (SBN 253531)<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br>mike.bettinger@klgates.com<br>shane.brun@klgates.com<br>meghana.raorane@klgates.com<br><br>Eric C. Rusnak (*Pro Hac Vice*)<br>K&L GATES LLP<br>1601 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.778.9000<br>Facsimile: 202.778.9100<br>eric.rusnak@klgates.com<br><br>L. Scott Oliver<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 798-6700<br>Facsimile: (650) 69-6701<br>scott.oliver@klgates.com<br><br>*Attorneys for Defendant Meru Networks, Inc.* |

Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Plaintiff Linex Technologies, Inc.*

**IT IS SO ORDERED.**

January ____, 2015

                                              Honorable Claudia Wilken
                                              United States District Judge

### **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Kenie Ho, attest that concurrence in the filing of this document has been obtained from signatory Scott Oliver.

January 14, 2015                                          By: ____/s/ Kenie Ho_____
                                                              Kenie Ho