Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

VINCENT P. KOVALICK (*Pro Hac Vice*)
vince.kovalick@finnegan.com
BARRY W. GRAHAM (*Pro Hac Vice*)
barry.graham@finnegan.com
RICHARD H. SMITH (*Pro Hac Vice*)
richard.smith@finnegan.com
TROY E. GRABOW (*Pro Hac Vice*)
troy.grabow@finnegan.com
LAURA P. MASUROVSKY (*Pro Hac Vice*)
laura.masurovsky@finnegan.com
RAJEEV GUPTA (*Pro Hac Vice*)
raj.gupta@finnegan.com
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: +1 (202) 408-4000
Facsimile: +1 (202) 408-4400

*Attorneys for Linex Technologies, Inc.*
[Additional counsel listed on the signature page]

Michael J. Bettinger (Sbn 122196)
Shane Brun (SBN 179079)
Meghana RaoRane (SBN 253531)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
meghana.raorane@klgates.com

Eric C. Rusnak (*Pro Hac Vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: 202.778.9000
Facsimile: 202.778.9100
eric.rusnak@klgates.com

L. Scott Oliver
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 69-6701
scott.oliver@klgates.com

*Attorneys for Meru Networks, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>HEWLETT-PACKARD COMPANY<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC.,<br><br>　　　　　　Defendants. | CASE NO. 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND MERU NETWORKS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex Technologies, Inc. ("Linex") and Defendant Meru Networks, Inc. ("Meru") hereby stipulate to dismiss with prejudice all claims asserted in this action by Linex against Meru and all counterclaims asserted in this action by Meru against Linex. Each party is to bear its own fees and costs.

Linex and Meru further stipulate that this Court retains jurisdiction to adjudicate any matter arising out the settlement agreement that the parties have entered into to resolve their claims against one another.

Respectfully submitted this 14th day of January, 2015.

| /s/ Kenie Ho | /s/ L. Scott Oliver |
|---|---|
| Robert F. McCauley (SBN 162056) | Michael J. Bettinger (Sbn 122196) |
| Robert.mccauley@finnegan.com | Shane Brun (SBN 179079) |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Meghana RaoRane (SBN 253531) |
| | K&L GATES LLP |
| Stanford Research Park | 4 Embarcadero Center, Suite 1200 |
| 3300 Hillview Avenue | San Francisco, California 94111-5994 |
| Palo Alto, CA 94304-1203 | Telephone: 415.882.8200 |
| Telephone:  (650) 849-6600 | Facsimile: 415.882.8220 |
| Facsimile:  (650) 849-6666 | mike.bettinger@klgates.com |
| | shane.brun@klgates.com |
| Vincent P. Kovalick (*Pro Hac Vice*) | meghana.raorane@klgates.com |
| Vincent.kovalick@finnegan.com | |
| Barry W. Graham (*Pro Hac Vice*) | Eric C. Rusnak (*Pro Hac Vice*) |
| Barry.graham@finnegan.com | K&L GATES LLP |
| Richard H. Smith (*Pro Hac Vice*) | 1601 K Street, NW |
| Richard.smith@finnegan.com | Washington, DC 20006 |
| Troy E. Grabow (*Pro Hac Vice*) | Telephone: 202.778.9000 |
| Troy.grabow@finnegan.com | Facsimile: 202.778.9100 |
| Laura P. Masurovsky (*Pro Hac Vice*) | eric.rusnak@klgates.com |
| Laura.masurovsky@finnegan.com | |
| Rajeev Gupta (*Pro Hac Vice*) | L. Scott Oliver |
| Rajeev.gupta@finnegan.com | K&L Gates LLP |
| Kenie Ho (*Pro Hac Vice*) | 630 Hansen Way |
| Kenie.ho@finnegan.com | Palo Alto, CA 94304 |
| Cecilia Sanabria (*Pro Hac Vice*) | Telephone: (650) 798-6700 |
| Cecilia.sanabria@finnegan.com | Facsimile: (650) 69-6701 |
| Jia Lu (*Pro Hac Vice*) | scott.oliver@klgates.com |
| Jia.lu@finnegan.com | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | *Attorneys for Defendant Meru Networks, Inc.* |
| 901 New York Avenue, N.W. | |
| Washington, D.C. 20001-4413 | |

Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiff Linex Technologies, Inc.*

**IT IS SO ORDERED.**

January 15, 2015

_____
Honorable Claudia Wilken
United States District Judge

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Kenie Ho, attest that concurrence in the filing of this document has been obtained from signatory Scott Oliver.

January 14, 2015                              By: ___/s/ Kenie Ho_____
                                                    Kenie Ho