Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Linex Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY <br> APPLE COMPUTER INC., <br> ARUBA NETWORKS, INC., <br> MERU NETWORKS, INC., <br> RUCKUS WIRELESS, INC., <br> Defendants. | CASE NO. 4:13-cv-00159-CW (MEJ) <br><br> **PLAINTIFF LINEX TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), and in connection with Linex
2  Technologies Inc.'s ("Linex") Second Supplemental Brief in Opposition to Apple Inc.'s
3  Supplemental Submission in Support of Award of Attorneys' Fees, Linex hereby moves the Court
4  for leave to file under seal portions of Linex's opposition.

5  Linex's opposition contains information designated as confidential by the American
6  Intellectual Property Law Association (AIPLA).  Linex has redacted the confidential information in
7  its opposition to submit a redacted public copy of that pleading.  Thus, this request is narrowly
8  tailored to seal only documents containing information designated as confidential by the AIPLA
9  (i.e., the Designating Party).

10  As provided in Civil L.R. 79-5(e)(1):

> Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.

Dated: January 22, 2015              Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP

By:    */s/ Kenie Ho*
    Kenie Ho
    Attorneys for Plaintiff Linex Technologies, Inc.