| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>Robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>VINCENT P. KOVALICK (*Pro Hac Vice*)<br>vince.kovalick@finnegan.com<br>BARRY W. GRAHAM (*Pro Hac Vice*)<br>barry.graham@finnegan.com<br>RICHARD H. SMITH (*Pro Hac Vice*)<br>richard.smith@finnegan.com<br>TROY E. GRABOW (*Pro Hac Vice*)<br>troy.grabow@finnegan.com<br>LAURA P. MASUROVSKY (*Pro Hac Vice*)<br>laura.masurovsky@finnegan.com<br>RAJEEV GUPTA (*Pro Hac Vice*)<br>raj.gupta@finnegan.com<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: +1 (202) 408-4000<br>Facsimile: +1 (202) 408-4400<br><br>*Attorneys for Linex Technologies, Inc.*<br>[Additional counsel listed on the signature page] | Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Elizabeth M. Reilly (Pro Hac Vice)<br>beth.reilly@wilmerhale.com<br>Dominic E. Massa (Pro Hac Vice)<br>dominic.massa@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEX TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br>     v.<br><br>HEWLETT-PACKARD COMPANY<br>APPLE COMPUTER INC.,<br>ARUBA NETWORKS, INC.,<br>MERU NETWORKS, INC.,<br>RUCKUS WIRELESS, INC.,<br><br>            Defendants. | CASE NO. 4:13-cv-00159-CW<br><br>**LINEX TECHNOLOGIES, INC. AND APPLE INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Linex Technologies, Inc. ("Linex") and Defendant Apple Inc. ("Apple") hereby stipulate to dismiss with prejudice all claims asserted in this action by Linex against Apple and all counterclaims asserted in this action by Apple against Linex.  Each party is to bear its own fees and costs.

Linex and Apple further stipulate that this Court retains jurisdiction to adjudicate any matter arising out of the settlement agreement that the parties have entered into to resolve their claims against one another.

Respectfully submitted this 16th day of March, 2015.

 /s/ Kenie Ho
Robert F. McCauley (SBN 162056)
Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Vincent P. Kovalick (*Pro Hac Vice*)
Vincent.kovalick@finnegan.com
Barry W. Graham (*Pro Hac Vice*)
Barry.graham@finnegan.com
Richard H. Smith (*Pro Hac Vice*)
Richard.smith@finnegan.com
Troy E. Grabow (*Pro Hac Vice*)
Troy.grabow@finnegan.com
Laura P. Masurovsky (*Pro Hac Vice*)
Laura.masurovsky@finnegan.com
Rajeev Gupta (*Pro Hac Vice*)
Rajeev.gupta@finnegan.com
Kenie Ho (*Pro Hac Vice*)
Kenie.ho@finnegan.com
Cecilia Sanabria (*Pro Hac Vice*)
Cecilia.sanabria@finnegan.com
Jia Lu (*Pro Hac Vice*)
Jia.lu@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

 /s/ Dominic E. Massa
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

Elizabeth M. Reilly (Pro Hac Vice)
beth.reilly@wilmerhale.com
Dominic E. Massa (Pro Hac Vice)
dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant Apple Inc.*

Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiff Linex Technologies, Inc.*

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Kenie Ho, attest that concurrence in the filing of this document has been obtained from signatory Dominic E. Massa.

March 16, 2015                                   By: /s/ Kenie Ho
                                                 Kenie Ho

**IT IS SO ORDERED.**

March ___, 2015

                                                 Honorable Claudia Wilken
                                                 United States District Judge

**LINEX AND APPLE'S STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
Case No. 4:13-cv-00159-CW

2